Laurence F. Padway (SBN 083914)
Law Offices of Laurence F. Padway
1516 Oak Street, Suite 109
Alameda, CA 94501
Telephone: 510-814-6100
Facsimile:  510-814-0650

Attorney for Plaintiff
Patricia Broyles

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA BROYLES,<br><br>              Plaintiff,<br><br>vs.<br><br>A.U.L. CORPORATION LONG-TERM DISABILITY INSURANCE PLAN<br><br>              Defendant, | CASE NO.  C07-05305 |
| STANDARD INSURANCE COMPANY,<br><br>              Real Party in Interest. | |

**PROOF OF SERVICE**

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 10-23-07 |
| Name of SERVER SUSAN POPE | TITLE |

Check one box below to indicate appropriate method of service

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): VIA CERTIFIED MAIL TO:
(BROYLES)    STANDARD INSURANCE CO.
1100 SW SIXTH AVE.
PORTLAND, OR 97204

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   10-23-07
               Date

Signature of Server: Susan Pope

Address of Server: 1516 OAK ST. #109, ALAMEDA, CA 94501

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

10-23-07

BROYLES

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 1.48 |
| Certified Fee | 2.65 |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 4.13 |

Postmark Here

Sent To: STANDARD INSURANCE CO.
Street, Apt. No.; or PO Box No. 1100 SW SIXTH AVE.
City, State, ZIP+4 PORTLAND, OR 97204

PS Form 3800, June 2002                See Reverse for Instructions

7004 0550 0001 0733 3549