1  Shawn Hanson (State Bar No. 109321)
   shanson@jonesday.com
2  Katherine S. Ritchey (State Bar No. 178409)
   ksritchey@jonesday.com
3  JONES DAY
   555 California Street, 26th Floor
4  San Francisco, CA  94104
   Telephone:    (415) 626-3939
5  Facsimile:    (415) 875-5700

6  Attorneys for Defendant A.U.L. CORPORATION
   LONG-TERM DISABILITY INSURANCE PLAN and
7  Real Party in Interest STANDARD INSURANCE
   COMPANY
8

9                        UNITED STATES DISTRICT COURT

10                       NORTHERN DISTRICT OF CALIFORNIA

11

12 | **PATRICIA BROYLES,** | **Case No. C07-05305-WDB-ADR** |
   | --- | --- |
13 | **Plaintiff,** | **STIPULATION TO EXTEND DEADLINE FOR RESPONSE TO COMPLAINT** |
14 | v. | |
15 | **A.U.L. CORPORATION LONG-TERM DISABILITY INSURANCE PLAN,** | **Judge: The Honorable Wayne D. Brazil** |
16 | | |
17 | **Defendant,** | |
18 | | |
19 | **STANDARD INSURANCE COMPANY,** | |
20 | **Real Party in Interest.** | |

21
22       WHEREAS, the A.U.L. Corporation Long-Term Disability Insurance Plan ("A.U.L.
23 Disability Plan") seeks to obtain additional time to prepare, file and serve its response to
24 plaintiff's Complaint and no prior extensions have been obtained by any party;
25       WHEREAS, Standard Insurance Company ("Standard") is named as a Real Party in
26 Interest and contends no response to the complaint is required, but wishes to avoid motion-
27 practice;
28

1   IT IS HEREBY STIPULATED by and between plaintiff and the A.U.L. Disability Plan
2 through their respective counsel of record, that the deadline for filing the A.U.L. Disability Plan's
3 response to plaintiff's Complaint will be December 5, 2007;
4   IT IS FURTHER STIPULATED by and between plaintiff and Standard through their
5 respective counsel of record, that to the extent a response to the Complaint is required of
6 Standard, the deadline for Standard to respond is extended until December 5, 2007.
7   IT IS SO STIPULATED.

Dated: November 26, 2007           Respectfully submitted,

                                   JONES DAY


                                   By: /s/ - Katherine S. Ritchey
                                       Katherine S. Ritchey

                                   Counsel for Defendant A.U.L.
                                   CORPORATION LONG-TERM
                                   DISABILITY INSURANCE PLAN and Real
                                   Party in Interest STANDARD INSURANCE
                                   COMPANY


Dated: November 26, 2007           Law Offices of Laurence F. Padway


                                   By: /s/ - Laurence F. Padway
                                       Laurence F. Padway

                                   Counsel for Plaintiff
                                   PATRICIA BROYLES


SFI-574278v1