1  Shawn Hanson (State Bar No. 109321)
   shanson@jonesday.com
2  Katherine S. Ritchey (State Bar No. 178409)
   ksritchey@jonesday.com
3  JONES DAY
   555 California Street, 26th Floor
4  San Francisco, CA  94104
   Telephone:    (415) 626-3939
5  Facsimile:    (415) 875-5700

6  Attorneys for Defendant A.U.L. CORPORATION
   LONG-TERM DISABILITY INSURANCE PLAN and
7  Real Party in Interest STANDARD INSURANCE
   COMPANY
8

9                  UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11

12 | **PATRICIA BROYLES,** | **Case No. C07-05305-WDB-ADR** |
   |---|---|
13 | **Plaintiff,** | **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE** |
14 | v. | **AND REQUEST FOR REASSIGNMENT TO A UNITED** |
15 | **A.U.L. CORPORATION LONG-TERM DISABILITY INSURANCE PLAN,** | **STATES DISTRICT JUDGE** |
16 | | |
17 | **Defendant,** | |
18 | | |
19 | **STANDARD INSURANCE COMPANY, Real Party in Interest.** | |

20

21        REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE:

22        The A.U.L. Corporation Long-Term Disability Insurance Plan hereby declines to consent

23 to the assignment of this case to a United States Magistrate Judge for trial and disposition and

24 hereby requests the reassignment of this case to a United States District Judge.

25 / / /

26 / / /

27 / / /

28 / / /

                                        Declination to Proceed Before Magistrate Judge
                                        C07-05305 WDB

| | | |
|---|---|---|
| 1 | Dated: December 4, 2007 | Respectfully submitted, |
| 2 | | JONES DAY |
| 4 | | By: /s/ - Katherine S. Ritchey |
| | | Katherine S. Ritchey |
| 6 | | Counsel for Defendant A.U.L. CORPORATION LONG-TERM DISABILITY INSURANCE PLAN and Real Party in Interest STANDARD INSURANCE COMPANY |

SFI-574842v1