1  Shawn Hanson (State Bar No. 109321)
   shanson@jonesday.com
2  Katherine S. Ritchey (State Bar No. 178409)
   ksritchey@jonesday.com
3  JONES DAY
   555 California Street, 26th Floor
4  San Francisco, CA  94104
   Telephone:    (415) 626-3939
5  Facsimile:    (415) 875-5700

6  Attorneys for Defendant A.U.L. CORPORATION
   LONG-TERM DISABILITY INSURANCE PLAN and
7  Real Party in Interest STANDARD INSURANCE
   COMPANY

8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11

12  **PATRICIA BROYLES,**                  **Case No. C07-05305-WDB-ADR**

13           **Plaintiff,**                **CERTIFICATION OF INTERESTED
                                           PARTIES PURSUANT TO LOCAL
14       **v.**                            RULE 3-16 AND CORPORATE
                                           DISCLOSURE STATEMENT UNDER
15  **A.U.L. CORPORATION LONG-TERM**       FED.R.CIV.P  7.1**
    **DISABILITY INSURANCE PLAN,**
16
             **Defendant,**
17

18  _____

19  **STANDARD INSURANCE COMPANY,**

20           **Real Party in Interest.**

21

22       Pursuant to Civil Local Rule 3-16, the undersigned counsel for Defendant A.U.L.

23  Corporation Long-Term Disability Plan ("A.U.L. Disability Plan") and Real Party in Interest

24  Standard Insurance Company ("Standard"), certifies that the following listed persons, association

25  of persons, firms, partnerships, corporations (including parent corporation) or other entities (i)

26  have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii)

27  have a non-financial interest in that subject matter or in a party that could be substantially

28  affected by the outcome of this proceeding:

1    StanCorp Financial Group, Inc. – parent of Standard Insurance Company.

2    A.U.L. Corporation – Plan Administrator.

3

4    Pursuant to the Corporate Disclosure Statement provisions in Federal Rule of Civil

5    Procedure 7.1, Standard makes the following disclosures:

6    Standard is not a publicly-traded corporation.  Standard is a wholly-owned subsidiary of

7    StanCorp Financial Group, Inc., which is a publicly traded corporation.  No other publicly held

8    corporation or other publicly held entity has a direct financial interest in the outcome of the

9    litigation.

10    A.U.L. Disability Plan makes the following disclosures:

11    Neither A.U.L. Disability Plan, nor the Plan Administrator A.U.L. Corporation are

12    publicly held entities.

13    Dated: December 4, 2007.                Respectfully submitted,

14                                           JONES DAY

15

16                                           By:  /s/ - Katherine S. Ritchey
                                                  Katherine S. Ritchey
17

18                                           Counsel for Defendant A.U.L.
                                             CORPORATION LONG-TERM
                                             DISABILITY INSURANCE PLAN and Real
19                                           Party in Interest STANDARD INSURANCE
                                             COMPANY
20

21

22    SFI-574895v1

23

24

25

26

27

28