**CIVIL MINUTES**

**Judge MAXINE M. CHESNEY**

Date: FEB X 1 2008

E-Filing

C- 07 -5305 -MMC

PATRICIA BROYLES    v    A.U.L. CORPORATION DISABILITY PLAN

Attorneys: LAURENCE PADWAY    SHAWN HANSON

Deputy Clerk: **TRACY LUCERO**    Reporter: NOT REPORTED

**PROCEEDINGS:**    **RULING:**

1. _____    _____

2. _____    _____

3. _____    _____

4. _____    _____

( ) Status Conference    ( ) P/T Conference    (✓) Case Management Conference [INITIAL]

**ORDERED AFTER HEARING:**

10/17/08 @ 9:00 - Hearing on π's motion on merits (if filed by 9/12/08).

( ) ORDER TO BE PREPARED BY:   Plntf_____   Deft_____   Court_____

( ) Referred to Magistrate For: _____
         ( )By Court
(✓) CASE CONTINUED TO 8/1/08 @ 9:00 for π's motion RE: STANDARD OF REVIEW (if filed by 6/27/08).

Discovery Cut-Off _____    Expert Discovery Cut-Off _____

Plntf to Name Experts by _____    Deft to Name Experts by _____

P/T Conference Date _____   Trial Date _____   Set for _____ days
           Type of Trial: ( )Jury   ( )Court
Notes: _____