# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Broyles, | 07-05305 MMC MED |
|         Plaintiff(s), | **Notice of Appointment of Mediator** |
|    v. | |
| A.U.L. Corporation Long-Term Disability Insurance, | |
|         Defendant(s). | |

TO COUNSEL OF RECORD:

    The court notifies the parties and counsel that the Mediator assigned to this case is:

> **Julian M. Baum**
> Julian M. Baum & Associates
> 9 Tenaya Lane
> Novato, CA 94947
> 415-892-3152
> jbaum@ix.netcom.com

    Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
07-05305 MMC MED                 - 1 -

1   Counsel are reminded that the written mediation statements required by the ADR
2   L.R. 6-7 shall NOT be filed with the court.

4   Dated: March 17, 2008

RICHARD W. WIEKING
Clerk
by:     Alice M. Fiel

ADR Case Administrator
415-522-3148
Alice_Fiel@cand.uscourts.gov

**Notice of Appointment of Mediator**
07-05305 MMC MED                              - 2 -