LAW OFFICES OF
# JULIAN M. BAUM & ASSOCIATES
9 Tenaya Lane
Novato, California 94947
Writer's Direct Telephone (415) 892-3152
Writer's Direct Fax: (888) 452-3849
E-Mail: jmb@jmbaum.com

April 10, 2008

*VIA E-MAIL*

Laurence F. Padway
Gayle Godfrey Codiga
Law Offices of Laurence F. Padway
1516 Oak Street, Suite 109
Alameda, CA 94501
E-mail:  Lpadway@padway.com

David Joseph Linden
Attorney at Law
P.O. Box 5780
Napa, CA 94581
E-mail:  djl7007@sbcglobal.net

Katherine S. Ritchey
Jones Day
555 California Street, 26th Floor
San Francisco, CA 94104
E-Mail: ksritchey@jonesday.com

RE:     Broyles v. A.U.L. Corporation Long-Term Disability Ins. Plan, et al.
        N.D. Cal. No. C 07-05305 MMC MED

Dear Counsel:

This will confirm that we have scheduled the mediation in this case for **APRIL 28, 2008**. We will meet at Ms. Codiga's offices in Alameda beginning at **10 a.m.** We agreed to keep the whole day available to allow the mediation to continue as long as it is being productive.

Please make sure that the written statements described in ADR L.R. 6-7 are exchanged and in my office by **APRIL 21, 2008.** You may transmit them to me by e-mail if that is convenient for you. Please include any key documents you feel I should read. I also invite you to submit to me--but not exchange--confidential statements relating, for example, to computations of valuations of the claims at issue, including specification of contractual offsets and present value discount rates employed in your calculations.

Please prepare for the mediation by discussing each of the following items with your clients:

- your clients' interests, not just positions, and how these interests could be met;
- the other side's interests, and how these could be met;
- best and worst alternatives to a negotiated settlement;
- strengths and weaknesses of your case; and

*Counsel of Record: Broyles v. A.U.L. Corp. (N.D. Cal. MMC)*  Page 2 of 2
*April 10, 2008*

- estimated budget to litigate the case through trial.

Under ADR L.R. 6-3(b) I will donate my preparation time and the first four hours of the mediation. If the case has not resolved and you all agree to continue, I may charge the court-set rate of $200 per hour for the next four hours.

I look forward to working with you and your clients.

Sincerely yours,

Julian M. Baum

cc: Clerk's Office-ADR Unit (via e-mail)