# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Broyles, | No. C 07-05305 MMC MED |
| Plaintiff(s), | **Certification of ADR Session** |
| v. | |
| A.U.L. Corporation Long-Term Disability Insurance, | |
| Defendant(s). | |

**Instructions:** The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.

1.  I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) _APRIL 28, 2008_

2.  Did the case settle?    ☐ fully    ☐ partially    ☒ no

3.  If the case did not settle fully, is any follow-up contemplated?

    ☐ another session scheduled for (date) _____

    ☐ phone discussions expected by (date) _____

    ☒ no

4.  IS THIS ADR PROCESS COMPLETED?    ☒ YES    ☐ NO

    Dated: _5-15-08_

    _____
    Mediator, Julian M. Baum
    Julian M. Baum & Associates
    9 Tenaya Lane
    Novato, CA 94947

**Certification of ADR Session**
07-05305 MMC MED