# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Broyles,<br><br>            Plaintiff(s),<br><br>   v.<br><br>A.U.L. Corporation Long-Term Disability Insurance,<br><br>            Defendant(s). | No. C 07-05305 MMC MED<br><br>**Certification of ADR Session** |

*Instructions:* The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.

1. I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) _APRIL 28, 2008_

2. Did the case settle?  ☐ fully  ☐ partially  ☒ no

3. If the case did not settle fully, is any follow-up contemplated?

   ☐ another session scheduled for (date) _____

   ☐ phone discussions expected by (date) _____

   ☒ no

4. IS THIS ADR PROCESS COMPLETED?   ☒ YES   ☐ NO

   Dated: _5-15-08_  _____
   Mediator, Julian M. Baum
   Julian M. Baum & Associates
   9 Tenaya Lane
   Novato, CA 94947

**Certification of ADR Session**
07-05305 MMC MED