Shawn Hanson (State Bar No. 109321)
shanson@jonesday.com
Katherine S. Ritchey (State Bar No. 178409)
ksritchey@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone:   (415) 626-3939
Facsimile:   (415) 875-5700

Attorneys for Defendant A.U.L. CORPORATION
LONG-TERM DISABILITY INSURANCE PLAN and
Real Party in Interest STANDARD INSURANCE
COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA BROYLES,<br><br>Plaintiff,<br><br>v.<br><br>A.U.L. CORPORATION LONG-TERM DISABILITY INSURANCE PLAN,<br><br>Defendant,<br><br>STANDARD INSURANCE COMPANY,<br><br>Real Party in Interest. | No. C-07-5305-MMC<br><br>**CONFIDENTIAL DECLARATION OF GEORGE CHAN IN SUPPORT OF A.U.L. CORPORATION LONG-TERM DISABILITY INSURANCE PLAN'S MOTION TO REVIEW PLAINTIFF'S CLAIM FOR ERISA BENEFITS UNDER ABUSE OF DISCRETION STANDARD OF REVIEW [EXHIBITS FILED UNDER SEAL]**<br><br>Date: August 1, 2008<br>Time: 9:00 a.m.<br>Before the Honorable Maxine M. Chesney |

SFI-586544v1

Confidential Decl. of George Chan in support of
Defendant's Motion to Review Pltf's Claim For ERISA
Benefits Under Abuse of Disc. Stand. of Rev.
C07-05305 MMC

I, GEORGE CHAN, hereby declare as follows:

1. I am a Senior Disability Benefits Analyst at Standard Insurance Company ("Standard"). I submit this declaration and attached exhibits in support of Defendant A.U.L. Corporation Long-Term Disability Plan's Motion To Review Plaintiff's Claim For ERISA Benefits Under Abuse Of Discretion Standard Of Review ("Motion"). Except as expressly stated herein, I have personal knowledge of the matters stated in this declaration and could and would testify competently to them.

2. In the regular course of my duties at Standard, I was assigned to administer the claim for Long Term Disability ("LTD") benefits made by Patricia Broyles.

3. For each claim for benefits pursuant to an insurance policy issued by Standard, Standard's analysts collect and generate an administrative record documenting the decision-making on the claim. These administrative records are generated and maintained in the ordinary course of Standard's business of administering claims for benefits. In the course of administering Ms. Broyles' claim, I became familiar with the administrative record that Standard generated and maintained, and have personally reviewed its contents, as well as applicable documents from the Group Long Term Disability Insurance Policy No. 638213-T ("Plan Policy").

4. Attached hereto as Exhibit 8 is a true and correct copy of a note written and signed by Shannon Teed dated December 28, 2005. This document is part of the administrative record generated and maintained by Standard in the ordinary course of business regarding the claim of Patricia Broyles.

5. Attached hereto as Exhibit 11 is a true and correct copy of a note written and signed by Shannon Teed, dated January 4, 2006. This document is part of the administrative record generated and maintained by Standard in the ordinary course of business regarding the claim of Patricia Broyles.

6. Attached hereto as Exhibit 12 are true and correct copies of (1) a note, written and signed by Joanna Burton dated January 17, 2006, (2) a letter dated February 1, 2006 from Shannon Teed to Patricia Broyles, (3) a note written and signed by Shannon Teed, dated February 6, 2006, (4) a note written and signed by Shannon Teed, dated February 7, 2006, (5) a note

SFI-586544v1

- 2 -

Confidential Decl. of George Chan in support of
Defendant's Motion to Review Pltf's Claim For ERISA
Benefits Under Abuse of Disc. Stand. of Rev.
C07-05305 MMC

1  written and signed by Shannon Teed, dated February 9, 2006, and (6) an additional note, written
2  and signed by Shannon Teed, also dated February 9, 2006. These documents are part of the
3  administrative record generated and maintained by Standard in the ordinary course of business
4  regarding the claim of Patricia Broyles.

5      7. Attached hereto as Exhibit 15 is a true and correct copy of a "Nurse Consultant
6  Memo" completed and signed by Anne Jordan and dated February 21, 2006. This document is
7  part of the administrative record generated and maintained by Standard in the ordinary course of
8  business regarding the claim of Patricia Broyles.

9      8. I am informed and believe that Dr. Waldram is not an employee of Standard,
10 rather, he works as a consultant on a periodic basis.

11     9. Attached hereto as Exhibit 17 is a true and correct copy of an "Attending
12 Physician's Statement" signed by Glen B. Pfeffer, M.D., and dated December 7, 2005 and
13 stamped as "received" on December 16, 2005. This document is part of the administrative record
14 generated and maintained by Standard in the ordinary course of business regarding the claim of
15 Patricia Broyles.

16     10. Attached hereto as Exhibit 18 is a true and correct copy of a letter dated March 28,
17 2006 from Shannon Teed to Patricia Broyles. This document is part of the administrative record
18 generated and maintained by Standard in the ordinary course of business regarding the claim of
19 Patricia Broyles.

20     11. Attached hereto as Exhibit 20 is a true and correct copy of a note, written and
21 signed by Emmi Gordon and dated June 28, 2006. This document is part of the administrative
22 record generated and maintained by Standard in the ordinary course of business regarding the
23 claim of Patricia Broyles.

24     12. Attached hereto as Exhibit 21 is a true and correct copy of a letter from Patricia
25 Broyles to Standard dated July 25, 2006 and marked "received" July 28, 2006. This document is
26 part of the administrative record generated and maintained by Standard in the ordinary course of
27 business regarding the claim of Patricia Broyles.

28     13. Attached hereto as Exhibit 22 is a true and correct copy of a memorandum from

SFI-586544v1

- 3 -

Confidential Decl. of George Chan in support of
Defendant's Motion to Review Pltf's Claim For ERISA
Benefits Under Abuse of Disc. Stand. of Rev.
C07-05305 MMC

1  Jason Hewett to "The file of Patricia Broyles" dated July 31, 2006. This document is part of the
2  administrative record generated and maintained by Standard in the ordinary course of business
3  regarding the claim of Patricia Broyles.

4  14.  Attached hereto as Exhibit 28 is a true and correct copy of a letter dated October
5  11, 2006 from Michael W. Shifflett, M.D. to Standard, and marked "received" October 31, 2006.
6  This document is part of the administrative record generated and maintained by Standard in the
7  ordinary course of business regarding the claim of Patricia Broyles.

8  15.  Attached hereto as Exhibit 29 is a true and correct copy of a letter dated November
9  20, 2006 from Glenn B. Pfeffer, M.D. to Jason Hewett. This document is part of the
10 administrative record generated and maintained by Standard in the ordinary course of business
11 regarding the claim of Patricia Broyles.

12 16.  Attached hereto as Exhibit 30 is a true and correct copy of a letter, entitled
13 "Physical Therapy Discharge Summary" from Rob Brandon to Glenn Pfeffer, M.D., dated
14 October 28, 2005 and marked "received" October 31, 2006. This document is part of the
15 administrative record generated and maintained by Standard in the ordinary course of business
16 regarding the claim of Patricia Broyles.

17 17.  Attached hereto as Exhibit 31 is a true and correct copy of a "Physician Consultant
18 Memo" signed by David Waldram, M.D., on December 19, 2006. This document is part of the
19 administrative record generated and maintained by Standard in the ordinary course of business
20 regarding the claim of Patricia Broyles.

21 18.  Attached hereto as Exhibit 32 is a true and correct copy of a letter dated February
22 7, 2007 that I sent to Patricia Broyles. This document is part of the administrative record
23 generated and maintained by Standard in the ordinary course of business regarding the claim of
24 Patricia Broyles.

25 19.  Attached hereto as Exhibit 35 is a true and correct copy of a "Physician Consultant
26 Memo" signed by Joseph Mandiberg, M.D. on March 1, 2007. This document is part of the
27 administrative record generated and maintained by Standard in the ordinary course of business
28 regarding the claim of Patricia Broyles.

SFI-586544v1
- 4 -
Confidential Decl. of George Chan in support of
Defendant's Motion to Review Pltf's Claim For ERISA
Benefits Under Abuse of Disc. Stand. of Rev.
C07-05305 MMC

20.     Attached hereto as Exhibit 36 is a true and correct copy of a letter dated March 15, 2007 from Mary E. Cea to Patricia Broyles. This document is part of the administrative record generated and maintained by Standard in the ordinary course of business regarding the claim of Patricia Broyles.

I declare under penalty of perjury under the laws of the United States of America that the foregoing Declaration is true and correct, and that this Declaration was executed on June 25, 2008 in Portland, Oregon.

_____
George Chan

Confidential Decl. of George Chan in Support of
Defendant's Motion to Review Plaintiff's Claim For ERISA
Benefits Under Abuse of Disc. Stand. of Rev.
C07-05305 MMC

- 5 -