1  Shawn Hanson (State Bar No. 109321)
   shanson@jonesday.com
2  Katherine S. Ritchey (State Bar No. 178409)
   ksritchey@jonesday.com
3  JONES DAY
   555 California Street, 26th Floor
4  San Francisco, CA  94104
   Telephone:    (415) 626-3939
5  Facsimile:    (415) 875-5700

6  Attorneys for Defendant A.U.L. CORPORATION
   LONG-TERM DISABILITY INSURANCE PLAN and
7  Real Party in Interest STANDARD INSURANCE
   COMPANY

8

9                     UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11

12  **PATRICIA BROYLES,**                    No. C-07-5305-MMC

13              **Plaintiff,**               **DEFENDANT'S ADMINISTRATIVE
                                              MOTION TO FILE DOCUMENTS
14        **v.**                              UNDER SEAL; DECLARATION OF
                                              KATHERINE S. RITCHEY IN
15  **A.U.L. CORPORATION LONG-TERM**          SUPPORT OF DEFENDANT'S
    **DISABILITY INSURANCE PLAN,**            ADMINISTRATIVE MOTION TO FILE
16                                            DOCUMENTS UNDER SEAL**

17              **Defendant,**                Date: August 1, 2008
                                              Time: 9:00 a.m.
18                                            Before the Honorable Maxine M. Chesney

19  **STANDARD INSURANCE COMPANY,**

20              **Real Party in Interest.**

21

22

23        Pursuant to Local Rules 7-11(a) and 79-5(c), Defendant A.U.L. Corporation Long-Term

24  Disability Insurance Plan ("A.U.L. Plan") requests that the Court order the Clerk of the Court to

25  file under seal the confidential documents that Defendant lodged with the Court on June 27, 2006

26  in connection with Defendant A.U.L. Corporation Long Term Disability Plan's Motion to Review

27  Plaintiff's Claim for ERISA Benefits Under Abuse of Discretion Standard of Review.  The

28  requested relief is necessary and narrowly tailored to protect the confidentiality of certain

1    documents.  Private information about Plaintiff Patricia Broyles has been redacted where possible

2    to allow public access to documents with limited confidential information, and redacted

3    documents are stamped "REDACTED."  Those documents containing private information that

4    could not be protected through redaction are submitted for filing under seal.  This request is

5    supported by the declaration of Katherine S. Ritchey below.  Pursuant to Local Rule 79-5, a

6    proposed order accompanies this request to seal the following documents, each of which is

7    attached as an exhibit to the Confidential Declaration of George Chan in Support of Defendant

8    A.U.L. Corporation Long Term Disability Plan's Notice of Motion to Review Plaintiff's Claim

9    for ERISA Benefits Under Abuse of Discretion Standard of Review:

10    1.      Exhibit 8, which is a true and correct copy of the document bates numbered STND1149

11    00288-00291, which is part of the administrative record, and which describes Plaintiff's medical

12    condition.

13    2.      Exhibit 11, which is a true and correct copy of the document bates numbered STND1149

14    00307-00309, which is part of the administrative record, and which describes Plaintiff's medical

15    condition.

16    3.      Exhibit 12, which is a true and correct copy of the document bates numbered STND1149

17    00312, 00321, 00331, 00336, 00339, 00340, which is part of the administrative record, and which

18    describes Plaintiff's medical condition.

19    4.      Exhibit 15, which is a true and correct copy of the document bates numbered STND1149

20    00209-00210, which is part of the administrative record, and which describes Plaintiff's medical

21    condition.

22    5.      Exhibit 17, which is a true and correct copy of the document bates numbered STND1149

23    00181-00182, which is part of the administrative record, and which describes Plaintiff's medical

24    condition.

25    6.      Exhibit 18, which is a true and correct copy of the document bates numbered STND1149

26    00361-00366, which is part of the administrative record, and which describes Plaintiff's medical

27    condition.

28

SFI-586222v2                                    - 2 -                    Defendant's Administrative Motion to File
                                                                        Documents Under Seal; Ritchey Decl;
                                                                        C-07-05305 MMC

1    7.    Exhibit 20, which is a true and correct copy of the document bates numbered STND1149

2    00371, which is part of the administrative record, and which describes Plaintiff's medical

3    condition.

4    8.    Exhibit 21, which is a true and correct copy of the document bates numbered STND1149

5    00372-00373, which is part of the administrative record, and which describes Plaintiff's medical

6    condition.

7    9.    Exhibit 22, which is a true and correct copy of the document bates numbered STND1149

8    00374, which is part of the administrative record, and which describes Plaintiff's medical

9    condition.

10    10.    Exhibit 28, which is a true and correct copy of the document bates numbered STND1149

11    00254, which is part of the administrative record, and which describes Plaintiff's medical

12    condition.

13    11.    Exhibit 29, which is a true and correct copy of the document bates numbered STND1149

14    00390, which is part of the administrative record, and which describes Plaintiff's medical

15    condition.

16    12.    Exhibit 30, which is a true and correct copy of the document bates numbered STND1149

17    00252, which is part of the administrative record, and which describes Plaintiff's medical

18    condition.

19    13.    Exhibit 31, which is a true and correct copy of the document bates numbered STND1149

20    00265-00266, which is part of the administrative record, and which describes Plaintiff's medical

21    condition.

22    14.    Exhibit 32, which is a true and correct copy of the document bates numbered STND1149

23    00414-00416, which is part of the administrative record, and which describes Plaintiff's medical

24    condition.

25    15.    Exhibit 35, which is a true and correct copy of the document bates numbered STND1149

26    00273-00275, which is part of the administrative record, and which describes Plaintiff's medical

27    condition.

28

1    16.    Exhibit 36, which is a true and correct copy of the document bates numbered STND1149

2    00419-00424, which is part of the administrative record, and which describes Plaintiff's medical

3    condition.

4    Dated: June 27, 2008                          Respectfully submitted,

5                                                  Jones Day

6

7                                                  By: /s/ - Katherine S. Ritchey

8                                                       Katherine S. Ritchey

9                                                  for Defendant A.U.L. CORPORATION
                                                   LONG-TERM DISABILITY INSURANCE
                                                   PLAN and Real Party in Interest
10                                                 STANDARD INSURANCE COMPANY

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    **DECLARATION OF KATHERINE S. RITCHEY IN SUPPORT OF DEFENDANT'S**

2    **ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**

3

4        I, KATHERINE S. RITCHEY, declare as follows:

5        1.    I am an attorney duly admitted to practice in California and before this Court.  I

6    am a partner in the law firm of Jones Day in San Francisco, California, counsel for Defendant

7    A.U.L. Plan and Real Party in Interest Standard Insurance Company in the above-captioned

8    action.  I make this declaration of my own personal knowledge, and, if called as a witness, I could

9    and would testify competently to the facts set forth herein.

10        2.    Sealing of the documents identified in Defendant's Administrative Motion to File

11    Documents Under Seal is warranted because each of these documents is a medical record of the

12    Plaintiff or describes medical information about Plaintiff in detail.  I have narrowly tailored the

13    number of confidential documents in this request and redacted documents in order to minimize

14    those that need be filed under seal.

15        I declare under penalty of perjury that the foregoing is true and correct and that this

16    Declaration was executed on June 27, 2008 in San Francisco, California.

17

18                       /s/ Katherine S. Ritchey
                    Katherine S. Ritchey

19

20

21

22

23

24

25

26

27

28