1  Shawn Hanson (State Bar No. 109321)
   shanson@jonesday.com
2  Katherine S. Ritchey (State Bar No. 178409)
   ksritchey@jonesday.com
3  JONES DAY
   555 California Street, 26th Floor
4  San Francisco, CA  94104
   Telephone:    (415) 626-3939
5  Facsimile:    (415) 875-5700

6  Attorneys for Defendant A.U.L. CORPORATION
   LONG-TERM DISABILITY INSURANCE PLAN and
7  Real Party in Interest STANDARD INSURANCE
   COMPANY

8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| 12  **PATRICIA BROYLES,** | No. C-07-5305-MMC |
| 13           **Plaintiff,** | **MANUAL FILING NOTIFICATION RE EXHIBITS 8, 11, 12, 15, 17, 18, 20, 21, 22, 28, 29, 30, 31, 32, 35, 36 TO THE CONFIDENTIAL DECLARATION OF GEORGE CHAN** |
| 14           v. | |
| 15  **A.U.L. CORPORATION LONG-TERM DISABILITY INSURANCE PLAN,** | |
| 16 | Date: August 1, 2008 |
| 17           **Defendant,** | Time: 9:00 a.m. |
|    | Before the Honorable Maxine M. Chesney |
| 18 | |
| 19  **STANDARD INSURANCE COMPANY,** | |
| 20           **Real Party in Interest.** | |

21
22
23
24
25
26
27
28

SFI-586644v1                                           Manual Filing Notice
                                                       C07-05305 MMC

# MANUAL FILING NOTIFICATION

**Regarding: Exhibits 8, 11, 12, 15, 17, 18, 20, 21, 22, 28, 29, 30, 31, 32, 35, 36 to the Confidential Declaration of George Chan.**

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office. If you are a participant in this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

[_] Voluminous Document (PDF file size larger than the efiling system allows)

[_] Unable to Scan Documents

[_] Physical Object (description): Exhibit A to the Declaration of David Wallach

[_] Non-Graphic/Text Computer File (audio, video, etc.) CD or other media

[X] Item Under Seal

[_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

[_] Other (description): _____

Dated: June 27, 2008                                  JONES DAY

                                               By: /s/ Katherine S. Ritchey
                                                   Katherine S. Ritchey

Counsel for Defendant