1  Shawn Hanson (State Bar No. 109321)
   shanson@jonesday.com
2  Katherine S. Ritchey (State Bar No. 178409)
   ksritchey@jonesday.com
3  JONES DAY
   555 California Street, 26th Floor
4  San Francisco, CA  94104
   Telephone:    (415) 626-3939
5  Facsimile:    (415) 875-5700

6  Attorneys for Defendant A.U.L. CORPORATION
   LONG-TERM DISABILITY INSURANCE PLAN and
7  Real Party in Interest STANDARD INSURANCE
   COMPANY

8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| 12  PATRICIA BROYLES, | No. C-07-5305-MMC |
| 13          Plaintiff, | **DECLARATION OF GEORGE CHAN IN SUPPORT OF A.U.L.** |
| 14    v. | **CORPORATION LONG-TERM DISABILITY INSURANCE PLAN'S** |
| 15  A.U.L. CORPORATION LONG-TERM | **MOTION TO REVIEW PLAINTIFF'S** |
|     DISABILITY INSURANCE PLAN, | **CLAIM FOR ERISA BENEFITS** |
| 16                                 | **UNDER ABUSE OF DISCRETION** |
| 17          Defendant, | **STANDARD OF REVIEW** |
| 18  | Date: August 1, 2008 |
|     | Time: 9:00 a.m. |
|     | Before the Honorable Maxine M. Chesney |
| 19  STANDARD INSURANCE COMPANY, | |
| 20          Real Party in Interest. | |

Decl. of George Chan in Support of Defendant's Motion to
Review Plaintiff's Claim For ERISA Benefits Under Abuse
of Disc. Stand. of Rev.
C07-05305 MMC

I, GEORGE CHAN, hereby declare as follows:

1. I am a Senior Disability Benefits Analyst at Standard Insurance Company ("Standard"). I submit this declaration and attached exhibits in support of Defendant A.U.L. Corporation Long-Term Disability Plan's Motion To Review Plaintiff's Claim For ERISA Benefits Under Abuse Of Discretion Standard Of Review ("Motion"). Except as expressly stated herein, I have personal knowledge of the matters stated in this declaration and could and would testify competently to them.

2. In the regular course of my duties at Standard, I was assigned to administer the claim for Long Term Disability ("LTD") benefits made by Patricia Broyles.

3. For each claim for benefits pursuant to an insurance policy issued by Standard, Standard's analysts collect and generate an administrative record documenting the decision-making on the claim. These administrative records are generated and maintained in the ordinary course of Standard's business of administering claims for benefits. In the course of administering Ms. Broyles' claim, I became familiar with the administrative record that Standard generated and maintained, and have personally reviewed its contents, as well as applicable documents from the Group Long Term Disability Insurance Policy No. 638213-T ("Plan Policy").

4. Attached hereto as Exhibit 1 is a true and correct copy of the Plan Policy applicable to employees of A.U.L. Corporation, effective January 1, 2000, as amended from time to time. The Plan Policy was generated and maintained in the ordinary course of Standard's business operations.

5. Attached hereto as Exhibit 2 is a true and correct copy of a "Time Card Report" for Patricia Broyles sent by A.U.L Corporation to Standard on or about February 6, 2006. This document is part of the administrative record generated and maintained by Standard in the ordinary course of business regarding the claim of Patricia Broyles.

6. Attached hereto as Exhibit 3 is a true and correct copy of a note dated March 29, 2006 written and signed by Shannon Teed. This document is part of the administrative record generated and maintained by Standard in the ordinary course of business regarding the claim of Patricia Broyles.

- 2 -

Decl. of George Chan in Support of Defendant's Motion to
Review Plaintiff's Claim For ERISA Benefits Under Abuse
of Disc. Stand. of Rev.
C07-05305 MMC

7.      Attached hereto as Exhibit 4 are true and correct copies of (1) a LifeStep DOT Browser "Job Description Report" dated February, 3 2006, including a handwritten note signed by Kathleen ("Kathy") McCarthy also dated February 3, 2006, and (2) a note written and signed by Ms. McCarthy dated February 9, 2006. These documents are part of the administrative record generated and maintained by Standard in the ordinary course of business regarding the claim of Patricia Broyles.

8.      Attached hereto as Exhibit 5 is a true and correct copy of Patricia Broyles' "Long Term Disability Benefits Employee's Statement" signed on November 28, 2005 and marked as "received" on November 30, 2005. This document is part of the administrative record generated and maintained by Standard in the ordinary course of business regarding the claim of Patricia Broyles.

9.      Attached hereto as Exhibit 6 is a true and correct copy of a note written and signed by Karen Veltkamp dated December 5, 2005. This document is part of the administrative record generated and maintained by Standard in the ordinary course of business regarding the claim of Patricia Broyles.

10.     Attached hereto as Exhibit 7 is a letter dated December 19, 2005 from Shannon Teed to Anna Suesens at A.U.L. Corp. This document is part of the administrative record generated and maintained by Standard in the ordinary course of business regarding the claim of Patricia Broyles.

11.     Attached hereto as Exhibit 9 is a true and correct copy of a letter dated December 30, 2005 from Shannon Teed to Patricia Broyles. This document is part of the administrative record generated and maintained by Standard in the ordinary course of business regarding the claim of Patricia Broyles.

12.     Attached hereto as Exhibit 10 are true and correct copies of an "Order Confirmation," dated January 3, 2006, a fax cover sheet from Shannon Teed to LabOne, dated January 6, 2006 and an e-mail from LabOne to Shannon Teed, dated January 3, 2006. These documents are part of the administrative record generated and maintained by Standard in the ordinary course of business regarding the claim of Patricia Broyles.

Decl. of George Chan in Support of Defendant's Motion to
Review Plaintiff's Claim For ERISA Benefits Under Abuse
of Disc. Stand. of Rev.
C07-05305 MMC
- 3 -

1    13.    Attached hereto as Exhibit 13 is a true and correct copy of a phone call record, dated February 14 and 15, 2006. This document is part of the administrative record generated and maintained by Standard in the ordinary course of business regarding the claim of Patricia Broyles.

14.    Attached hereto as Exhibit 14 is a true and correct copy of a letter dated March 3, 2006 from Shannon Teed to Patricia Broyles. This document is part of the administrative record generated and maintained by Standard in the ordinary course of business regarding the claim of Patricia Broyles.

15.    I am informed and believe that Dr. Waldram is not an employee of Standard, rather, he works as a consultant on a periodic basis.

16.    Attached hereto as Exhibit 16 is a true and correct copy of a curriculum vitae for David W. Waldram, M.D. This document is part of the administrative record generated and maintained by Standard in the ordinary course of business regarding the claim of Patricia Broyles.

17.    Attached hereto as Exhibit 19 is a true and correct copy of a letter dated May 10, 2006 from Emmi Gordon to Patricia Broyles. This document is part of the administrative record generated and maintained by Standard in the ordinary course of business regarding the claim of Patricia Broyles.

18.    Attached hereto as Exhibit 23 is a true and correct copy of a letter dated August 3, 2006 from Jason Hewett to Patricia Broyles. This document is part of the administrative record generated and maintained by Standard in the ordinary course of business regarding the claim of Patricia Broyles.

19.    Attached hereto as Exhibit 24 is a true and correct copy of a letter from Jason Hewett to Patricia Broyles, dated October 4, 2006. This document is part of the administrative record generated and maintained by Standard in the ordinary course of business regarding the claim of Patricia Broyles.

20.    Attached hereto as Exhibit 25 are true and correct copies of (1) a note, written and signed by Jason Hewett, and dated November 20, 2006, (2) a second note written and signed by Jason Hewett, and also dated November 20, 2006, (3) a third note written and signed by Jason

- 4 -

Decl. of George Chan in Support of Defendant's Motion to
Review Plaintiff's Claim For ERISA Benefits Under Abuse
of Disc. Stand. of Rev.
C07-05305 MMC

1  Hewett, also dated November 20, 2006, and (4) a note, written and signed by Jason Hewett, dated November 21, 2006. These documents are part of the administrative record generated and maintained by Standard in the ordinary course of business regarding the claim of Patricia Broyles.

21. Attached hereto as Exhibit 26 is a true and correct copy of a letter dated November 20, 2006 from Jason Hewett to Patricia Broyles. This document is part of the administrative record generated and maintained by Standard in the ordinary course of business regarding the claim of Patricia Broyles.

22. Attached hereto as Exhibit 27 is a true and correct copy of a letter from Jason Hewett to Patricia Broyles, dated December 11, 2006. This document is part of the administrative record generated and maintained by Standard in the ordinary course of business regarding the claim of Patricia Broyles.

23. Attached hereto as Exhibit 33 is a true and correct copy of a letter dated February 12, 2007 from Mary E. Cea to Patricia Broyles. This document is part of the administrative record generated and maintained by Standard in the ordinary course of business regarding the claim of Patricia Broyles.

24. The Administrative Review Unit ("ARU") is separate department at Standard from the benefits department, and the ARU has different analysts and supervisors. The ARU analyst assigned to Patricia Broyles' claim, Mary Cea, had no part in the original claim decision or the administration of Ms. Broyles' claim prior to the independent review.

25. I am informed and believe that Joseph J. Mandiberg, M.D., is not an employee of Standard.

26. Attached hereto as Exhibit 34 is a true and correct copy of the curriculum vitae of Joseph J. Mandiberg, M.D. This document is part of the administrative record generated and maintained by Standard in the ordinary course of business regarding the claim of Patricia Broyles.

27. The administrative record generated and maintained by Standard regarding the claim of Patricia Broyles is 462 pages in length.

Decl. of George Chan in Support of Defendant's Motion to
Review Plaintiff's Claim For ERISA Benefits Under Abuse
of Disc. Stand. of Rev.
- 5 -
C07-05305 MMC

1  I declare under penalty of perjury under the laws of the United States of America that the
2  foregoing Declaration is true and correct, and that this Declaration was executed on June 25, 2008
3  in Portland, Oregon.

_____
George Chan

Decl. of George Chan in Support of Defendant's Motion to
Review Plaintiff's Claim For ERISA Benefits Under Abuse
of Disc. Stand. of Rev.
C07-05305 MMC

- 6 -