Shawn Hanson (State Bar No. 109321)
shanson@jonesday.com
Katherine S. Ritchey (State Bar No. 178409)
ksritchey@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:    (415) 626-3939
Facsimile:    (415) 875-5700

Attorneys for Defendant A.U.L. CORPORATION LONG-TERM DISABILITY INSURANCE PLAN and Real Party in Interest STANDARD INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PATRICIA BROYLES,**<br><br>                Plaintiff,<br><br>        v.<br><br>**A.U.L. CORPORATION LONG-TERM DISABILITY INSURANCE PLAN,**<br><br>                Defendant,<br><br>---<br><br>**STANDARD INSURANCE COMPANY,**<br><br>                Real Party in Interest. | No. C-07-5305-MMC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT A.U.L. CORPORATION LONG-TERM DISABILITY PLAN'S MOTION TO REVIEW PLAINTIFF'S CLAIM FOR ERISA BENEFITS UNDER ABUSE OF DISCRETION STANDARD OF REVIEW**<br><br>Date: August 1, 2008<br>Time: 9:00 a.m.<br>Before the Honorable Maxine M. Chesney |

SFI-586586v1

[Proposed] Order Granting Defendant's Motion to
Review Plaintiff's Claim for ERISA Benefits Under
Abuse of Disc. Stand. of Rev.;  C-07-05305 MMC

1  Having considered the papers filed in support and in opposition to Defendant's Motion to
2  Review Plaintiff's Claim for ERISA Benefits Under Abuse of Discretion Standard of Review,
3  and the argument of counsel:
4  IT IS HEREBY ORDERED:  Defendant's Motion to Review Plaintiff's Claim for ERISA
5  Benefits Under Abuse of Discretion Standard of Review is GRANTED.  The Court will apply a
6  highly deferential abuse of discretion standard of review.
7  **IT IS SO ORDERED.**
8
9  Dated: _____, 2008.                    _____
                                                Maxine M. Chesney
10                                              United States District Judge

SFI-586586v1

2

[Proposed] Order Granting Defendant's Motion to
Review Plaintiff's Claim for ERISA Benefits Under
Abuse of Disc. Stand. of Rev.;  C-07-05305 MMC