1  Shawn Hanson (State Bar No. 109321)
   shanson@jonesday.com
2  Katherine S. Ritchey (State Bar No. 178409)
   ksritchey@jonesday.com
3  JONES DAY
   555 California Street, 26th Floor
4  San Francisco, CA  94104
   Telephone:     (415) 626-3939
5  Facsimile:     (415) 875-5700

6  Attorneys for Defendant A.U.L. CORPORATION
   LONG-TERM DISABILITY INSURANCE PLAN and
7  Real Party in Interest STANDARD INSURANCE
   COMPANY
8

9                UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11

| 12 | **PATRICIA BROYLES,** | No. C-07-5305-MMC |
|----|----|----|
| 13 | **Plaintiff,** | **[PROPOSED] ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| 14 | v. | |
| 15 | **A.U.L. CORPORATION LONG-TERM DISABILITY INSURANCE PLAN,** | Date: August 1, 2008 |
| 16 | | Time: 9:00 a.m. |
| 17 | **Defendant,** | Before the Honorable Maxine M. Chesney |
| 18 | | |
| 19 | **STANDARD INSURANCE COMPANY,** | |
| 20 | **Real Party in Interest.** | |

1  Having considered Defendant's Administrative Motion to File Documents under Seal:

2  IT IS HEREBY ORDERED THAT:  Defendant's Administrative Motion to File

3  Documents Under Seal is GRANTED.  The Clerk of the Court shall file under seal the

4  confidential Exhibits 8, 11, 12, 15, 17, 18, 20, 21, 22, 28, 29, 30, 31, 32, 35, and 36 to the

5  Confidential Declaration of George Chan in Support of Defendant A.U.L. Corporation Long

6  Term Disability Plan's Motion to Review Plaintiff's Claim for ERISA Benefits Under Abuse of

7  Discretion Standard of Review.

**IT IS SO ORDERED**

Dated: _____, 2008.                    _____
                                            Maxine M. Chesney
                                            United States District Judge