1  Shawn Hanson (State Bar No. 109321)
   shanson@jonesday.com
2  Katherine S. Ritchey (State Bar No. 178409)
   ksritchey@jonesday.com
3  JONES DAY
   555 California Street, 26th Floor
4  San Francisco, CA  94104
   Telephone:    (415) 626-3939
5  Facsimile:    (415) 875-5700

6  Attorneys for Defendant A.U.L. CORPORATION
   LONG-TERM DISABILITY INSURANCE PLAN and
7  Real Party in Interest STANDARD INSURANCE
   COMPANY
8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11

12 | PATRICIA BROYLES,              | Case No. C07-05305-MMC
13 |         Plaintiff,             |
14 |    v.                          | **CERTIFICATE OF SERVICE**
15 | A.U.L. CORPORATION LONG-TERM   |
   | DISABILITY INSURANCE PLAN,     |
16 |                                |
17 |         Defendant,             |
18 | _____ |
   | STANDARD INSURANCE COMPANY,    |
19 |                                |
20 |     Real Party in Interest.    |

21
22
23
24
25
26
27
28

1   I am a citizen of the United States employed in San Francisco County, State of California; I am over the age of eighteen years and not a party to the within entitled action; my business address is: **555 California Street, 26th Floor, San Francisco, California 94104-1500.**

On **June 27, 2008**, I served the foregoing:

- **CONFIDENTIAL DECLARATION OF GEORGE CHAN IN SUPPORT OF A.U.L. CORPORATION LONG-TERM DISABILITY INSURANCE PLAN'S MOTION TO REVIEW PLAINTIFF'S CLAIM FOR ERISA BENEFITS UNDER ABUSE OF DISCRETION STANDARD OF REVIEW [EXHIBITS FILED UNDER SEAL]**

on the interested parties in this action addressed as follows:

Laurence F. Padway
LAW OFFICES OF LAURENCE F. PADWAY
1516 Oak Street, Suite 109
Alameda, CA 94501

[ ]   **BY MAIL:** I caused such envelope to be deposited in the mail at San Francisco, California. The envelope was mailed with postage thereon fully prepaid.

As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]   **BY UPS:** I placed such envelope for deposit in the UPS drop off for service by UPS. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with UPS on that same day at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if service is more than one day after date of deposit for express service in affidavit.

[X]   **BY PERSONAL SERVICE:** I caused such envelope to be hand delivered to the office of the addressee on the date specified above.

[ ]   **VIA ELECTRONIC MAIL:** I caused such document(s) to be transmitted by e-mail to the party(ies) on the date specified above.

[ ]   **VIA FACSIMILE:** I caused such document(s) to be transmitted from facsimile number (415) 875-5700 to the facsimile machine(s) of the above-listed party(ies) on the date specified above. The transmission(s) was/were reported as complete and without error.

[X]   **STATE** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[X]   **FEDERAL** I declare that I am employed within the office of a member of the bar of this Court at whose direction the service was made.

Executed on **June 27, 2008**, at San Francisco, California.

*/s/ Denise Harmon*
Denise Harmon