Laurence F. Padway (SBN: 083914)
Karen K. Wind (SBN: 124852)
Law Offices of Laurence F. Padway
1516 Oak Street, Suite 109
Alameda, CA 94501
Telephone: (510) 814-6100
Facsimile: (510) 814-0650

David J. Linden (SBN: 041221)
P. O. Box 5780
Napa, California 94581
Telephone: (707) 252-7007
Facsimile:  (707) 252-7883

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA BROYLES,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>A.U.L. CORPORATION LONG-TERM DISABILITY INSURANCE PLAN,<br><br>　　　　Defendant,<br><br>STANDARD INSURANCE COMPANY,<br><br>　　　　Real Party at Interest. | CASE NO. C07-05305 MMC<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR DE NOVO STANDARD OF REVIEW**<br><br>Date:　August 1, 2008<br>Time:　9:00 a.m.<br>Ctrm:　7 (19th Floor, San Francisco)<br>Judge:　Honorable Maxine M. Chesney |

1    Having considered the papers filed in support and in opposition to Plaintiff's Motion for
2 De Novo Standard of Review, and the argument of counsel:
3
4    IT IS HEREBY ORDERED:  Plaintiff's Motion for De Novo Standard of Review is
5 GRANTED.  The Court will apply a *de novo* standard in its review of the denial of Plaintiff's
6 claim for disability benefits.
7
8    **IT IS SO ORDERED.**
9
10
11 Dated: _____, 2008.            _____
                                      Maxine M. Chesney
12                                    United States District Judge