Shannon Teed

Standard Insurance Company
PHONE (503) 321-7598
FAX (503) 321-7437

2/9/6

Re: Patricia Bryles

PC to Clmnt. returning call + for clarify
dates of services — Left vm a if get my
vm please press '0' for operater to
page — Left 800 #.  S————

STND1149-00337

Shannon Teed

Standard Insurance Company
PHONE (503) 321-7598
FAX (503) 321-7437

2/9/6

Re: Patricia Broyles

PC to Dr Pfeffer's office in LA.
Sw Susan. She notes that Dr
moved from SanFran → LA 4 Oct.
The SanFran files are in Storage
    unit in SanFran as the office
no longer exsists. She notes the file
has been sent back & can't confirm
dates of services of SanFran visits
unless pull file from Storage (4 10 days+).
She notes claimant has been seen
1x in LA this January (1/20/6). She
will fax this visit.

The Standard℠

STND1149-00336

Shannon Teed

Standard Insurance Company
PHONE (503) 321-7598
FAX (503) 321-7437

memo to file

2/6/6
Re. Patricia Broyles

I was out of office Wed 1/8/6.

The Standard℠

Shannon Teed

**Standard Insurance Company**
PHONE (503) 321-7598
FAX (503) 321-7437

2| 8| 6    1:40

Re: Dutty Brugles
(707) 252-9258

Vm from client. Her fax# (310) 423-9958
re: Dr Pfeffer seen 1/24/06 more surgery
pending, as well as knee replacement
scheduled in March w/Dr Shipletts in
Napa.    S—

STND1149-00334

Shannon Teed

Standard Insurance Company
PHONE (503) 321-7598
FAX (503) 321-7437

2/7/6    10:28
Re: Patricia Brayles
(310)358 0657

VM from Dr Pfeffer's office (Susan)
was @ this office & last week but pt. from
(310)423-9736          up North. will take
      10 days  to get chart for deltas
of services.
Sunfrancisco visits need to pull chart

STND1149-00333

Shannon Teed

Standard Insurance Company
PHONE (503) 321-7598
FAX (503) 321-7437

2/7/06
Re: Patricia Broyles

pro clmnt. returning call & to
clarify dates of tx. left VM w/800
# returning call

The Standard℠

Shannon Teed

**Standard Insurance Company**
PHONE (503) 321-7598
FAX (503) 321-7437

2/7/6

Re: Patricia Brugles

Plcd Dr Pfeffers office re: Dates of
Services. Sw answering service –

Left name, co, patient & 800#.

Need confirm dates of service us
not certain if medical records
rec'd are complete – please call.

STND1149-00331

To _____

Caller *Patricia Broyles*

Date *2/6/6*

Time *308*

Phone ( *907 252-9058*     Ext _____

RE:

☐ Claimant _____

Policy # _____

☐ Policyowner _____

Claim # *CD375832*

☐ Group Office _____

Member SS# _____

☐ Other _____
(vendor, doctor, personal)

_____
(Claimant name if different from caller)

☐ CALL BACK     ☐ Will call again     ☐ Returned call     ☐ Just FYI

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

MESSAGE:

☐ Wants status of claim

☐ Death notice

☐ Check inquiry/lost check     Proclaim shows:
    ☐ no check   Check dated _____

Check amount _____

☐ New phone number

☐ Change of address: (see below)

☐ Please send: (see below)

☐ Ben award rec'd. Type: (see below)

☐ Did analyst receive _____
(i.e. APS, SS notice, claims forms, etc.)

_____

_____

_____

_____

Signed: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RESPONSE:

_____

_____

_____

_____

_____

_____

(Use back if needed)

Date _____     Time _____     Analyst _____

SI–14–6404  (3/94)

**Shannon Teed**

Standard Insurance Company
PHONE (503) 321-7598
FAX (503) 321-7437

2/6/6 @ 1:00
re: Patricia Broyles
Rec'd to Dr Pfeffer's office re: records
& Dates Service. Got answering service.
They are out between 12-2 lunch
I will try back.

STND1149-00329

To _____

Caller _Anna C Ault Corp_

Date _2/3/6_

Time _103_

Phone (707) 2579700    Ext _255_

RE:

☑ Claimant _Patricia Brycles_

☐ Policyowner _____

☐ Group Office _____

☐ Other _____
(vendor, doctor, personal)

Policy # _____

Claim # _____

Member SS# _____

_____
(Claimant name if different from caller)

☐ CALL BACK    ☐ Will call again    ☐ Returned call    ☐ Just FYI

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

MESSAGE:

☐ Wants status of claim

☐ Check inquiry/lost check    Proclaim shows:
   ☐ no check   Check dated _____

☐ New phone number

☐ Please send: (see below)

☐ Did analyst receive

☐ Death notice

Check amount _____

☐ Change of address: (see below)

☐ Ben award rec'd. Type: (see below)

(i.e. APS, SS notice, claims forms, etc.)

_has list to send me - but has 7's. Was_
_exempt tt on payroll records. what_
_does Patricia I need as includes_
_numerous other tt's._

Signed: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RESPONSE:

_____

_____

_____

_____

_____

_____

(Use back if needed)

Date _____    Time _____    Analyst _____

SI-14-6404  (3/94)

STND1149-00328

**Shannon Teed**

Standard Insurance Company
PHONE (503) 321-7598
FAX (503) 321-7437

2/3/6
re: Patricia Broyles
Vmto Ana @ ER - please fax time/attendance
records & gross earnings from Feb 05 -
to present.  Left fax # & 800#.

The Standard℠

**Shannon Teed**

From:          apsinfo@labone.com
Sent:          Thursday, February 02, 2006 7:03 AM
To:            Shannon Teed
Subject:       Email update on APS order applicant PATRICIA BROYLES

LabOne INC
800 NW Chipman Road
Suite 5900
Lee's Summit, MO 64063

The following medical records were received and imaged by LabOne APS Services.  You may
view or download the records immediately at aps.labone.com

Applicant Name - PATRICIA BROYLES
From Doctor - GLENN PFEFFER
Policy Number - 375832
OrderID - 60032459
Requestor Name - Shannon Teed

If you have any questions, please call 888-521-2004 or email APSinfo@LabOne.com.   Thank
you for your business!
--

This transmission (and any information attached to it) may be confidential and is intended
solely for the use of the individual or entity to which it is addressed. If you are not
the intended recipient or the person responsible for delivering the transmission to the
intended recipient, be advised that you have received this transmission in error and that
any use, dissemination, forwarding, printing, or copying of this information is strictly
prohibited. If you have received this transmission in error, please immediately notify
LabOne at the following email address: Securityincidentreporting@LabOne.com

1

**Shannon Teed**

Standard Insurance Company
PHONE (503) 321-7598
FAX (503) 321-7437

2/6/6

Re: Patricia Broyles

SW ER Anna. She notes that she will
send pay info (gross earnings) &
time info   month by month from
Feb 05 ⇒ present. She notes EE
not new here. She is employed by
Monticello adjusting since date on
ERS 7/6/01 & they had prior contract
W/SIC until they merged W/AUL
eff 4/1/05 @ which time clmnt.
under AUL & W/SIC. She has been
member w/ Monticello since DOH.
Re: Salary history :-

STND1149-00325

eff 1/16/04    $ 3806.08

eff 5/15 ↑    $ 3958.32 (as Superisr)

eff 9/13/05 ↓ $ 3306.80 (No Supervisory duties)

These figures are base pay + do not include bonus incentives or overtime. She notes Salary reduction was because of release of supervisory duties which Anna indicates had nothing to do w/ claimants medical condition. She note EE is excellent employee but not up to supervisory duties. She notes there were issues long B4 ~~disabled~~ disability that led to ∆ in duties. She notes incidences way B4 March 05 for which claimant was warned but this was.

STND1149-00324

Shannon Teed

Standard Insurance Company
PHONE (503) 321-7598
FAX (503) 321-7437

2/16/6

Re: Patricia Brigles

verbal & nothing in file. ER notes
when Patty came back 1st time she
pushed herself & ER kept
indicating she should stay home,
to heal/recover.

Patty notes there is no donated leave
plan & the way they report/call
accruals has Sed but now have
vacation and PTO & seperate Sc.
She notes they continue to pay
premiums on LTD/Life. I indicated
we will notify as soon as decision
on these & should continue premium

The Standard℠

STND1149-00323

payments until I hear from SLC - okay.
She will fax over info in Excel
Spreadsheet & I can call w/any ?s.

STND1149-00322



February 1, 2006

Patricia Broyles
3321 Anita Ct
Napa CA  94558

Re:      AUL Corporation
         Group Policy 623691
         Claim No. 00375832

Dear Ms. Broyles:

We are writing to update you on the status of your claim for long term disability (LTD) benefits.

The initial review of your disability claim has been completed; however, we are unable to complete our investigation at this time because we need to obtain additional information before we can complete our review.

As explained in prior correspondence (copy enclosed), we are investigating whether you meet your policy's Definition of Disability.  We had requested your medical records from Dr Glenn Pfeffer.  Additionally, I am awaiting clarification from your employer regarding your salary and other compensation received since your cease work.

Therefore, additional time is needed to complete our investigation.  In the event we are unable to obtain this information by March 3, 2006, we will be contacting you to request your assistance.

We understand the importance of making a timely decision on your claim and will keep you informed about the progress of our investigation on a regular basis.  When all necessary information is received, we will promptly complete the review of your claim and notify you of the claim decision.

Thank you for your cooperation and patience.  Please feel free to call me with any questions.

Sincerely,


Shannon Teed
Disability Benefits Analyst
Employee Benefits Department
(800) 368-1135  ext. 7598

Enclosures

900 SW Fifth Avenue
Portland OR 97204-1235
tel 888.937.4783

Standard Insurance Company – A subsidiary of StanCorp Financial Group, Inc.

STND1149-00321



December 30, 2005

Patricia Broyles
3321 Anita Ct
Napa CA  94558

Re:    AUL Corporation
       Group Policy 623691
       Claim No. 00375832

Dear Ms. Broyles:

We are writing to update you on the status of your claim for long term disability (LTD) benefits.

The initial review of your disability claim has been completed; however, we are unable to complete our investigation at this time because we need to obtain additional information before we can complete our review.

We are investigating whether you meet your policy's Definition of Disability, a copy of which is attached.  Your Group Policy defines disability as follows:

## DEFINITION OF DISABILITY

You are Disabled if you meet the following definitions during the periods they apply:

    A.    Own Occupation Definition Of Disability

    B.    Any Occupation Definition Of Disability

A.    Own Occupation Definition Of Disability

    During the Benefit Waiting Period and the Own Occupation Period you are required to be Disabled only from your Own Occupation.

    You are Disabled from your Own Occupation if, as a result of Physical Disease, Injury, Pregnancy or Mental Disorder:

    1.    You are unable to perform with reasonable continuity the Material Duties of your Own Occupation; and

    2.    You suffer a loss of at least 20% in your Indexed Predisability Earnings when working in your Own Occupation.

900 SW Fifth Avenue
Portland OR 97204-1235
tel 888.937.4783

Standard Insurance Company – a subsidiary of StanCorp Financial Group, Inc.

## STANDARD INSURANCE COMPANY

Patricia Broyles                                  2                                  December 30, 2005

Note: You are not Disabled merely because your right to perform your Own Occupation is restricted, including a restriction or loss of license.

During the Own Occupation Period you may work in another occupation while you meet the Own Occupation Definition Of Disability. However, you will no longer be Disabled when your Work Earnings from another occupation meet or exceed 80% of your Indexed Predisability Earnings. Your Work Earnings may be Deductible Income. See **Return To Work Provisions** and **Deductible Income.**

Own Occupation means any employment, business, trade, profession, calling or vocation that involves Material Duties of the same general character as the occupation you are regularly performing for your Employer when Disability begins. In determining your Own Occupation, we are not limited to looking at the way you perform your job for your Employer, but we may also look at the way the occupation is generally performed in the national economy. If your Own Occupation involves the rendering of professional services and you are required to have a professional or occupational license in order to work, your Own Occupation is as broad as the scope of your license.

Material Duties means the essential tasks, functions and operations, and the skills, abilities, knowledge, training and experience, generally required by employers from those engaged in a particular occupation that cannot be reasonably modified or omitted. In no event will we consider working an average of more than 40 hours per week to be a Material Duty.

B.      Any Occupation Definition Of Disability

During the Any Occupation Period you are required to be Disabled from all occupations.

You are Disabled from all occupations if, as a result of Physical Disease, Injury, Pregnancy or Mental Disorder, you are unable to perform with reasonable continuity the Material Duties of Any Occupation.

Any Occupation means any occupation or employment which you are able to perform, whether due to education, training, or experience, which is available at one or more locations in the national economy and in which you can be expected to earn at least 60% of your Indexed Predisability Earnings within 12 months following your return to work, regardless of whether you are working in that or any other occupation.

Material Duties means the essential tasks, functions and operations, and the skills, abilities, knowledge, training and experience, generally required by employers from those engaged in a particular occupation that cannot be reasonably modified or omitted. In no event will we consider working an average of more than 40 hours per week to be a Material Duty.

Your Own Occupation Period and Any Occupation Period are shown in the **Coverage Features.**

# STANDARD INSURANCE COMPANY

Patricia Broyles                          3                          December 30, 2005

Standard Insurance Company will be requesting, on your behalf, your medical records from Dr Glenn Pfeffer. I will also be contacting your employer for clarification of your salary and other compensation received since your cease work.

While Standard Insurance Company is requesting this information on your behalf, the responsibility to provide this proof of loss remains yours. In the event we are unable to obtain this information by February 1, 2006, we will be contacting you to request your assistance.

We understand the importance of making a timely decision on your claim and will keep you informed about the progress of our investigation on a regular basis. When all necessary information is received, we will promptly complete the review of your claim and notify you of the claim decision.

Thank you for your cooperation and patience. Please feel free to call me with any questions.

Sincerely,


Shannon Teed
Disability Benefits Analyst
Employee Benefits Department
(800) 368-1135  ext. 7598

Enclosures



# STANDARD INSURANCE COMPANY

A Stock Life Insurance Company
900 SW Fifth Avenue
Portland, Oregon 97204-1282
(503) 321-7000

*People. Not Just Policies.®*

## GROUP LONG TERM DISABILITY INSURANCE STATEMENT OF COVERAGE

| | | | |
|---|---|---|---|
| **Policyowner:** | Fleet National Bank, Trustee of The Standard Insurance Company Group | **Employer:** | A.U.L. CORPORATION |
| **Policy Number:** | 638213-T | **Group Number** | 623691-C |
| **Policy Effective Date:** | August 1, 1999 | **Employer Effective Date:** | January 1, 2000 |

The Group Policy has been issued to the Policyowner. An employer must apply for group long term disability insurance coverage under the Group Policy and join the Standard Insurance Company Group Insurance Trust by submitting a completed application and agreeing to pay premiums. No Employer's coverage under the Group Policy is in effect until approved in writing by us.

The Group Policy contains numerous optional and variable provisions. The options and variables we have approved for the Employer's coverage under the Group Policy are contained in this Statement Of Coverage. Only those provisions of the Group Policy which appear in this Statement Of Coverage will apply to the Employer's coverage under the Group Policy. All provisions on this and the following pages are part of the Statement Of Coverage.

The consideration for the Employer's coverage under the Group Policy is the application of the Employer and the payment by the Employer of premiums as provided herein.

Subject to the **Policyowner And Employer Provisions** and the **Incontestability Provisions**, the Employer's coverage under the Group Policy (a) is effective for the Initial Rate Guarantee Period shown in the **Coverage Features**, and (b) may be renewed for successive renewal periods by the payment on each renewal date, provided the number of persons insured on each renewal date is neither less than the Minimum Participation shown in the **Coverage Features**. The length of successive renewal periods will be determined by us, but will not be less than 12 months. For purposes of effective dates and ending dates under the Group Policy, all days begin and end at 12:00 midnight Standard Time (a) at the Employer's address with respect to the Employer and (b) at the Policyowner's address with respect to the Policyowner.

The terms "you" and "your" mean the Member. "We", "us", and "our" mean Standard Insurance Company. Other defined terms appear with their initial letters capitalized. Section headings, and references to them, appear in boldface type.

STANDARD INSURANCE COMPANY

By

*Ronald E. Timpe*
President

*J. Greg Ross*
Corporate Secretary

GP399-LTD/TRUST

85-01-00BF
## TRUE COPY

♻ *Printed on recycled paper.*

STND1149-00317

# REINSTATEMENT OF INSURANCE

If your insurance ends, you may become insured again as a new Member. However, the following will apply:

1. If you cease to be a Member because of a covered Disability, your insurance will end; however, if you become a Member again immediately after LTD Benefits end, the Eligibility Waiting Period will be waived and, with respect to the condition(s) for which LTD Benefits were payable, the Preexisting Condition Exclusion will be applied as if your insurance had remained in effect during that period of Disability.

2. If your insurance ends because you cease to be a Member for any reason other than a covered Disability, and if you become a Member again within 90 days, the Eligibility Waiting Period will be waived.

3. If your insurance ends because you fail to make a required premium contribution, you must provide Evidence Of Insurability to become insured again.

4. If your insurance ends because you are on a federal or state-mandated family or medical leave of absence, and you become a Member again immediately following the period allowed, your insurance will be reinstated pursuant to the federal or state-mandated family or medical leave act or law.

5. The Preexisting Conditions Exclusion will be applied as if insurance had remained in effect in the following instances:

   a. If you become insured again within 90 days.

   b. If required by federal or state-mandated family or medical leave act or law and you become insured again immediately following the period allowed under the family or medical leave act or law.

6. In no event will insurance be retroactive.

LT.RE.OT.1

# DEFINITION OF DISABILITY

You are Disabled if you meet the following definitions during the periods they apply:

A. Own Occupation Definition Of Disability.

B. Any Occupation Definition Of Disability.

A. Own Occupation Definition Of Disability

During the Benefit Waiting Period and the Own Occupation Period you are required to be Disabled only from your Own Occupation.

You are Disabled from your Own Occupation if, as a result of Physical Disease, Injury, Pregnancy or Mental Disorder:

1. You are unable to perform with reasonable continuity the Material Duties of your Own Occupation; and

2. You suffer a loss of at least 20% in your Indexed Predisability Earnings when working in your Own Occupation.

Note: You are not Disabled merely because your right to perform your Own Occupation is restricted, including a restriction or loss of license.

STND1149-00316



During the Own Occupation Period you may work in another occupation while you meet the Own Occupation Definition Of Disability. However, you will no longer be Disabled when your Work Earnings from another occupation meet or exceed 80% of your Indexed Predisability Earnings. Your Work Earnings may be Deductible Income. See **Return To Work Provisions** and **Deductible Income**.

Own Occupation means any employment, business, trade, profession, calling or vocation that involves Material Duties of the same general character as the occupation you are regularly performing for your Employer when Disability begins. In determining your Own Occupation, we are not limited to looking at the way you perform your job for your Employer, but we may also look at the way the occupation is generally performed in the national economy. If your Own Occupation involves the rendering of professional services and you are required to have a professional or occupational license in order to work, your Own Occupation is as broad as the scope of your license.

Material Duties means the essential tasks, functions and operations, and the skills, abilities, knowledge, training and experience, generally required by employers from those engaged in a particular occupation that cannot be reasonably modified or omitted. In no event will we consider working an average of more than 40 hours per week to be a Material Duty.

B.  Any Occupation Definition Of Disability

During the Any Occupation Period you are required to be Disabled from all occupations.

You are Disabled from all occupations if, as a result of Physical Disease, Injury, Pregnancy or Mental Disorder, you are unable to perform with reasonable continuity the Material Duties of Any Occupation.

Any Occupation means any occupation or employment which you are able to perform, whether due to education, training, or experience, which is available at one or more locations in the national economy and in which you can be expected to earn at least 60% of your Indexed Predisability Earnings within twelve months following your return to work, regardless of whether you are working in that or any other occupation.

Material Duties means the essential tasks, functions and operations, and the skills, abilities, knowledge, training and experience, generally required by employers from those engaged in a particular occupation that cannot be reasonably modified or omitted. In no event will we consider working an average of more than 40 hours per week to be a Material Duty.

Your Own Occupation Period and Any Occupation Period are shown in the **Coverage Features**.

(OWN_ANY_WITH 40)   LT.DD.OT.1

## RETURN TO WORK PROVISIONS

A.  Return To Work Responsibility

During the Own Occupation Period no LTD Benefits will be payable for any period when you are able to work in your Own Occupation and able to earn at least 20% of your Indexed Predisability Earnings, but you elect not to work.

During the Any Occupation Period no LTD Benefits will be payable for any period when you are able to work in Any Occupation and able to earn at least 20% of your Indexed Predisability Earnings, but you elect not to work.

B.  Return To Work Incentive

You may serve your Benefit Waiting Period while working if you meet the Own Occupation Definition Of Disability.

STND1149-00315



You are eligible for the Return To Work Incentive on the first day you work after the Benefit Waiting Period if LTD Benefits are payable on that date. The Return To Work Incentive changes 12 months after that date, as follows:

1. During the first 12 months, your Work Earnings will be Deductible Income as determined in a., b. and c:

   a. Determine the amount of your LTD Benefit as if there were no Deductible Income, and add your Work Earnings to that amount.

   b. Determine 100% of your Indexed Predisability Earnings.

   c. If a. is greater than b., the difference will be Deductible Income.

2. After those first 12 months, 50% of your Work Earnings will be Deductible Income.

C. Work Earnings Definition

Work Earnings means your gross monthly earnings from work you perform while Disabled, plus the earnings you could receive if you worked as much as you are able to, considering your Disability, in work that is reasonably available:

a. In your Own Occupation during the Own Occupation Period; and

b. In Any Occupation during the Any Occupation Period.

Work Earnings includes earnings from your Employer, any other employer, or self-employment, and any sick pay, vacation pay, annual or personal leave pay or other salary continuation earned or accrued while working.

Earnings from work you perform will be included in Work Earnings when you have the right to receive them. If you are paid in a lump sum or on a basis other than monthly, we will prorate your Work Earnings over the period of time to which they apply. If no period of time is stated, we will use a reasonable one.

In determining your Work Earnings we:

1. Will use the financial accounting method you use for income tax purposes, if you use that method on a consistent basis.

2. Will not be limited to the taxable income you report to the Internal Revenue Service.

3. May ignore expenses under section 179 of the IRC as a deduction from your gross earnings.

4. May ignore depreciation as a deduction from your gross earnings.

5. May adjust the financial information you give us in order to clearly reflect your Work Earnings.

If we determine that your earnings vary substantially from month to month, we may determine your Work Earnings by averaging your earnings over the most recent three-month period. During the Own Occupation Period you will no longer be Disabled when your average Work Earnings over the last three months exceed 80% of your Indexed Predisability Earnings. During the Any Occupation Period you will no longer be Disabled when your average Work Earnings over the last three months exceed 60% of your Indexed Predisability Earnings.

LT.RW.OT.1

## REASONABLE ACCOMMODATION EXPENSE BENEFIT

If you return to work in any occupation for any employer, not including self-employment, as a result of a reasonable accommodation made by such employer, we will pay that employer a Reasonable Accommodation Expense Benefit of up to $25,000, but not to exceed the expenses incurred.

STND1149-00314



Eligibility Waiting Period means the period you must be a Member before you become eligible for insurance.

| | |
|---|---|
| Own Occupation Period: | The first 24 months for which LTD Benefits are paid. |
| Any Occupation Period: | From the end of the Own Occupation Period to the end of the Maximum Benefit Period. |

| | |
|---|---|
| LTD Benefit: | 60% of the first $10,000 of your Predisability Earnings, reduced by Deductible Income. |
| Maximum LTD Benefit: | $6,000 before reduction by Deductible Income. |
| Minimum LTD Benefit: | $100 |
| Assisted Living Benefit: | An additional 40% of the first $10,000 of your Predisability Earnings, but not to exceed $4,000. The Assisted Living Benefit is not reduced by Deductible Income. |
| Benefit Waiting Period: | 90 days |
| Maximum Benefit Period: | Determined by your age when Disability begins, as follows: |
| Age | Maximum Benefit Period |

| Age | Maximum Benefit Period |
|---|---|
| 61 or younger | To age 65, or 3 years 6 months, if longer. |
| 62 | 3 years 6 months |
| 63 | 3 years |
| 64 | 2 years 6 months |
| 65 | 2 years |
| 66 | 1 year 9 months |
| 67 | 1 year 6 months |
| 68 | 1 year 3 months |
| 69 or older | 1 year |

## PREMIUM CONTRIBUTIONS

| | |
|---|---|
| Insurance is: | Noncontributory |

## PREMIUM AND RENEWALS

| | |
|---|---|
| Premium Rate: | 0.640% of each insured Member's insured Predisability Earnings up to $10,000. |
| Premium Due Dates: | January 1, 2000 and the first day of each calendar month thereafter. |
| Initial Rate Guarantee Period: | |
| Policy: | Not applicable |
| Employer Participation: | January 1, 2000 to February 1, 2002 |

STND1149-00313

From the desk of:                                                                    1/17/2006 10:34 AM
**Joanna Burton**

Re: PATRICIA A BROYLES                    Policyholder: AUL CORPORATION
Member SS#: 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                        Group ID#: 10037483
   Claim #: 00375832                           Policy #: 623691

P/C from claimant transferred by customer service  - writer cover for S Teed. Managing analyst

Ms Broyles was on her way to her physician and wanted to know if there were additional forms she
should be taking in. When asked if she had recently received an APS – she stated that Shannon was
working through LabOne for additional info. I asked that she please request her doctor's office
expedite our request if they have not already done so and send the records to LAbOne.

Page 1 of 1                                                   Signed *Joanna Burton*

                         THE STANDARD

**Shannon Teed**

| | |
|---|---|
| **From:** | apsinfo@labone.com |
| **Sent:** | Tuesday, January 03, 2006 2:48 PM |
| **To:** | Shannon Teed |
| **Subject:** | Email update on APS order applicant PATRICIA BROYLES |

```
LabOne INC
800 NW Chipman Road
Suite 5900
Lee's Summit, MO 64063

We received your request for medical records.


Applicant Name - PATRICIA BROYLES
From Doctor - GLENN PFEFFER
Policy Number - 375832
OrderID - 60032459
Requestor Name - Shannon Teed

If you have any questions, please call 888-521-2004 or email APSinfo@LabOne.com.    Thank
you for your business!
```

1

STND1149-00311

To _____

Caller _Anna C Awl Cor_    Date _1/4/06_

Phone (_707_) _257 9700_    Ext _____    Time _952_

RE:

☑ Claimant _Patricia Braydes_    Policy # _____

☐ Policyowner _____    Claim # _00375832_

☐ Group Office _____    Member SS# _____

☐ Other _____
  (vendor, doctor, personal)    _____
                                 (Claimant name if different from caller)

☐ CALL BACK    ☐ Will call again    ☐ Returned call    ☑ Just FYI

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

MESSAGE:

☐ Wants status of claim    ☐ Death notice

☐ Check inquiry/lost check    Proclaim shows:
  ☐ no check    Check dated _____    Check amount _____

☐ New phone number    ☐ Change of address: (see below)

☐ Please send: (see below)    ☐ Ben award rec'd. Type: (see below)

☐ Did analyst receive _____
            (i.e. APS, SS notice, claims forms, etc.)

_re: Cert of coverage - it was sent in_
_Dec. If ?'s ext. 255_

_____

_____

Signed: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RESPONSE:

_PC to Anna - left VM to call re. Other comp._

_____

_____

_____

_____

_____

                                    (Use back if needed)

Date _____    Time _____    Analyst _____

SI-14-6404  (3/94)

STND1149-00310

Shannon Teed

Standard Insurance Company
PHONE (503) 321-7598
FAX (503) 321-7437

5/4/06

Re: Patricia Broyles

Rc to claimant returning call. She
is somewhat frustrated that her
medical condition / disability is in
? I indicated that during our
1st conversation I had informed her
that the APS completed by Dr Pfeffer
didn't elaborate much. Reviewed w/ medical
staff here & need additional info.
She notes she has been in chronic
pain so long & she feels she
has to defend herself. I explained
it is not uncommon to request
need add. info - She notes her

The Standard℠

STND1149-00309

RTW 1st time caused slow healing
& impede recovery & reason why
filing today. She did not follow
car order & RTW too soon
did not elevate foot - caused
severe pain & swelling. Additional
surgery pending & is difficult
surgery who guarantees on 50/50
chance they successful. She notes
she can't stand > 30 seconds (?)
minutes (?) BU pain.

I asked about Dr Pfeffer &
LA Location. She notes he was
originally in San Fran & then moved
LA Cedar Sinai Oct. I asked
for San Fran address as this may
delay. She says his address is

Shannon Teed

Standard Insurance Company
PHONE (503) 321-7598
FAX (503) 321-7437

6/4/06

Re: Patricia Boyles
LA + Fit Dr w/ Dr Pfeffer. I asked
if she has ever been seen in LA
no only SanFran. I asked her
to forward this address for SanFran.
She doesn't have it. I indicated
it may delay — we will let her
know if problem w/address — de.

The Standard℠

STND1149-00307

To _____

Caller _Patricia Brugles_     Date _1/3/6_

Phone (707) 252 9258     Ext _____     Time _321_

RE: _____

☑ Claimant _____     Policy # _____

☐ Policyowner _____     Claim # _____

☐ Group Office _____     Member SS# _____

☐ Other _____     _____
     (vendor, doctor, personal)     (Claimant name if different from caller)

☐ CALL BACK     ☐ Will call again     ☐ Returned call     ☐ Just FYI

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

MESSAGE:

☐ Wants status of claim                    ☐ Death notice

☐ Check inquiry/lost check     Proclaim shows:
     ☐ no check   Check dated _____     Check amount _____

☐ New phone number                         ☐ Change of address: (see below)

☐ Please send: (see below)                 ☐ Ben award rec'd. Type: (see below)

☐ Did analyst receive _____
                          (i.e. APS, SS notice, claims forms, etc.)

_Re: def dis — She is disabled_

_____

_____

_____

Signed: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RESPONSE:

_____

_____

_____

_____

_____

_____

                                             (Use back if needed)

Date _____     Time _____     Analyst _____

SI-14-6404  (3/94)

STND1149-00306

************** -COMM. JRNAL- ***************** DATE JAN-03-20 **** TIME 15:23 *** P.01

MODE = MEMORY TRANSMISSION          START=JAN-03 15:21      END=JAN-03 15:23

    FILE NO. = 164

STN NO.    COM    ABBR NO.    STATION NAME/TEL.NO.    PAGES    DURATION

001    OK    ☎    918009972771    003/003 00:01'11"

                                                    -STANDARD INS GROUP LTD    -

************************************ -503 321 7437    - **** -    503 321 7437- *********

**TheStandard™**
Positively different.

## Fax

Date:  1-3-06
To:    LabOne

From: Shannon Teed

Subject: Authorization(s) for APS Request

Pages:    including this cover
Fax:    (888) 368-9545
Phone:
Fax:    (503) 321-7437
Phone: (800) 368-1135 ext. 7598

___

☐ General Authorization attached.

☐ Psychotherapy Authorization attached.

        For

Claimant ___Patricia Broyles___

Order Number (s) ____60032459____

        _____

        _____

        _____

        _____

Confidentiality Notice:  Do not read this document if you are not the intended recipient. This document and any documents or other attachments may contain confidential information.  If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information contained in or attached to this transmission is strictly prohibited.  If you have received this transmission in error, please immediately notify the sender by telephone and destroy the original transmission and its attachments without reading or saving in any manner. Thank you.

900 SW Fifth Avenue
Portland OR 97204
tel 888 937.4783

Standard Insurance Company — A subsidiary of StanCorp Financial Group, Inc.

STND1149-00305




# Fax

**TheStandard™**
Positively different.

Date:  1-3-06                                  Pages:      including this cover
To:    LabOne                                  Fax:    (888) 368-9545
                                               Phone:
From:  Shannon Teed                            Fax:    (503) 321-7437
                                               Phone: (800) 368-1135 ext. 7598

Subject: Authorization(s) for APS Request

☐ General Authorization attached.

☐ Psychotherapy Authorization attached.

     For

Claimant _____ Patricia Broyles

Order Number (s) _____ 60032459 _____

            _____

            _____

            _____

            _____

**Confidentiality Notice:** Do not read this document if you are not the intended recipient. This document and any documents or other attachments may contain confidential information. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information contained in or attached to this transmission is *strictly prohibited*. If you have received this transmission in error, please immediately notify the sender by telephone and destroy the original transmission and its attachments without reading or saving in any manner. Thank you.

*900 SW Fifth Avenue*
*Portland OR 97204*
*tel 888.937.4783*

Standard Insurance Company — A subsidiary of StanCorp Financial Group, Inc.

STND1149-00304



**Order Confirmation**

**Order Detail**

Order ID     60032459

**Patient Information**

| | | | |
|---|---|---|---|
| First Name | Patricia | SSN | 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 |
| Last Name | Broyles | DOB | 11/15/1953 |

**Special Instructions**

**Physician/Facility Information**

| | | | | |
|---|---|---|---|---|
| Physician Name | Glenn Pfeffer | Phone Number | | |
| Facility Name | | Patient/Kaiser Number | | |
| Address | 444 So San Vicente Suite 603 | | | |
| City | Los Angeles | State CA | Zip | 90048 |

**Special Instructions**    All med. records, progress/therapy notes, referral info., prescribed meds, lab/diagnostic test results, op. reports. Hospitals incl. Admit Hx, Phys. Exam & Disch. Summary. Please include only information from 1-1-05 to the present.

**Case Information**

| | | | |
|---|---|---|---|
| Carrier | Standard Insurance Company | Broker | |
| Carrier Policy Number | 375832 | Broker Policy Number | |
| Requestor | Teed, Shannon | Routing Number | BBB |
| Email | steed@standard.com | Phone | 503-321-7598 |
| Account Number | 1522 | Product ID | APS |
| Agent Name | | Followup | Standard |
| Email | | Phone | |
| Date Order Added | 1/3/2006 4:12:40 PM | | |

## Please fax the Authorization to (800) 997-2771 and include a copy of this confirmation page with the fax.

STND1149-00303



**The**
**STANDARD.**
INSURANCE

**Long Term Disability Benefits**
**Authorization to Obtain Information**

Standard Insurance Company, Employee Benefits Department
PO Box 2800  Portland OR 97208-2800  800.368.1135 Tel  503.321.8400 Fax

**I AUTHORIZE THESE PERSONS** having any records or knowledge of me or my health:
- Any physician, medical practitioner or health care provider.
- Any hospital, clinic, pharmacy or other medical or medically related facility or association.
- Any insurance or annuity company.
- Any employer or plan sponsor.
- Any organization or entity administering a benefit program or an annuity program.
- Any educational, vocational or rehabilitational organization or program.
- Any consumer reporting agency, financial institution, accountant, or tax preparer.
- Any government agency (*for example, Social Security Administration, Public Retirement System, Railroad Retirement Board, etc.*)

**TO GIVE THIS INFORMATION:**
- Charts, notes, x-rays, operative reports, lab and medication records and all other medical information about me, including medical history, diagnosis, testing and test results. Prognosis and treatment of any physical or mental condition, including:
  - Any disorder of the immune system, including HIV, Acquired Immune Deficiency Syndrome (AIDS) or other related syndromes or complexes.
  - Any communicable disease or disorder.
  - Any psychiatric or psychological condition, including test results, but excluding psychotherapy notes. Psychotherapy notes do not include a summary of diagnosis, functional status, the treatment plan, symptoms, prognosis and progress to date.
  - Any condition, treatment, or therapy related to substance abuse, including alcohol and drugs.
  **and:**
- Any non-medical information requested about me, including such things as education, employment history, earnings or finances, or eligibility for other benefits including retirement benefits and retirement plan contributions (*for example, Social Security Administration, Public Retirement Systems, Railroad Retirement Board, claims status, benefit amounts and effective dates, etc.*).

**TO STANDARD INSURANCE COMPANY.**
- I acknowledge that any agreements I have made to restrict my protected health information do not apply to this authorization and I instruct the persons and organizations identified above to release and disclose my entire medical record without restriction. I understand that The Standard will use the information to determine my eligibility or entitlement for insurance benefits.
- I understand and agree that this authorization shall remain in force throughout the duration of my claim for benefits with The Standard. I understand that I have the right to refuse to sign this authorization and a right to revoke this authorization at any time by sending a written statement to The Standard, except to the extent it has been relied upon to disclose requested records. A revocation of the authorization, or the failure to sign the authorization, may impair The Standard's ability to evaluate or process my claim and may be a basis for denying my claim for benefits.
- I understand that in the course of conducting its business, The Standard may disclose to other parties information it has about me. The Standard may release this information about me to a reinsurer, a plan administrator, or any person performing business or legal services for The Standard in connection with my claim.
- I understand that The Standard complies with state and federal laws and regulations enacted to protect my privacy. I also understand that the information disclosed to The Standard pursuant to this authorization may be subject to redisclosure with my authorization or as otherwise permitted or required by law. (Disability Insurance is not subject to the Privacy Rules of the Health Insurance Portability and Accountability Act (HIPAA) and therefore this release of information to The Standard is not protected under the Act.)
- I acknowledge that I have read the authorization and the state variations (*if applicable*) on page 7. A photocopy or facsimile of this authorization is as valid as the original and will be provided to me upon request.

Name (*please print*)    Patricia A. Broyles

Social Security No.    551 92 5378

Signature of Claimant/Guardian/Representative    Patricia A. Broyles

Date    11/28/05

*This Authorization is a two-page document. Please see page 7 for additional terms and information. Both pages are part of the Authorization.*

SI 3379

STND1149-00302

**WORK REQUEST**

Analyst: _Teed_                                    Date: _12/30/05_

CLAIMANT: _P. Broyles_                             Need by: _____

_____ Fax: _____

_____ Copy: _____

_all records_

Send Medical Request to the following:  DATES: _Dr Pfeffer_  _1/5 present_

_____ EMSI (Form and Authorization attached)_____

_____ Claim closed MBP/send to waiver_____

_____ CLI Approval/Denial and dictate Approval Letters_____

_____ CLI Set-Up

_____ EPIC Corrections

          Amount of Insurance _____

          Claimant Insurance Effective Date_____

          Class Description _____

          Annual Earnings_____

          Evidence Required _____

_____Send to Waiver Department

_____Survivor Benefit

_____Send Waiver Claim to Life Department

_____Proclaim Changes

_____Other

_600032459_

Completed by: _Karen Veltkamp_

Date: _1-3-06_

4/13/2005

STND1149-00301



TheStandard™
. Positively different.

December 30, 2005

Patricia Broyles
3321 Anita Ct
Napa CA  94558

Re:    AUL Corporation
       Group Policy 623691
       Claim No. 00375832

Dear Ms. Broyles:

We are writing to update you on the status of your claim for long term disability (LTD) benefits.

The initial review of your disability claim has been completed; however, we are unable to complete our investigation at this time because we need to obtain additional information before we can complete our review.

We are investigating whether you meet your policy's Definition of Disability, a copy of which is attached. Your Group Policy defines disability as follows:

### DEFINITION OF DISABILITY

You are Disabled if you meet the following definitions during the periods they apply:

    A.    Own Occupation Definition Of Disability

    B.    Any Occupation Definition Of Disability

A.    Own Occupation Definition Of Disability

    During the Benefit Waiting Period and the Own Occupation Period you are required to be Disabled only from your Own Occupation.

    You are Disabled from your Own Occupation if, as a result of Physical Disease, Injury, Pregnancy or Mental Disorder:

    1.    You are unable to perform with reasonable continuity the Material Duties of your Own Occupation; and

    2.    You suffer a loss of at least 20% in your Indexed Predisability Earnings when working in your Own Occupation.

900 SW Fifth Avenue
Portland OR 97204-1235
tel 888.937.4783

Standard Insurance Company — A subsidiary of StanCorp Financial Group, Inc.

STND1149-00300

# STANDARD INSURANCE COMPANY

Patricia Broyles                              2                         December 30, 2005

Note:  You are not Disabled merely because your right to perform your Own Occupation
is restricted, including a restriction or loss of license.

During the Own Occupation Period you may work in another occupation while you meet
the Own Occupation Definition Of Disability.  However, you will no longer be Disabled
when your Work Earnings from another occupation meet or exceed 80% of your Indexed
Predisability Earnings.  Your Work Earnings may be Deductible Income.  See **Return To
Work Provisions** and **Deductible Income**.

Own Occupation means any employment, business, trade, profession, calling or vocation
that involves Material Duties of the same general character as the occupation you are
regularly performing for your Employer when Disability begins.  In determining your
Own Occupation, we are not limited to looking at the way you perform your job for your
Employer, but we may also look at the way the occupation is generally performed in the
national economy.  If your Own Occupation involves the rendering of professional
services and you are required to have a professional or occupational license in order to
work, your Own Occupation is as broad as the scope of your license.

Material Duties means the essential tasks, functions and operations, and the skills,
abilities, knowledge, training and experience, generally required by employers from those
engaged in a particular occupation that cannot be reasonably modified or omitted.  In no
event will we consider working an average of more than 40 hours per week to be a
Material Duty.

B.     Any Occupation Definition Of Disability

During the Any Occupation Period you are required to be Disabled from all occupations.

You are Disabled from all occupations if, as a result of Physical Disease, Injury,
Pregnancy or Mental Disorder, you are unable to perform with reasonable continuity the
Material Duties of Any Occupation.

Any Occupation means any occupation or employment which you are able to perform,
whether due to education, training, or experience, which is available at one or more
locations in the national economy and in which you can be expected to earn at least 60%
of your Indexed Predisability Earnings within 12 months following your return to work,
regardless of whether you are working in that or any other occupation.

Material Duties means the essential tasks, functions and operations, and the skills,
abilities, knowledge, training and experience, generally required by employers from those
engaged in a particular occupation that cannot be reasonably modified or omitted.  In no
event will we consider working an average of more than 40 hours per week to be a
Material Duty.

Your Own Occupation Period and Any Occupation Period are shown in the **Coverage Features**.

STND1149-00299

# STANDARD INSURANCE COMPANY

Patricia Broyles                         3                        December 30, 2005

Standard Insurance Company will be requesting, on your behalf, your medical records from Dr Glenn Pfeffer. I will also be contacting your employer for clarification of your salary and other compensation received since your cease work.

While Standard Insurance Company is requesting this information on your behalf, the responsibility to provide this proof of loss remains yours. In the event we are unable to obtain this information by February 1, 2006, we will be contacting you to request your assistance.

We understand the importance of making a timely decision on your claim and will keep you informed about the progress of our investigation on a regular basis. When all necessary information is received, we will promptly complete the review of your claim and notify you of the claim decision.

Thank you for your cooperation and patience. Please feel free to call me with any questions.

Sincerely,


Shannon Teed
Disability Benefits Analyst
Employee Benefits Department
(800) 368-1135   ext. 7598

Enclosures



# STANDARD INSURANCE COMPANY

A Stock Life Insurance Company
900 SW Fifth Avenue
Portland, Oregon 97204-1282
(503) 321-7000

*People. Not Just Policies.*®

## GROUP LONG TERM DISABILITY INSURANCE STATEMENT OF COVERAGE

| | | | |
|---|---|---|---|
| **Policyowner:** | Fleet National Bank, Trustee of The Standard Insurance Company Group | **Employer:** | A.U.L. CORPORATION |
| **Policy Number:** | 638213-T | **Group Number** | 623691-C |
| **Policy Effective Date:** | August 1, 1999 | **Employer Effective Date:** | January 1, 2000 |

The Group Policy has been issued to the Policyowner. An employer must apply for group long term disability insurance coverage under the Group Policy and join the Standard Insurance Company Group Insurance Trust by submitting a completed application and agreeing to pay premiums. No Employer's coverage under the Group Policy is in effect until approved in writing by us.

The Group Policy contains numerous optional and variable provisions. The options and variables we have approved for the Employer's coverage under the Group Policy are contained in this Statement Of Coverage. Only those provisions of the Group Policy which appear in this Statement Of Coverage will apply to the Employer's coverage under the Group Policy. All provisions on this and the following pages are part of the Statement Of Coverage.

The consideration for the Employer's coverage under the Group Policy is the application of the Employer and the payment by the Employer of premiums as provided herein.

Subject to the **Policyowner And Employer Provisions** and the **Incontestability Provisions**, the Employer's coverage under the Group Policy (a) is effective for the Initial Rate Guarantee Period shown in the **Coverage Features**, and (b) may be renewed for successive renewal periods by the payment on each renewal date, provided the number of persons insured on each renewal date is neither less than the Minimum Participation shown in the **Coverage Features**. The length of successive renewal periods will be determined by us, but will not be less than 12 months. For purposes of effective dates and ending dates under the Group Policy, all days begin and end at 12:00 midnight Standard Time (a) at the Employer's address with respect to the Employer and (b) at the Policyowner's address with respect to the Policyowner.

The terms "you" and "your" mean the Member. "We", "us", and "our" mean Standard Insurance Company. Other defined terms appear with their initial letters capitalized. Section headings, and references to them, appear in boldface type.

STANDARD INSURANCE COMPANY

By

*Ronald E. Timpe*           *J. Greg Ross*

President                        Corporate Secretary

GP399-LTD/TRUST

*05-04-00 BF*

# TRUE COPY

♻ *Printed on recycled paper.*



## REINSTATEMENT OF INSURANCE

If your insurance ends, you may become insured again as a new Member. However, the following will apply:

1. If you cease to be a Member because of a covered Disability, your insurance will end; however, if you become a Member again immediately after LTD Benefits end, the Eligibility Waiting Period will be waived and, with respect to the condition(s) for which LTD Benefits were payable, the Preexisting Condition Exclusion will be applied as if your insurance had remained in effect during that period of Disability.

2. If your insurance ends because you cease to be a Member for any reason, other than a covered Disability, and if you become a Member again within 90 days, the Eligibility Waiting Period will be waived.

3. If your insurance ends because you fail to make a required premium contribution, you must provide Evidence Of Insurability to become insured again.

4. If your insurance ends because you are on a federal or state-mandated family or medical leave of absence, and you become a Member again immediately following the period allowed, your insurance will be reinstated pursuant to the federal or state-mandated family or medical leave act or law.

5. The Preexisting Conditions Exclusion will be applied as if insurance had remained in effect in the following instances:

   a. If you become insured again within 90 days.

   b. If required by federal or state-mandated family or medical leave act or law and you become insured again immediately following the period allowed under the family or medical leave act or law.

6. In no event will insurance be retroactive.

LT.RE.OT.1

## DEFINITION OF DISABILITY

You are Disabled if you meet the following definitions during the periods they apply:

   A. Own Occupation Definition Of Disability.

   B. Any Occupation Definition Of Disability.

A. Own Occupation Definition Of Disability

During the Benefit Waiting Period and the Own Occupation Period you are required to be Disabled only from your Own Occupation.

You are Disabled from your Own Occupation if, as a result of Physical Disease, Injury, Pregnancy or Mental Disorder:

1. You are unable to perform with reasonable continuity the Material Duties of your Own Occupation; and

2. You suffer a loss of at least 20% in your Indexed Predisability Earnings when working in your Own Occupation.

Note: You are not Disabled merely because your right to perform your Own Occupation is restricted, including a restriction or loss of license.

STND1149-00296



During the Own Occupation Period you may work in another occupation while you meet the Own Occupation Definition Of Disability. However, you will no longer be Disabled when your Work Earnings from another occupation meet or exceed 80% of your Indexed Predisability Earnings. Your Work Earnings may be Deductible Income. See **Return To Work Provisions** and **Deductible Income**.

Own Occupation means any employment, business, trade, profession, calling or vocation that involves Material Duties of the same general character as the occupation you are regularly performing for your Employer when Disability begins. In determining your Own Occupation, we are not limited to looking at the way you perform your job for your Employer, but we may also look at the way the occupation is generally performed in the national economy. If your Own Occupation involves the rendering of professional services and you are required to have a professional or occupational license in order to work, your Own Occupation is as broad as the scope of your license.

Material Duties means the essential tasks, functions and operations, and the skills, abilities, knowledge, training and experience, generally required by employers from those engaged in a particular occupation that cannot be reasonably modified or omitted. In no event will we consider working an average of more than 40 hours per week to be a Material Duty.

B.  Any Occupation Definition Of Disability

During the Any Occupation Period you are required to be Disabled from all occupations.

You are Disabled from all occupations if, as a result of Physical Disease, Injury, Pregnancy or Mental Disorder, you are unable to perform with reasonable continuity the Material Duties of Any Occupation.

Any Occupation means any occupation or employment which you are able to perform, whether due to education, training, or experience, which is available at one or more locations in the national economy and in which you can be expected to earn at least 60% of your Indexed Predisability Earnings within twelve months following your return to work, regardless of whether you are working in that or any other occupation.

Material Duties means the essential tasks, functions and operations, and the skills, abilities, knowledge, training and experience, generally required by employers from those engaged in a particular occupation that cannot be reasonably modified or omitted. In no event will we consider working an average of more than 40 hours per week to be a Material Duty.

Your Own Occupation Period and Any Occupation Period are shown in the **Coverage Features**.

(OWN_ANY_WITH 40)   LT.DD.OT.1

## RETURN TO WORK PROVISIONS

A.  Return To Work Responsibility

During the Own Occupation Period no LTD Benefits will be payable for any period when you are able to work in your Own Occupation and able to earn at least 20% of your Indexed Predisability Earnings, but you elect not to work.

During the Any Occupation Period no LTD Benefits will be payable for any period when you are able to work in Any Occupation and able to earn at least 20% of your Indexed Predisability Earnings, but you elect not to work.

B.  Return To Work Incentive

You may serve your Benefit Waiting Period while working if you meet the Own Occupation Definition Of Disability.

STND1149-00295

You are eligible for the Return To Work Incentive on the first day you work after the Benefit Waiting Period if LTD Benefits are payable on that date. The Return To Work Incentive changes 12 months after that date, as follows:

1. During the first 12 months, your Work Earnings will be Deductible Income as determined in a., b. and c:

   a. Determine the amount of your LTD Benefit as if there were no Deductible Income, and add your Work Earnings to that amount.

   b. Determine 100% of your Indexed Predisability Earnings.

   c. If a. is greater than b., the difference will be Deductible Income.

2. After those first 12 months, 50% of your Work Earnings will be Deductible Income.

C. Work Earnings Definition

Work Earnings means your gross monthly earnings from work you perform while Disabled, plus the earnings you could receive if you worked as much as you are able to, considering your Disability, in work that is reasonably available:

   a. In your Own Occupation during the Own Occupation Period; and

   b. In Any Occupation during the Any Occupation Period.

Work Earnings includes earnings from your Employer, any other employer, or self-employment, and any sick pay, vacation pay, annual or personal leave pay or other salary continuation earned or accrued while working.

Earnings from work you perform will be included in Work Earnings when you have the right to receive them. If you are paid in a lump sum or on a basis other than monthly, we will prorate your Work Earnings over the period of time to which they apply. If no period of time is stated, we will use a reasonable one.

In determining your Work Earnings we:

1. Will use the financial accounting method you use for income tax purposes, if you use that method on a consistent basis.

2. Will not be limited to the taxable income you report to the Internal Revenue Service. ·

3. May ignore expenses under section 179 of the IRC as a deduction from your gross earnings.

4. May ignore depreciation as a deduction from your gross earnings.

5. May adjust the financial information you give us in order to clearly reflect your Work Earnings.

If we determine that your earnings vary substantially from month to month, we may determine your Work Earnings by averaging your earnings over the most recent three-month period. During the Own Occupation Period you will no longer be Disabled when your average Work Earnings over the last three months exceed 80% of your Indexed Predisability Earnings. During the Any Occupation Period you will no longer be Disabled when your average Work Earnings over the last three months exceed 60% of your Indexed Predisability Earnings.

LT.RW.OT.1

## REASONABLE ACCOMMODATION EXPENSE BENEFIT

If you return to work in any occupation for any employer, not including self-employment, as a result of a reasonable accommodation made by such employer, we will pay that employer a Reasonable Accommodation Expense Benefit of up to $25,000, but not to exceed the expenses incurred.

STND1149-00294



Eligibility Waiting Period means the period you must be a Member before you become eligible for insurance.

| | |
|---|---|
| Own Occupation Period: | The first 24 months for which LTD Benefits are paid. |
| Any Occupation Period: | From the end of the Own Occupation Period to the end of the Maximum Benefit Period. |

| | |
|---|---|
| LTD Benefit: | 60% of the first $10,000 of your Predisability Earnings, reduced by Deductible Income. |
|     Maximum LTD Benefit: | $6,000 before reduction by Deductible Income. |
|     Minimum LTD Benefit: | $100 |
| Assisted Living Benefit: | An additional 40% of the first $10,000 of your Predisability Earnings, but not to exceed $4,000. The Assisted Living Benefit is not reduced by Deductible Income. |
| Benefit Waiting Period: | 90 days |
| Maximum Benefit Period: | Determined by your age when Disability begins, as follows: |

| Age | Maximum Benefit Period |
|---|---|
| 61 or younger | To age 65, or 3 years 6 months, if longer. |
| 62 | 3 years 6 months |
| 63 | 3 years |
| 64 | 2 years 6 months |
| 65 | 2 years |
| 66 | 1 year 9 months |
| 67 | 1 year 6 months |
| 68 | 1 year 3 months |
| 69 or older | 1 year |

## PREMIUM CONTRIBUTIONS

| | |
|---|---|
| Insurance is: | Noncontributory |

## PREMIUM AND RENEWALS

| | |
|---|---|
| Premium Rate: | 0.640% of each insured Member's insured Predisability Earnings up to $10,000. |
| Premium Due Dates: | January 1, 2000 and the first day of each calendar month thereafter. |
| Initial Rate Guarantee Period: | |
|     Policy: | Not applicable |
|     Employer Participation: | January 1, 2000 to February 1, 2002 |

STND1149-00293



PENDING CLAIM REVIEW

Claimant: <u>Patricia Broyles</u>

Claim #: <u>00375832</u>

**RECOMMENDATION TO PEND CLAIM:**
Hx: 51 yr old female claims payable adjuster
Hired: 7/16/01,  Eff. date: 11/1/01  Pre-ex: NA
Dx: collapse foot (per APS)

Claimant ceased work in March 05 for a surgery 3/18/05 for tendon transfer w/heel bone removal & rod placement.  Claimant indicates they removed tibialus tendon and achilles detached and took tendon from toe and 3 1/2" screw was placed back of heel/foot.  Procedure was calcania osteotmy.  Claimant notes despite Dr. recommendation, she returned to work full time, full duty, full salary on 4/11/05.  SHe notes cast & wheelchair at that time.  CLaimant notes that due to constant pain & swelling and eventual collapse of foot, claimant ceased work altogher on 9/14/05.  Claimant has not RTW.

Roundtable with NCM and VCM.  Per NCM  - obtain medical records from Dr. Pfeffer 1/05 to present to clarify limitations and restrictions & what has changed in medical condition to lead to ceasework.

Need to contact employer for clarification salary & other compensation since cease work.

I recommend pending claim for to obtain medical records to clarify L&Rs, as well as contact with employer..

**CLAIM PLAN / OBJECTIVES:**
Request medical records
Contact ER

**APPROVER'S COMMENTS:**

Analyst: <u>Shannon Teed</u>                                                    Date 12/28/2005

Approver: _____                      Date   /  /

**CLAIMANT NOTIFICATION LETTERS:**

| DATE CLAIM ASSIGNED | LETTER | | DATE DUE | DATE LETTER SENT | Total pending days |
|---|---|---|---|---|---|
| | Initial status letter (Reason pending, plan, etc) | 7 work days from assigned date | | | |
| | 1st extension | 45 days | | | 45 (SBA) |
| | 1st extension Toll? | Date Tolled: | Toll end date: | # days tolled: | XXXXXXX |
| | 2nd extension – consult supervisor at 90 days | 75 days (75 + # days tolled) | | | 75 (SBA) |
| | 2nd extension toll? | Date Tolled: | Toll end date: | # days tolled: | XXXXXXX |
| | 105th Day deadline | 105 days (105 + total # days tolled) | | | 105 |

**Records Request:**

STND1149-00292

Shannon Teed

Standard Insurance Company
PHONE (503) 321-7598
FAX (503) 321-7437

1/2

12/28/05

Re: Patricia Beagles

PC to claimant. She notes foot problems
since ≈ 8/2004. Has no idea what
happened. Was at work in 12/17/04 +
entire tendon snapped + couldn't
walk. Went to specialist + end
Dec 04. Had surgery 3/18/05 – removed
tibialis tendon + achilles detached –
took tendon from toe – There is 3½" screw
back heel/foot (permanent screws). She
notes procedure was calcania osteotomy.
She notes they removed heel bone @
45° angle. She had cast put in +
was in wheelchair. She notes she
returned to work full duty full salary
on 4/4/05 w/cast/wheelchair. She notes

The Standard℠

✓

STND1149-00291

She worked full time full salary until cease work 9/14/05. Despite difficulties including swelling, pain, problems w/ambulation. She notes swelling has been profuse & her whole foot & calf begin to swell. Her Dr felt she RTW to early & she ignored his Neglect. Foot has gotten worse & now collapsed - her ankle is on ground (?). She notes due to severe swelling & extreme pain she is not able to work/concentrate. She notes the pain is overwhelming - she has regressed.

She notes Dr Talcott 1st Dr seen & only w/ho in small twn. Dr Talcott reviewed MRI & referred her to Dr Pfeffer who 1st seen 4 Jan 05

STND1149-00290

Shannon Teed

Standard Insurance Company
PHONE (503) 321-7598
FAX (503) 321-7437

12/28/05                    2/2
Re: Patricia Bayles

& oversees her disability. Dr Pfeffer
has not released her to see a current
Dr ~~in~~ in her town as still complications.

She notes at this time she is
independent ADL's (bathe, transfer, continence,
dress, eat, toilet); however ~~after~~ after
surgery she needed assistance from
Spouse & needed help to/from work
(driving). She notes she does some
IADLS (chores, etc) but must constantly
shift weight & uses a cane when
needed. She notes if sit too long foot
swells & it is painful to drive (she
doesn't really drive @ this time). She
notes does brief/limited shopping but

The Standard℠

STND1149-00289

not for big trips. She notes she needs to elevate leg everyday. She takes Vicodin 2x/day.

She notes she was paid until 9/15/5 then SDI 9/15/5 – 12/15/05. Had SDI extended now from 12/16/05 – 6/12/06. She notes she got a Christmas bonus ~ Dec ? 12/16/05 no other compensation. She also notes that no surgery scheduled @ this time – Dr wants to wait + see if improve.

I told her pending medical + will also contact ER re: other comp. paid – will keep letter.

STND1149-00288



Shannon Teed

Standard Insurance Company
PHONE (503) 321-7598
FAX (503) 321-7437

Memo to file

Re: 00375832

I was out of the office on Thursday
12/22/05 & our office was closed on
Friday 12/23/05 & Monday 12/26/05.

STND1149-00287

Shannon Teed

**Standard Insurance Company**
PHONE (503) 321-7598
FAX (503) 321-7437

Memo to file

Re: 00375832

I was out of the office on
Friday 12/16/05.

STND1149-00286

# CLAIM ASSIGNMENT
# DISTRIBUTION

*Needs yellow tab* —

| | |
|---|---|
| **CLAIMANT** | Patricia Broyles |
| **CLAIM NUMBER** | 375832 |
| **DATE / TIME** | 12-16-05    1:00 |
| **ANALYST** | *[signature]* Shannon |
| **PROCESSOR** | K. VELTKAMP |

*recd by S.Teed 12/19/05 AM*

STND1149-00285

**Standard Insurance Company**

503.321.8845 Tel
PO Box 2800   Portland OR 97208-2800

**Additional Information Request**

Date: **12-19-05**

**AUL Corp**
**Attn: Anna Suesens**
**1000 Main St Suite 200**
**Napa CA 94559**


EMPLOYEE: **Patricia Broyles**

SOCIAL SECURITY NO.:

CLAIM NO.: **00375832**

Additional information is needed for us to continue our processing of the above individual's disability claim.

☐ Please forward a copy of his/her job description.

☐ Please have the enclosed Job Analysis Form completed by the person best qualified to provide this information.

☐ Please forward copies of his/her most recent performance evaluation and record of absences for the past year.

☐ Please forward his/her original enrollment card for life insurance and/or LTD.

☐ Please forward a copy of his/her job application.

☐ Please let us know the last date through which sick leave was or will be paid.

☑ This individual has indicated he/she did not receive a brochure or certificate of coverage. Please forward a certificate to him/her as soon as possible, and notify us when it has been sent. If you are out of them, please contact our group office for a supply.

☐ Please forward verification of his/her present work hours and earnings.

☐ _____

_____

Thank you for your help. We look forward to hearing from you soon, and have enclosed a postage-paid envelope for your convenience in replying. Please call if you have any questions.

Sincerely,

**Shannon Teed**


Benefits Department

Phone No.: ( **800** ) **368-1135 x7598** _____

SI 4148

(6/05)

STND1149-00284

from the desk of:

**KAREN VELTKAMP**

PHONE (503) 321 – 8490

12-19-05

Called claimant to advise of completed claim. Left message.

K Veltkamp

THE STANDARD

STND1149-00283



**The STANDARD INSURANCE**

**Long Term Disability Benefits**
**Employer's Statement**

Standard Insurance Company, Employee Benefits Department
PO Box 2800  Portland OR 97208-2800  800.368.1135 Tel  503.321.8400 Fax

## 1. EMPLOYEE

Name of Employee: _Patricia Broyles_

Address: _3321 Anita Ct_    City: _Napa_    State: _CA_    Zip Code: _94559_

Job Title (please attach a copy of job description): _Claims payable adjuster (Rep)_

If applicable, please give job classification: _____

Phone No. _(707) 257-9700_    Date Employed: _7/16/01_    Social Security No. _55-792-5378_

## 2. INFORMATION

Date employee's coverage became effective: _____

Was employee given a Certificate of Insurance?  ☐ Yes  ☐ No  ☒ Don't know

Was employee insured under Previous LTD Carrier?  ☐ Yes  ☒ No  ☐ Effective Date: _____

Employee's Medical insurance carrier: _Blue cross of California_

Phone No. _(800) 627-8797_    Effective date for medical insurance: ors _2/1/49_

Employee's status on date disability commenced:
Actively at Work?  ☒ Yes  ☐ No  If no, reason: _____    Number of hours worked per week: _40_

Last day of work before disability commenced: _9/14/05_  ☐ Exempt or  ☒ Non-Exempt  ☐ Union or  ☐ Non-Union

Number of hours worked this day: _8 (7.75)_  Date employee returned to work after disability ended _____

Have you considered allowing the claimant to work in another occupation, or modify or alter the job duties of the claimant's occupation, how the job is done (i.e., work schedule), or worksite?  ☐ Yes  ☒ No  If yes, what alternatives were offered to the claimant? _employee didn't ask for such consideration_

Is disability caused or contributed to by employment?  ☐ Yes  ☒ No  ☐ Undetermined

Has employee filed a Workers' Compensation claim?  ☐ Yes  ☒ No  ☐ Don't know

Workers' Compensation Carrier Name: _____    Claim #: _____    Date of Injury: _____

Address: _____    City: _____    State: _____    Zip Code: _____

Phone No.: (____) _____    Person to contact: _____

Is employment now terminated?  ☐ Yes  ☒ No    Reason _____

Is employment scheduled for termination?  ☐ Yes  ☒ No ✳  Date of termination _____

Reason: _✳ unknown)_

RECEIVED
DEC 1 2 2005
Employee Benefits - LTD

## 3. SALARY AT TIME OF DISABILITY  *Please check only one box.*

☒ Basic Monthly Earnings    Monthly rate $ _3300.80_    ☐ Basic Weekly Earnings    Weekly rate $ _____

☐ Basic Yearly Earnings    Annual rate $ _____    ☐ Basic Hourly Earnings    Hourly rate $ _____

☐ Basic Contract Earnings    Contract amount $ _____    Length of contract _____

☐ Commissions (Please attach list of commissions paid for the period specified in your Group Policy.)

Date of last increase: _decrease 9/13/05_    Earnings prior to increase: $ _decrease 3458.32 per mo_    Effective date: _9/13/05_

## 4. COMPENSATION FOR PERIOD AFTER DISABILITY

| Type | Last date through which paid or payable | Amount / Rate |
|---|---|---|
| Sick Pay | | |
| Self-insured Short Term Disability | | |
| Salary Continuation | | |
| Wages / salary, *earned after* disability | Incentive Bonus  11/30/05, | Holiday  12/15/05 | 30.00 , 1659.40 |
| Commissions, *earned after* disability | | |
| Vacation Pay | 9/19/05 | 9/15 = 182.72 (Paid out salary) 9/16,19 = 302.63 |

SI 3379                                           13 of 15                                        (3/03)

STND1149-00282



**The STANDARD. INSURANCE**

**Long Term Disability Benefits**
**Employer's Statement**

Standard Insurance Company, Employee Benefits Department
PO Box 2800   Portland OR 97208-2800   800.368.1135 Tel   503.321.8400 Fax

## 5. DEDUCTIBLE INCOME

| Is employee covered by or now receiving benefits from the following? | Covered Yes | Covered No | Receiving Yes | Receiving No | Don't Know | Date of Application | Amount Weekly | Amount Monthly | Effective Date |
|---|---|---|---|---|---|---|---|---|---|
| a. Social Security | ☑ | ☐ | ☐ | ☐ | ☑ | | | | |
| b. Workers' Compensation | ☑ | ☐ | ☐ | ☑ | ☐ | | | | |
| c. State Disability Insurance | ☑ | ☐ | ☑ | ☐ | ☐ | | | | |
| d. Retirement or Pension (Employer, PERS, STRS, PERA, etc.) Please specify: 401K | ☑ | ☐ | ☐ | ☑ | ☐ | | | | |
| e. Other: (e.g., unemployment or union benefits) | ☐ | ☐ | ☐ | ☐ | ☐ | | | | |

## 6. LIFE INSURANCE

Was employee covered by Group Life Insurance with The Standard on cease work date?   ☑ Yes   ☐ No

If yes, list policy number(s): _____ 628691 _____

Date life insurance became effective: _____ once _____ 8/1/99 _____
Please attach original enrollment card.

Amount of Basic life insurance $ 50 K   Additional $ _____   Supplemental $ _____   AD&D $ _____

Dependent's coverage?   ☐ Yes   ☑ No

*IMPORTANT: Please continue payment of premiums until otherwise notified.*

## 7. TAX INFORMATION

Employer's Federal Tax I.D. Number: _____

Check one:   ☑ We are a private-sector employer
            ☐ We are a public-sector (government entity) employer

Is this employee subject to:   Social Security taxes?   ☑ Yes   ☐ No       Medicare taxes?   ☑ Yes   ☐ No
                              Railroad Tier 1 taxes?   ☐ Yes   ☑ No       Tier 1 Medicare taxes?   ☐ Yes   ☐ No
                              State Disability taxes?   ☑ Yes   ☐ No       Unemployment Compensation taxes?   $   ☑ No

If subject to Social Security taxes what are the employee's year to date Social Security wages? _____ 31638.35

Does this employee pay all or a portion of the premium for LTD insurance coverage?   ☐ Yes   ☑ No

*If yes, what percentage of the LTD premium does the employer pay _____ %.

                              *the employee pay _____ % with "pre-tax" funds.
                              *the employee pay _____ % with funds that have been taxed.

*IMPORTANT: Remember to calculate the premium contribution percentage information according to the IRS Group Policy (three year averaging) rule.

## 8. ATTACHMENTS

Please attach copies of the following.
a.  Job Description
b.  Employment Application or Resume ✓
c.  Enrollment Form for Long Term Disability Insurance   see cards
d.  Income From Other Sources (Deductible Benefits) Documents (Social Security, Workers' Compensation, PERS, etc.)

## 9. EMPLOYER REPRESENTATIVE COMPLETING THIS FORM

Employer: AUL Corp                         Phone No.: 707 257 9290        Policy Number: 628691

Address: 1325 Imola AV W AMB 318      City: Napa      State: CA   Zip Code: 94559

**Acknowledgement**
I hereby certify that the answers I have made to the foregoing questions are both complete and true to the best of my knowledge and belief. I acknowledge that I have read the applicable fraud notice on page 15 of this form.

Signature: _Anna Sur._                                              Date: 12/2/05

Prepared by: Anna Surens                     Title: Accounting Supervisor/HR

Phone No.: (707) 257 9290   ext 255          Fax No.: (707) 252-7091

SI 3379                        14 of 15                        (3/03)

STND1149-00281

from the desk of:

**KAREN VELTKAMP**

PHONE (503) 321 – 6490

12·5·05

Called claimant to advise of claim receipt.
Explained process.

K Veltkamp

THE STANDARD



**Long Term Disability Benefits**
**Employee's Statement**

Standard Insurance Company, Employee Benefits Department
PO Box 2800   Portland OR 97208-2800   800.368.1135 Tel   503.321.8400 Fax

*Please type or print. Form may be returned for unanswered questions.*

## 1. CLAIMANT

Full Name: PATRICIA ANN BROYLES          Social Security No.: 551 92 5378

Address: 3321 Anita Ct.     City: Napa     State: CA     Zip Code: 94558

Phone No.: (707) 252-9258          Patient No.:

Birthdate: 11/15/53          Sex: ☐ Male  ☑ Female   Height: 5'0"  Weight: 225

Name of Spouse: Roy A. Broyles          Birthdate: 11/15/53

No. of dependent children: NA     Birthdate of youngest: NA

Did you receive a Certificate of Insurance?   ☐ Yes  ☑ No

Brochure?   ☐ Yes  ☑ No     If no, please contact your employer to obtain a copy.

## 2. EMPLOYMENT

Name of Employer: A.U.L. Corporation          Group Policy No.: 623691

Address: 1000 Main St. Suite 200     City: Napa     State: CA     Zip Code: 94559

Phone No.: (707) 251-9100

State your job title and describe your duties at work.

Claim Payable Supervisor - Payment Processing

Is your disability work-related?   ☐ Yes  ☑ No   Date of Injury: _____

Have you filed a Workers' Compensation claim?   ☐ Yes  ☑ No   If Yes, W.C. claim # _____

Last full day at work: 9/14/05

Date you became unable to work at your occupation as a result of disability: 9/15/05

Are you now or have you worked at your occupation or any other occupation since the date of your injury?   ☐ Yes  ☑ No

If yes, list names of employers, addresses, telephone numbers, and dates of employment.

Are you self-employed at any activity?   ☐ Yes  ☑ No

Date you resumed part-time work: _____   Work Phone: (____) ____   Extension: _____

Date you resumed full-time work: _____   Work Phone: (____) ____   Extension: _____

**RECEIVED**
**NOV 30 2005**
*Employee Benefits - LTD*

## 3. SICKNESS   *Please list all illnesses which contribute to your being unable to work at your occupation.*

Illness: NA          Date First Noticed _____
         NA          Date First Noticed _____

State what you believe caused your illness.
         NA

Describe your symptoms: NA

Have you ever had the same condition or a related illness before?   ☐ Yes  ☐ No   Date _____

SI 3379          2 of 15          (3/03)

STND1149-00279



**The STANDARD.**
**INSURANCE**

**Long Term Disability Benefits**
**Employee's Statement**

Standard Insurance Company, Employee Benefits Department
PO Box 2800   Portland OR 97208-2800   800.368.1135 Tel   503.321.8400 Fax

---

**4. INJURY**

Describe Injuries: _Right Foot - Complete Rupture tiBilias Tendon_

Cause of Injuries: _UNKNOWN_

Time, Date and Location of Injuries.

_August 2004_

---

**5. PREGNANCY**

Date you expect to cease work: _NA_                                    Expected delivery date: _NA_

Actual delivery date: _NA_                                    Expected return to work date: _NA_

Please indicate any foreseeable complications.

_NA_

---

**6. ATTENDING PHYSICIAN** *List all physicians consulted for this injury or illness. Use separate sheet, if needed.*

Physician's Name: _James Talcott_   Specialty: _Orthopedic_   Phone No.: _707, 255. 2000_

Street Address: _3434 Villa Lane   Ste 150_   Fax No.: (___)

City: _Napa_   State: _CA_   Zip Code: _94558_

Date first consulted for this injury or illness: _12/04_   Date last consulted: _12/04_

Physician's Name: _Glenn Pfeffer_   Specialty: _Foot/Hand Orthopedic_   Phone No.: _310, 423. 3338_

Street Address: _444 So. San Vicente, Suite 603_   Fax No.: (___)

City: _Los Angeles_   State: _CA_   Zip Code: _90048_

Date first consulted for this injury or illness: _1/13/05_   Date last consulted: _11/25/05_

Physician's Name: _NA_   Specialty: _____   Phone No.: (___)

Street Address: _____   Fax No.: (___)

City: _____   State: _____   Zip Code: _____

Date first consulted for this injury or illness: _____   Date last consulted: _____

---

**7. HOSPITAL** *If you were hospitalized for this condition, please complete. Please attach copy of hospital bill if available.*

Hospital Name: _California Pacific Medical Ctr_   Address: _File 73710, P.O. Box 60000_

From: _3/18/05_   through: _3/18/05_   Reason for hospitalization: _Surgery_

From: _NA_   through: _NA_   Reason for hospitalization: _NA_

---

**8. HISTORY** *List all illnesses or injuries for which you have received treatment over the past five years. Use separate sheet if needed.*

| Ailment | Date | Physician's Name | Complete Address |
|---------|------|------------------|------------------|
| NA | NA | NA | NA |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

---

STND1149-00278



**The STANDARD INSURANCE**

**Long Term Disability Benefits**
**Employee's Statement**

Standard Insurance Company, Employee Benefits Department
PO Box 2800   Portland OR 97208-2800   800.368.1135 Tel   503.321.8400 Fax

## 9. DEDUCTIBLE INCOME

| Have you applied for or are you receiving benefits from: | Applied Yes No | Receiving Yes No | Date Applied For | Amount Received Weekly | Amount Received Monthly | Effective Date |
|---|---|---|---|---|---|---|
| a. Social Security | ☐ ☑ | ☐ ☑ | | | | |
| b. Workers' Compensation | ☐ ☑ | ☐ ☑ | | | | |
| c. State Disability Insurance | ☑ ☐ | ☑ ☐ | 9/15/05 | 629.00 | 2516.00 | 9/22/05 |
| d. Retirement or Pension (Employer, PERS, STRS, PERA, etc.) Please specify type _____ | ☐ ☑ | ☐ ☑ | | | | |
| e. Other (e.g., unemployment or union benefits, etc.) | ☐ ☑ | ☐ ☑ | | | | |

*Please send copies of any letters or notices approving or denying benefits.*

## 10. VOCATIONAL  *Complete the following and/or attach a resume.*

| Education level | Yes | No | If no, last grade attended. |
|---|---|---|---|
| Grade School Graduate | ☑ | ☐ | |
| High School Graduate | ☑ | ☐ | |
| GED | ☐ | ☑ | |
| College Graduate | ☐ | ☑ | Degree _____ Major _____ |
| Post Graduate | ☐ | ☑ | Degree _____ Major _____ |

Have you attended any trade schools or received other special training?   ☐ Yes   ☑ No
If yes, please describe.

**RECEIVED**
**NOV 3 0 2005**
Employee Benefits - LTD

*Work Experience: Complete the following starting with your most recent work experience.*

| Job Title & Employer | Dates of Employment | Duties | Last Salary |
|---|---|---|---|
| 1. DUL CORP | From: 1/12/99  To: Current | Customer service - Accounting - Claim Payment Supervisor | $52,066.00 |
| 2. Al Kar 10/98-1/99 | From: 4/98  To: 10/98 | Admin Assistant | $28000.00 |
| 3. Dick Neal + Son | From:  To: 10/98 | Admin Assistant | $28000.00 |
| 4. Tschida Engineering | From:  To: | Office Manager | $23000.00 |
| 5. Riverside Service Auto | From: 2/1/81  To: 5/31/04 | Office Manager | $45000.00 |
| 6. Bank of America | From: 6/71  To: 2/81 | Teller - NCR - Utility | $20000.00 |

## Acknowledgement

I hereby certify that the answers I have made to the foregoing questions are both complete and true to the best of my knowledge and belief. I acknowledge that I have read the applicable fraud notice on page 5 of this form.

SIGNATURE: _Kathy A. Pruyles_    DATE: 11/28/05

SI-3379    4 of 15    (3/03)

STND1149-00277



**The STANDARD.**
**INSURANCE**

**Long Term Disability Benefits**
**Claim Form Fraud Notices**

Standard Insurance Company, Employee Benefits Department
PO Box 2800   Portland OR 97208-2800   800.368.1135 Tel   503.321.8400 Fax

Some states require us to provide the following information to you:

**CALIFORNIA RESIDENTS**

For your protection, California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**COLORADO RESIDENTS**

It is unlawful to knowingly provide false, incomplete or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance, and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to the policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado division of insurance within the department of regulatory agencies.

**FLORIDA RESIDENTS**

Any person who knowingly and with intent to injure, defraud or deceive an insurance company, files a statement of claim or an application containing false, incomplete or misleading information is guilty of a felony of the third degree.

**NEW JERSEY RESIDENTS**

Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**NEW YORK RESIDENTS**

Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim, containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime, and shall also be subject to civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**PENNSYLVANIA RESIDENTS**

Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

## ALL OTHER APPLICANTS AND CLAIMANTS

Some states require us to inform you that any person who knowingly and with intent to injure, defraud or deceive an insurance company, or other person, files a statement containing false or misleading information concerning any fact material hereto commits a fraudulent insurance act which is subject to civil and/or criminal penalties, depending upon the state. Such actions may be deemed a felony and substantial fines may be imposed.

STND1149-00276



*Physician Consultant Memo*

| Claim Identification | |
|---|---|
| Name: Patricia Broyles | Claim Number: 00375832 |
| Nurse: | MTID #: 822466 |
| Analyst: Mary Cea | Date Submitted: 2/22/2007 |
| Physician: Joseph Mandiberg, M.D.<br>Orthopedic Surgery | Date Transcribed: 2/22/2007 |

## Opening Synopsis

Ms. Broyles is a 53-year-old claims adjuster (sedentary) who ceased work on 9/14/2005, secondary to flat feet and swelling. She underwent a calcaneal medal displacement osteotomy, a tenolysis of the posterior tibial tendon, a percutaneous Achilles lengthening, a transfer of flexor digitorum longus to the navicular on 3/18/2005 by Dr. Glen B. Pfeffer. The claim has previously been reviewed by Dr. Waldram and nurse, Anne Jordan.

## Review of Medical Records

On 1/13/2005 the claimant was seen by Dr. Glen B. Pfeffer, Foot Specialist - Orthopedist. He examined the claimant and felt she had a collapsed foot from posterior tibial tendon dysfunction. He recommended surgery. On 3/18/2005 the claimant underwent a transfer of the flexor digitorum longus tendon to the navicular, a calcaneal medial displacement osteotomy, a tenolysis of the posterior tibial tendon, and a percutaneous Achilles lengthening. On 3/31/2005 it was noted that she was doing better, with some decreased pain. The incision looked satisfactory.

On 6/13/2005 she was doing well, according to the notes. The fracture line had not completely filled in. She was allowed to be weightbearing. The x-ray of 7/25/2005 still showed an open fracture line, and repeat x-ray on 8/12/2005 also showed the same. There was a question at one point of her having a DVT, and a Doppler study was obtained which was negative. It was noted she had a slight collapse, but still better than preop.

On 1/20/2006 Dr. Pfeffer saw her again for a postoperative visit, and this is the first one that is actually typed. It was noted she had not done well since her tibial transfer and calcaneal osteotomy. There was slight collapse noted. She was complaining of intermittent burning. He thought she probably needed additional surgery with an isolated naviculocuneiform fusion. He also felt that he could fuse the subtalar joint at the same time to give her a stable 1st ray. Dr.

STND1149-00275



Pfeffer also reported on APS statement of 12/7/2005 that she was capable of sedentary work. She was having difficulty walking.

The claim was reviewed by Anne Jordan, R.N. for The Standard, with Dr. David Waldram. It was Dr. Waldram's opinion that the claimant had the inability to stand or walk for extended periods. Dr. Waldram also felt the documentation did not support inability work within a sedentary level job on a full-time basis.

Further review of the notes in the chart, which are somewhat scant at that point, shows that Michael W. Schifflett, M.D., Orthopedic Surgeon in Napa, California, did a total knee replacement on the claimant in April and is tentatively scheduled for a right one at some time around the 1st of the year in 2007. He also pointed out that she continued to have posterior tibial tendon dysfunction of the right ankle and was unable to do her regular job, which required prolonged sitting. He stated she was unable to sit or stand for long periods of time, and weightbearing continued to be painful on the right side for both the knee and the ankle.

In November 2006, Dr. Pfeffer stated that the claimant was incapable of working at her own or any other occupation, either on a full-time or part-time basis, including sedentary work since 9/15/2005.

On 12/12/2006, Dr. Waldram re-reviewed the chart. He felt that the claimant would be limited relative to walking, but he could not see how sitting would be a problem.

### Summary of Pertinent Information

The claimant is a 53-year-old female who underwent a right foot surgery for posterior tibial dysfunction in March of 2005, and it appears she ceased work on 9/14/2005. She has continued to have complaints of pain in her ankle and has had a total knee replacement in April of 2006 on the left, and planning one on the right in the near future.

### Response to Questions

1. *What limitations and restrictions, if any, are supported by the available medical records? What is the duration of impairment?*

The claimant, by virtue of her foot surgery, has limitations on prolonged standing, but I cannot see why she cannot do a sit-down job with the ability to stand up and move around as needed. There is really nothing in the medical records in the way of doctors' notes to support the last two doctors' statements.

2. *Do the medical records support the claimant's assertion that she is unable to sit due to a foot condition? Please explain.*

Page 2

Patricia Broyles

**Physician Consultant Memo**

02/22/2007

The medical records do not support that opinion. They support really nothing other than a couple statements from the doctors. There is nothing in office notes, and nobody has given a reason why a person with foot problems cannot do a sedentary job.

3. *Do the medical records support any limitations or restrictions due to the use of medicine? Please explain.*

I see no indication that she has an impairment relative to her medication.

4. *Do you find any medical evidence to support a change in the claimant's foot condition that would have prevented her from continuing to perform her sedentary occupation in September 2005 and throughout the 90-day benefit waiting period? Please explain.*

I do not find any evidence of that in the chart.


_____    Date: 2/1/07

Joseph Mandiberg, M.D.
JM:jl


D: 2/20/2007       T: 2/22/2007

Page 3

Patricia Broyles

**Physician Consultant Memo**

02/22/2007

STND1149-00273



*Physician Consultant Memo*

| Claim Identification | |
|---|---|
| Name: Patricia Broyles | Claim Number: 00375832 |
| Nurse: | MTID #: 822466 |
| Analyst: Mary Cea | Date Submitted: 2/22/2007 |
| Physician: Joseph Mandiberg, M.D.<br>Orthopedic Surgery | Date Transcribed: 2/22/2007 |

## Opening Synopsis

Ms. Broyles is a 53-year-old claims adjuster (sedentary) who ceased work on 9/14/2005, secondary to flat feet and swelling. She underwent a calcaneal pedal displacement osteotomy, a tenolysis of the posterior tibial tendon, a percutaneous Achilles lengthening, a transfer of flexor digitorum longus to the navicular on 3/18/2005 by Dr. Glen B. Pfeffer. The claim has previously been reviewed by Dr. Waldram and nurse, Anne Jordan.

## Review of Medical Records

On 1/13/2005 the claimant was seen by Dr. Glen B. Pfeffer, Foot Specialist - Orthopedist. He examined the claimant and felt she had a collapsed foot from posterior tibial tendon dysfunction. He recommended surgery. On 3/18/2005 the claimant underwent a transfer of the flexor digitorum longus tendon to the navicular, a calcaneal medial displacement osteotomy, a tenolysis of the posterior tibial tendon, and a percutaneous Achilles lengthening. On 3/31/2005 it was noted that she was doing better, with some decreased pain. The incision looked satisfactory.

On 6/13/2005 she was doing well, according to the notes. The fracture line had not completely filled in. She was allowed to be weightbearing. The x-ray of 7/25/2005 still showed an open fracture line, and repeat x-ray on 8/12/2005 also showed the same. There was a question at one point of her having a DVT, and a Doppler study was obtained which was negative. It was noted she had a slight collapse, but still better than preop.

On 1/20/2006 Dr. Pfeffer saw her again for a postoperative visit, and this is the first one that is actually typed. It was noted she had not done well since her tibial transfer and calcaneal osteotomy. There was slight collapse noted. She was complaining of intermittent burning. He thought she probably needed additional surgery with an isolated naviculocuneiform fusion. He also felt that he could fuse the subtalar joint at the same time to give her a stable 1st ray. Dr.

Patricia Broyles

**Physician Consultant Memo**

STND1149-00272

Pfeffer also reported on APS statement of 12/7/2005 that she was capable of sedentary work. She was having difficulty walking.

The claim was reviewed by Anne Jordan, R.N. for The Standard, with Dr. David Waldram. It was Dr. Waldram's opinion that the claimant had the inability to stand or walk for extended periods. Dr. Waldram also felt the documentation did not support inability work within a sedentary level job on a full-time basis.

Further review of the notes in the chart, which are somewhat scant at that point, shows that Michael W. Schifflett, M.D., Orthopedic Surgeon in Napa, California, did a total knee replacement on the claimant in April and is tentatively scheduled for a right one at some time around the 1st of the year in 2007. He also pointed out that she continued to have posterior tibial tendon dysfunction of the right ankle and was unable to do her regular job, which required prolonged sitting. He stated she was unable to sit or stand for long periods of time, and weightbearing continued to be painful on the right side for both the knee and the ankle.

In November 2006, Dr. Pfeffer stated that the claimant was incapable of working at her own or any other occupation, either on a full-time or part-time basis, including sedentary work since 9/15/2005.

On 12/12/2006, Dr. Waldram re-reviewed the chart. He felt that the claimant would be limited relative to walking, but he could not see how sitting would be a problem.

## Summary of Pertinent Information

The claimant is a 53-year-old female who underwent a right foot surgery for posterior tibial dysfunction in March of 2005, and it appears she ceased work on 9/14/2005. She has continued to have complaints of pain in her ankle and has had a total knee replacement in April of 2006 on the left, and planning one on the right in the near future.

## Response to Questions

1. *What limitations and restrictions, if any, are supported by the available medical records? What is the duration of impairment?*

The claimant, by virtue of her foot surgery, has limitations on prolonged standing, but I cannot see why she cannot do a sit-down job with the ability to stand up and move around as needed. There is really nothing in the medical records in the way of doctors' notes to support the last two doctors' statements.

2. *Do the medical records support the claimant's assertion that she is unable to sit due to a foot condition? Please explain.*

Page 2

Patricia Broyles

**Physician Consultant Memo**

02/22/2007

The medical records do not support that opinion.  They support really nothing other than a couple statements from the doctors.  There is nothing in office notes, and nobody has given a reason why a person with foot problems cannot do a sedentary job.

3. *Do the medical records support any limitations or restrictions due to the use of medicine? Please explain.*

I see no indication that she has an impairment relative to her medication.

4. *Do you find any medical evidence to support a change in the claimant's foot condition that would have prevented her from continuing to perform her sedentary occupation in September 2005 and throughout the 90-day benefit waiting period?  Please explain.*

I do not find any evidence of that in the chart.

**DICTATED
BUT NOT PROOFED**

_____    Date:_____
Joseph Mandiberg, M.D.
JM:jl

**RECEIVED**

**FEB 2 7 2007**

Employee Benefits - DMR

D: 2/20/2007    T: 2/22/2007

Patricia Broyles

Page 3

**Physician Consultant Memo**

02/22/2007

STND1149-00270

# Joseph J. Mandiberg, M.D.

## EDUCATION

| | |
|---|---|
| Undergraduate: | University of Michigan, B.A. English<br>History of Art, 1965-1969 |
| Medical School: | Wayne State University, School of Medicine<br>Detroit, Michigan, 1970-1974 |
| Internship: | Harper Hospital, Wayne State University<br>Detroit, Michigan, 1974-1975 |
| Residency: | Henry Ford Hospital, Orthopedics<br>Detroit, Michigan, 1975-1978 |
| Certification: | American Board of Orthopedic Surgery<br>September 11, 1981 |

## RELATED EXPERIENCE

Dr. Mandiberg served the Portland community from 1978 through 1982 at Northwest Permanente in Portland, Oregon. Since 1982, he serves the Portland community along with the Gresham community through his private practice.

## HOSPITAL AFFILIATIONS

Dr. Mandiberg's current hospital affiliations include Providence Medical Center, Portland, Oregon, Legacy Good Samaritan Hospital & Medical Center, Portland, Oregon and Legacy Mt. Hood Medical Center, Gresham, Oregon.

## PUBLICATIONS AND PAPERS

"Meniscectomies in Children" and "Journal of Sports Medicine"

CV

## MEMBERSHIPS

Dr. Mandiberg is a member and supports several societies including:

American Academy of Orthopedic Surgeons (AAOS)
Medical Society of Metropolitan Portland
Oregon Medical Association
North Pacific Orthopedic Society

Benefits Department                                                    **Medical Referral**

## CLAIM IDENTIFICATION

| | |
|---|---|
| Referral Date:<br>**February 15, 2007** | Referring Nurse or SBA:<br>**Mary E. Cea** |
| Claimant Name:<br>**Patricia Broyles** | Assigned Analyst/Extension:<br>**7917** |
| Claim Number:<br>**00375832** | Physician Specialty:<br>**Orthopedics – Not Dr. Waldram**  *Dr. Mandiberg* |
| Claim Status:<br>☐ Active  ☐ Pending  x Appeal | Regulatory Deadline:<br>2/18/07   *2-15-07* |

## OPENING SYNOPSIS

The claimant is a 53 year old claims adjuster who ceased work on September 14, 2005, and claimed disability due to flat feet and pain and swelling in her feet caused by a tibial tendon rupture for which she had surgery in 2004. The claimant successfully recovered from her surgery and returned to work full time in April 2005. The Standard reviewed the available medical records and did not find insufficient medical evidence to support that the claimant would have been unable to perform her sedentary level occupation at the time she ceased work and throughout the 90 day benefit waiting period. The claimant has requested a review of the decision to deny her claim. It is noted that at the time the claimant ceased work she was only taking Aleve to manage her symptoms and her physicians did not recommended that she cease work. It is further noted that in April 2006 the claimant had a total knee replacement however, at that time, the claimant was no longer insured under the Group Policy and therefore, was not eligible to receive benefits for any impairment due to her knee replacement.

## VOCATIONAL INFORMATION

**RECEIVED**

**FEB 1 5 2007**

| | |
|---|---|
| Applicable Definition of Disability:  x Own Occ  ☐ Any Occ  ☐ Other: | |
| DOT strength demand of own occ, if applicable, and as determined by VCM  **Sedentary** | Employee Benefits - DMR |
| Description of the specific physical or mental demands required of the occupation: | |

## CONTRACT INFORMATION

While the medical staff is not responsible for making claim determinations based on the terms of the policy, the following provisions contain medical terms or concepts requiring medical advice to aid in the administration of the claim.

☐ Not Applicable

**Insurance ended in December 2005.**

## QUESTIONS

1. what limitations and/or restrictions, if any, are supported by the available medical records? What is the duration of impairment?

2. do the medical records support the claimant's assertion that she is unable to sit due to her foot condition? Please explain.

3. Do the medical records support any limitations or restrictions due to use of medicine? Please explain.

4. Do you find any medical evidence to support a change in the claimant's foot condition that would have prevented her from continuing to perform her sedentary occupation in September 2005 and throughout the 90 day benefit waiting period. Please explain.

STND1149-00267




*Physician Consultant Memo*

| Claim Identification | |
|---|---|
| Name: Patricia Broyles | Claim Number: 00375832 |
| Nurse: Ruth McClurg, R.N. | MTID #: 751249 |
| Analyst: | Date Submitted: 12/12/2006 |
| Physician: David Waldram, M.D.<br>Consulting Physician, Orthopedics | Date Transcribed: 12/12/2006 |

## Opening Synopsis

The claimant's file has been reviewed in the past with Anne Jordan, R.N. She basically was evaluated for issues regarding a collapsed foot. Dr. Pfeffer was treating her for that issue. In addition, she had total knee arthroplasty on the left in April 2006 and there is anticipation of doing the right one in the future.

## Review of Medical Records

The claimant's medical record suggests that she has had difficulty with her collapsed foot, ceasing work on 9/14/2005. On 3/18/2005 she had had a calcaneal osteotomy and tibial tendon transfer of the right hindfoot, returning to work in April 2005. On 6/13/2005 Dr. Pfeffer indicated that she was doing well weightbearing with the use of orthotics. She had some increased swelling and worry of blood clot, but studies were negative. On 10/18/2005 Dr. Pfeffer suggested she was doing well. On 1/20/2006 she had some intermittent burning in the right foot. Dr. Pfeffer on 12/7/2005 had indicated that she was capable of sedentary work with difficulty walking due to unilateral foot pain.

Since that evaluation, the claimant has further information of a post total knee arthroplasty physical therapy. Also, a note from Dr. Shiffeltt suggesting that the claimant had been under his care since February and had a total knee arthroplasty on the left. He felt that she was unable to do her regular job, which required prolonged sitting, because she was unable to sit or stand for long periods of time and weightbearing continued to be painful on the right in both the knee and the ankle.

## Summary of Pertinent Information

The claimant is status post foot surgery with release to sedentary level work. She had had a total knee arthroplasty with some limitation of motion, but generally a satisfactory result on the left. She is still having trouble on the right, with consideration of total knee on that side. Her physician suggests that she cannot sit or stand for long periods of time.

| Response to Questions |
| --- |

1. The claimant's limitations and restrictions would be relative to walking. I do not see how specifically status post total knee or status post surgery for flat foot would be troublesome in a sitting posture. She should have limited walking activity, being capable of moving around the workplace and not walking more than 3 or 4 blocks maximum in succession, and walking should not be a major portion of her work requirement. Given this sedentary type of activity, the claimant, in my opinion, could work at a sedentary level job on a full-time basis. Certainly she will have to have additional time off when she goes on to have her opposite knee done with upcoming total knee arthroplasty. She will have about a 3-month period off work associated with that procedure.

2. I do not find file information to suggest that she has unusual impairment relative to medication. The claimant would be able to resume her sedentary level work at approximately 3 months post total knee arthroplasty on the left, or approximately July of 2006. I do not have notes from her treating physician that suggest that she has had a significant failure of that procedure.

Date: 12/19/06

David Waldram, M.D.
DW:jl

D: 12/12/2006          T: 12/12/2006

Page 2

Broyles, Patricia

**Physician Consultant Memo**

12/12/2006

STND1149-00265




*Physician Consultant Memo*

| Claim Identification | |
|---|---|
| Name: Patricia Broyles | Claim Number: 00375832 |
| Nurse: Ruth McClurg, R.N. | MTID #: 751249 |
| Analyst: | Date Submitted: 12/12/2006 |
| Physician: David Waldram, M.D.<br>Consulting Physician, Orthopedics | Date Transcribed: 12/12/2006 |

## Opening Synopsis

The claimant's file has been reviewed in the past with Anne Jordan, R.N. She basically was evaluated for issues regarding a collapsed foot. Dr. Pfeffer was treating her for that issue. In addition, she had total knee arthroplasty on the left in April 2006 and there is anticipation of doing the right one in the future.

## Review of Medical Records

The claimant's medical record suggests that she has had difficulty with her collapsed foot, ceasing work on 9/14/2005. On 3/18/2005 she had had a calcaneal osteotomy and tibial tendon transfer of the right hindfoot, returning to work in April 2005. On 6/13/2005 Dr. Pfeffer indicated that she was doing well weightbearing with the use of orthotics. She had some increased swelling and worry of blood clot, but studies were negative. On 10/18/2005 Dr. Pfeffer suggested she was doing well. On 1/20/2006 she had some intermittent burning in the right foot. Dr. Pfeffer on 12/7/2005 had indicated that she was capable of sedentary work with difficulty walking due to unilateral foot pain.

Since that evaluation, the claimant has further information of a post total knee arthroplasty physical therapy. Also, a note from Dr. Shiffeltt suggesting that the claimant had been under his care since February and had a total knee arthroplasty on the left. He felt that she was unable to do her regular job, which required prolonged sitting, because she was unable to sit or stand for long periods of time and weightbearing continued to be painful on the right in both the knee and the ankle.

## Summary of Pertinent Information

Broyles, Patricia

Page 1

Physician Consultant Memo

The claimant is status post foot surgery with release to sedentary level work. She had had a total knee arthroplasty with some limitation of motion, but generally a satisfactory result on the left. She is still having trouble on the right, with consideration of total knee on that side. Her physician suggests that she cannot sit or stand for long periods of time.

| Response to Questions |
| --- |

1. The claimant's limitations and restrictions would be relative to walking. I do not see how specifically status post total knee or status post surgery for flat foot would be troublesome in a sitting posture. She should have limited walking activity, being capable of moving around the workplace and not walking more than 3 or 4 blocks maximum in succession, and walking should not be a major portion of her work requirement. Given this sedentary type of activity, the claimant, in my opinion, could work at a sedentary level job on a full-time basis. Certainly she will have to have additional time off when she goes on to have her opposite knee done with upcoming total knee arthroplasty. She will have about a 3-month period off work associated with that procedure.

2. I do not find file information to suggest that she has unusual impairment relative to medication. The claimant would be able to resume her sedentary level work at approximately 3 months post total knee arthroplasty on the left, or approximately July of 2006. I do not have notes from her treating physician that suggest that she has had a significant failure of that procedure.

*Dictated but not proof read*

RECEIVED

DEC 1 3 2006

Employee Benefits - DMR

_____    Date:_____

David Waldram, M.D.
DW:jl

D: 12/12/2006        T: 12/12/2006

Page 2

Broyles, Patricia

**Physician Consultant Memo**

12/12/2006

STND1149-00263

# David W. Waldram, M.D.

---

### EDUCATION

---

Portland State University, Graduated 1963
University of Oregon Medical School, Graduated 1966

INTERNSHIP:

Milwaukee County Hospital, 1967

MILITARY:

United States Air Force: Orthopedic Hospital Physicians, 1967-1969
        Rank, Captain

RESIDENCY:

Medical School of Wisconsin, 1969-1973

FELLOWSHIP:

American Academy of Orthopedic Surgeons
Board Certified 1974

---

### CURRENT PROFESSIONAL STATUS

---

Orthopedist currently active as a consultant, performs Independent Medical
Examinations, holds a position on the Advisory Board to Oregon Health Systems, and is
a consultant for Standard Insurance Company.

---

### PAST ACADEMIC & PROFESSIONAL APPOINTMENTS

---

Clinical Professor, Veterans Hospital
Clinical Professor, Emanuel Hospital: Director, Orthopedic Residency Program
Senior Clinic Professor, University of Oregon Health Sciences Center
Clinical Professor, Shriners' Crippled Children's Clinic
Consultant, Scoliosis/Spine Clinic, University of Oregon Health Sciences Center



STND1149-00262

## ADDITIONAL TRAINING

| | |
|---|---|
| 1973 | Europe/England:  Emphasis:  Trauma & Total Joint Replacement Surgery |
| 1973 | Spinal Training with Walter Blount, MD: Presentation to Scoliosis Society "Hysterical Scoliosis": |
| 2000 | England: Spinal Trauma Center, Advanced Training with Head Surgeon, Mr. Webb |

## PRIOR HOSPITAL AFFILIATIONS

Providence St. Vincent Hospital
Legacy Meridian Park Hospital
Legacy Emanuel Hospital
Providence Portland Hospital
OHSU- Consultant
Veterans' Hospital, Portland-Consultant
Shriners' Crippled Children's Hospital-Consultant

STND1149-00261

Benefits Department                                                    **Medical Referral**

☒ SIC   ☐ SNY   ☐ SBA   ☐ TIAA   ☐ SSC   ☐ NM

## CLAIM IDENTIFICATION

11/27 Dr Lori Sawyer

| Referral Date: 11/27/06 | Referring Nurse or SBA: Ruth McClurg |
|---|---|
| Claimant Name: Patricia A. Broyles | Assigned Analyst/Extension: Jason Hewett / 7598 |
| Claim Number: 00375832 | Physician Specialty: Dr Waldram 11-28 |
| Claim Status: ☐ Active  ☐ Pending  ☒ Appeal | Regulatory Deadline: Day 105=2/17/07 |

## OPENING SYNOPSIS

Ms. Broyles, 52 yr old claims payable adjuster supervisor (sedentary strength) ceased working on 9/14/05 due to collapsed foot. Medical information indicates that the claimant underwent a total knee replacement and is tentatively scheduled to undergo an additional total knee replacement. The claimant has undergone physical therapy and has provided information from Queen of the Valley Physical Therapy. The claimant stated in a letter dated 7/25/06 that she has been on doctor's disability since 09/05. She states that she cannot walk, stand or sit for any period of time and that she is dealing with a great deal of pain.

## VOCATIONAL INFORMATION
*The claim was previously reviewed by NCM w/ consult w/ Dr Waldram*

| Applicable Definition of Disability: ☒ Own Occ  ☐ Any Occ  ☐ Other: |
|---|
| DOT strength demand of own occ, if applicable, and as determined by VCM  sedentary strength |
| Description of the specific physical or mental demands required of the occupation: |

## CONTRACT INFORMATION

While the medical staff is not responsible for making claim determinations based on the terms of the policy, the following provisions contain medical terms or concepts requiring medical advice to aid in the administration of the claim.
☒ Not Applicable

## QUESTIONS

1) Please review the medical records, and state in your opinion the claimant's functional abilities, or any limitations/restrictions, physical, cognitive, or otherwise, in performing any occupation on a full time basis. *and corresponding dates.*

2) Would her medication treatment cause side effects and/or limitations physically or mentally? Please explain why/why not.

Thank you for your review. Please contact me with any questions. Jason Hewett Ext 7598

RECEIVED
NOV 2 7 2006
Employee Benefits - DMR

SI 12374                          1 of 1                          (3/05)



Law Offices of

# KATHLEEN A. HERDELL

1030 Main Street, Suite 215
St. Helena, CA 94574
(707) 963-3800; 963-2622 Facsimile
kathleen@herdell.com

## FACSIMILE COVER LETTER

# PLEASE DELIVER THE FOLLOWING PAGES TO:

NAME:            MR. JASON HEWITT, Disability Benefits Analyst

COMPANY:         The Standard Insurance Company

FAX NUMBER:      (971) 321-7437

FROM:            Kathleen A. Herdell

RE:              Dr. Glenn B. Pfeffer letter for Patricia Broyles
                 AUL Corp. Group Policy 623691
                 Claim No. 00375832

We are transmitting a total of __3__ pages including this cover letter.

DATE:            November 21, 2006

COMMENTS:        Dear Mr. Hewett:
        The original letter from Dr. Pfeffer will be sent upon receipt. We are told it is in the mail to Ms. Broyles; in the interim, we are faxing the letter for your file and to assist in completing the review. Please contact my office if you believe it will assist in your analysis.
        Very truly yours,

        Kathleen A. Herdell


Original    ( x ) WILL      ( ) WILL NOT     follow by mail.

If you do not receive all the pages, please call back as soon as possible - (707) 963-3800.

For future reference our facsimile number is: (707) 963-2622.


This fax is intended only for the use of the addressee and may contain legally privileged and confidential information. If you are not the intended recipient of this fax, you are notified that any dissemination, distribution or copying of this fax is strictly prohibited. If you have received this fax in error, please notify us immediately by telephone and return the fax to us at the above address via the United States Postal Service. We will reimburse you any costs you incur in notifying us and returning the fax to us. Thank you.

Completed by

STND1149-00259

NOV. 21. 2006  9:13AM    C  ORTHO CENTER    NO. 2329  P. 2/2



# CEDARS-SINAI MEDICAL CENTER.
### Orthopedic Center

Glenn B. Pfeffer, MD
Director, Foot & Ankle Center

November 20, 2006

Ms. Jason Hewett, Disability Benefits Analyst,
The Standard Insurance Company
900 SW Fifth Avenue
Portland, OR 97204-1235

Re:    Patricia Broyles
       AUL Corporation, Group Policy 623691
       Claim No. 00375832

Dear Mr. Hewett:

The above patient, Patricia Broyles, asked me to clarify my medical opinion of her condition. Ms. Broyles has been incapable of working in her own and any other occupation either on a full or part time basis, including doing sedentary work, since September 15, 2005. Since that date, she has been unable to sit, stand or walk for a significant period of time. My assessment is based on the progression of her injury, the limitations of her physical incapacity, pain medications she has needed to manage her condition, and her future medical needs.

It is unclear to me at this time if Ms. Broyles will be able to return to work; however, she will not be able to do so before the Fall of 2007.

I am available to discuss my opinions with your Board certified Orthopedic Physician Consultant if it will assist.

Sincerely,

Glenn B. Pfeffer, M.D.

444 S. San Vicente Blvd. ■ Suite 603 ■ Los Angeles, CA 90048
Office (310) 423-4536 or toll free (888) 618-7846 ■ Fax (310) 423-9658 or toll free (866) 636-7846
www.cedars-sinai.edu

Form No. 5792 (Rev. 9/93)



STND1149-00258



**Cedars–Sinai**
**Orthopedic Center**
**Foot and Ankle**

Mark Goodson Bldg.
444 S. San Vicente Blvd.
Suite 603
Los Angeles, CA  90048
310-423-3338 Telephone
310-423-9958 Fax

# Fax

| To: | Kathleen | From: | Glenn Pfeffer, MD / Susan Muse |
|-----|----------|-------|-------------------------------|
| Fax: | 707-963-2622 | Pages: | 2 |
| Phone : | | Date : | 11/21/06 |
| Re: | Patricia Broyles | CC: | |

☐ Urgent   ☐ For Review   ☐ Please Comment



*Law Offices of*

# KATHLEEN A. HERDELL

1030 MAIN STREET, SUITE 215
ST. HELENA, CALIFORNIA 94574
(707) 963-3800
(707) 963-2622 FAX
MAIL@HERDELL.COM

October 27, 2006

Mr. Jason Hewett, Disability Benefits Analyst,
The Standard Insurance Company
900 SW Fifth Avenue
Portland, OR 97204-1235

**RECEIVED**
**OCT 3 1 2006**
*Employee Benefits - LTD*

      Re:  Patricia Broyles
            AUL Corporation, Group Policy 623691
            Claim No. 00375832

Dear Mr. Hewett:

      Ms. Patricia Broyles has retained me to review and correspond to you regarding her effort to obtain your company's reconsideration of its decision that she was not disabled from her own or any other occupation or eligible for long term disability benefits. I have known Ms. Broyles for well over a year, and during that time, there has been no doubt in my mind she would be unable to work because of her medical problems.

      I have enclosed several documents that I believe will be useful in your reexamination:

- Letter from Michael W. Shifflet, M.D. dated October 11, 2006 expressing opinion that Ms. Broyles has been disabled from February 2006, and no ability to work until at least July 2007;
- Notice from the State of California that Ms. Broyles has exhausted her State Disability Insurance benefits as of September 23, 2006 and will receive no other payments;
- Napa Valley Physical Therapy Center Discharge Summary dated October 28, 2005 and treatment records for the period September 22, 2005 through October 19, 2005 demonstrating that Ms. Broyles was in physical therapy treatment, and was discharged because she was following her physician's advice that she cease further physical therapy and join a gym instead. You will note that Ms. Broyles was only able to withstand a washcloth brushing over her injured area. In addition, she has provided treatment records for the period of January 24, 2006 through March 3, 2006 demonstrating injuries and recovery progress;
- Admission and hospitalization records for total knee replacement surgery April 12, 2006;
- Admission and hospitalization records for July 11, 2006 for TKA;



STND1149-00256

Mr. Jason Hewett, Disability Benefits Analyst,
October 27, 2006
Page two

- Queen of the Valley Physical Therapy records, April 2006-August 2006, along with Rehabilitation Services Summary;
- Queen of the Valley Hospital admission and physical therapy records September 8, 2006 for S/P L TKA through October 13, 2006;
- Record of medications: January 1, 2005 through October 11, 2006.

We are expecting a letter from Dr. Glenn Pfeffer attesting to his patient's incapacitation and disability during the claim period as well, and will send it under separate cover for your consideration. Ms. Broyles also received medical treatment from Dr. Talcott (in Napa, California) during this period, but he has retired from practicing and Ms. Broyles has been unable to determine where his records are being retained.

My review of Ms. Broyles' history and records is that she has been disabled since the date of her claim through today, and that this period of disability will continue into mid-2007 at least. In addition, it is clear that she also was unable to perform her own or any occupation during this time period.

Although I represent Ms. Broyles, she asks that you continue to communicate directly with her until further notice. Please call on her if you would like further records for your review.

Best Regards,

Kathleen A. Herdell

Encs.

RECEIVED

OCT 8 1 2006

Employee Benefits - LTD



**Napa Valley Orthopaedic**
Medical Group, Inc.

John N. Diana, M.D.
Adam M. Freedhand, M.D.
Jason T. Huffman, M.D.
Michael W. Shifflett, M.D.

October 11, 2006

The Standard Insurance Company
Disability Division

RE: **Patricia Broyles**
Employee Benefits - LTD

To Whom It May Concern:

The above patient has been under my care since February of this year. She had a left total knee replacement arthroplasty in April, and is tentatively scheduled for *right* total knee surgery in the next few months, once she has recovered on the left. She also suffers from posterior tibialis tendon dysfunction in the right ankle and has an appointment in the near future to address this problem.

She continues to be unable to do her regular job, which requires prolonged sitting. She is unable to sit or stand for long periods of time and weight-bearing continues to be painful on the right side, in both the knee and ankle.

I anticipate that she will be unable to return to work until approximately 7/01/2007.

Sincerely,



Michael W. Shifflett, M.D.

MWS:lmn

RECEIVED

OCT 3 1 2006

Employee Benefits - LTD

1100 Trancas St.  |  Suite 250  |  Napa, California 94558  |  office: 707.254.7117  |  fax: 707.265.6435  |  www.napavalleyortho.com

STND1149-00254

KEEP THIS STATEMENT FOR YOUR RECORDS.                                    DATE ISSUED 09/23/06
SSN: 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   NAME: PATRICIA A BROYLES
WEEKLY RATE: $829.00     WEEKLY RATE IS FOR 7 DAYS          CLAIM EFFECTIVE DATE: 09/15/05
EXCEPT FOR THE MANDATORY 7-DAY WAITING PERIOD, YOU WILL BE PAID FOR EVERY DAY YOU ARE ELIGIBLE FOR
BENEFITS, INCLUDING WEEKENDS.

IF YOU ARE NOT PAID FOR ANY DAYS, YOU WILL BE NOTIFIED WHAT DAYS WERE NOT PAID AND WHY THEY WERE NOT PAID
IN THE MESSAGE AREA BELOW.  THE OFFICE PROCESSING YOUR CLAIM IS:
                      EMPLOYMENT DEVELOPMENT DEPARTMENT
                      PO BOX 700                              TELEPHONE: (800) 480-3287
                      SANTA ROSA  CA  95402-0700
THE ATTACHED CHECK IS FOR STATE DISABILITY INSURANCE FOR THE FOLLOWING PERIOD(S): 09/15/06 THROUGH 09/20/06.

| NO. OF DAYS | BENEFIT AMT. | AMT. DEDUCTED | AMT. PAID |
|-------------|--------------|---------------|-----------|
| 6           | $539.14      | $0.00         | $539.14   |

MESSAGE-AREA

   IMPORTANT NOTICE:    IF YOU DO NOT UNDERSTAND ANY FORM SENT TO YOU BY THIS OFFICE, CONTACT US FOR
ASSISTANCE AT THE TELEPHONE NUMBER SHOWN ON THE CHECK STATEMENT.

                      NOTICE OF EXHAUSTION OF DISABILITY BENEFITS

THIS IS THE LAST CHECK YOU CAN RECEIVE FROM YOUR PRESENT CLAIM FOR DISABILITY INSURANCE BECAUSE YOUR
BENEFITS ARE EXHAUSTED.

IMPORTANT. IF YOUR DISABILITY IS PERMANENT AND IS EXPECTED TO CONTINUE, YOU MAY WISH TO CONTACT YOUR
NEAREST FEDERAL SOCIAL SECURITY OFFICE OR THE STATE DEPARTMENT OF REHABILITATION TO DISCUSS YOUR
ELIGIBILITY FOR BENEFITS AND/OR ASSISTANCE.                              DE 2525-A (4/88)

*114961100*

                              RECEIVED

                            OCT 3 1 2006

DE 2500CKX Rev. (8/03)          DETACH THIS STUB FOR YOUR RECORDS





NAPA VALLEY
**PHYSICAL
THERAPY
CENTER**

BRUCE S. McCALL, P.T., A.T., C.
GLENN A. HUGHES, P.T.

Prevention ▪ Rehabilitation ▪ Sports Medicine

## Physical Therapy Discharge Summary

October 28, 2005

To: Glenn Pfeffer, MD
From: Rob Brandon, MPT, ATC, CKTI
RE: Patricia Broyles
DX: S/P transfer of FHL to Navicular for posterior tibialis dysfunction

Dear Dr. Pfeffer,

I evaluated Mrs. Broyles on 9-22-05 and she had 11 visits. Her treatments included the following:

☐Soft Tissue Mobilization    ☐Joint Mobilization    ☐Posture Education
☒Self Care Education    ☒Therapeutic Exercise    ☒Kinesio Tape
☐Interferential Stimulation    ☐Ultrasound    ☒Home Program
☒Anodyne Infrared Therapy    ☐Balance Training    ☒Other: _gait/crutch_ _trainer_

Mrs. Broyles has progressed to a point of tolerating at least 45 minutes of consistent cardiovascular exercise. When she uses bilateral axillary crutches, she has been able to minimize her foot and ankle pain. However, she was reluctant to comply with using the crutches 100% of the time. The hypersensitivity about the lateral foot has slightly improved to the point of tolerating a washcloth brushed over the area.

Based on my observations of Mrs. Broyles in the clinic, she would benefit from better static foot support via some sort of orthosis, continued weight loss, gradual strengthening and proprioception training.

I am discharging her because she was told at her last MD visit that she should join a gym and stop physical therapy.

Thank you for allowing me to assist in your patient's care.

Sincerely,

Rob Brandon, MPT, ATC, CKTI

RECEIVED

OCT 3 1 2006

Employee Benefits - LTD

1103 TRANCAS STREET    •    NAPA, CALIFORNIA 94558    •    (707) 224-3131    •    FAX (707) 224-2356

STND1149-00252

Treating Diagnosis _S/P Newofer FHL to Nav fu post tib_
Onset _8/04_

**NAPA VALLEY**
**PHYSICAL THERAPY CENTER**

Precautions _____

| DATE | TREATMENT GIVEN | SUBJECTIVE, OBJECTIVE, ASSESSMENT, PLAN |
|------|-----------------|------------------------------------------|
| 1/30/06 | (cont) | O: ⑦ HEP per pt handout |
| | | A: poor compliance ō SPC to cause fall, slow to follow thru to get bike together + get bill for initial 10/04 |
| | | P: Cont. maon Sx fresh recumb bike + then ex. ē home  RB, PT |
| 2/1/06 | (CA) 3° OOT  RRLST | |
| 2/2/06 | TB x 30' | S: "My house is being remodeled @ my request + things are in disarray, I couldn't find shoes or SPC." "I don't feel like doing much." |
| | Self care x 10' | O: Pt arrives wearing flip flops, + ō SPC |
| | Amb 30' | - stressed to pt the importance of proper foot wear + use of SPC |
| | | - Discussed options of pt being out of home due to home constrction |
| | | - Ankine x 30' |
| | | - MRE's x 15' - IN, EV, PF, DF |
| | | - UBC x 30' |
| | | A: Very poor compliance ō SPC |
| | | P: Cont. emphasis on SPC + proper shoe wear. progress MRE's to dynamic foot/ankle Stabilizer |
| 5/3/06 | Pt phoned to discuss status: she reports doing the same. She will be having TKR 4-12-06. She plans to work on her foot rehab once the knee rehab is complete.  RB PT | |

MO. | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31

NAME _Broyles, Patricia_
PHYSICIAN _Hoffer_

**PHYSICAL THERAPY TREATMENT RECORD**

STND1149-00251

Treating Diagnosis _____

Onset _____

Precautions _____

**NAPA VALLEY
PHYSICAL THERAPY CENTER**

Dizziness
VA



N/T
CE

wrist = 6-7/10 walking
Rest = 4/10
rest = 0/10

| Date | Treatment Given | Subjective, Objective, Assessment, Plan |
|------|-----------------|------------------------------------------|
| 1/24/06 | wal<br>IF c̄ CP x15'<br>KT (neuro) | O: ① IF c̄ CP x15' ankle/foot<br>② KT - lymph corr' post tib, ant tib 0 → c̄<br>③ rest to toe SPC 100%<br>P: UB, TE c̄ + band/ball.<br>ARB, LB<br>MBC. |
| 1/26/06 | Aug 30'<br>TE 45'<br>IF 15' | S: "↑ soreness. Have recumb. get out of<br>box toda"<br>O: Aug x30'<br>TE x45' - see ex card.<br>IF c̄ CP x15'<br>A: Tol TE well<br>P: Cont |
| 1/30/06 | TE x45'<br>Aug x30'<br>Ice x15 | S: "fall Fri - NAD; Not using cane. bike/ball<br>O: ① last pt again be needs SPC 100%<br>② TE per ex card x45' |

| MO. | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|-----|---|---|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|
| 1/06 | | | | | | | | | | | | | | | | | | | | | | | | E | | | | | | | |

**PHYSICAL THERAPY TREATMENT RECORD**

Name  Broyles, Patricia

Physician _____

RECEIVED

OCT 3 1 2006

Employee benefits - LTD

STND1149-00250

## NAPA VALLEY PHYSICAL THERAPY CENTER
### EVALUATION

Treating Dx _S/P transfer FHL to Navic for post tib dys._    Onset _3-18-05_

Precautions/Limitations _____

**SUBJECTIVE**

cc: foot pain; falls 2° ℞ foot gave out.

Agg: walking; ↑ time on feet.

Ease: NWB, leg up.

24 hr: worse as day progresses.

Plan: fusion ?
subtalar +
Talo-navic
Feb 5 ℗ brace
consult ē
Dr. Shufflett

| | YES | NO |
|---|---|---|
| CARDIAC | | |
| PREGNANT | | |
| SEIZURES | | |
| DIABETES | | |
| SKIN | | |
| IMPLANTS | | |
| ALLERGIES | | |
| HA/DIZZY | | |
| CANCER | | |

PT Goals: per md :
① desensitize
② strengthen.
③ recumb
④ lose wt (↑ metab + diet)

orthotics
since
July

X-rays: _____   Medications: _____

**OBJECTIVE**

- excessive sub med malleola edema R℠℞; ℞ pes planus; ℞ knee genu valgus; ℗ genu varus
- palp along incision ē discomfort
- mmT: post tib 2+/5
      Ant tib 3+/5
      peroneals 2+/5
      EHL 3+/5.

- gait: ↑ of pes planus, ↑℞ genu valg; ↑℗ genu varus.

**FUNCTIONAL STATUS**

PLOF — bike 25 miles

CLOF — falls, basic ADL's ē several rest periods, needs ℗ def device for amb.

**ASSESSMENT**  (Goals 8 wks)

Goals  ① mmT D. Stab mms of Ankle ≥ 4/5
Short  ② use of SPC 100%
       ③ wt loss
Long   ④ pain ≤ 4/10 100%
       ⑤ 0 falls over 6 months
Potential  fair

**PLAN/TREATMENT**

① UE PRE        ⑤ STM
② LE PRE        ⑥ HEP
③ gait trng     ⑦ KT.
④ Anodyne

RECEIVED
OCT 3 1 2006
Employee Benefits - LTD

Frequency _3x/wk_   Duration _6 wks_

Name _Patricia Boyles_

Physician _Pfeffer._

Physical Therapist _Rob Brown MPT, ATC, CET_

Date _1/24/06_

Treating Diagnosis _post tib dys._

Onset _8/04_

Precautions _WBAT_

**NAPA VALLEY**
**PHYSICAL THERAPY CENTER**

| DATE | TREATMENT GIVEN | SUBJECTIVE, OBJECTIVE, ASSESSMENT, PLAN |
|------|-----------------|------------------------------------------|
| 10/17/05 | | S: "Was docile over the weekend. Pt reports Fri worked on pool filter + sat work @ home ∴ docile on ___ only. Arrive c̄ SPC "crutch in truck" |
| | | O: Ther ex? |
| | | Stat bike 30' |
| | | UBC 20' |
| | | Aussie ___ <30' - heel ; toe |
| | | stim x 15' gastroc |
| | | Kinesiotape -↑ |
| | | - O → I Ant tib |
| | | - ___ @ calc. |
| | | A: less edema, ↓ resting pain @ times ; ↑ ther ex tolerance ; probs of pain c̄ WBing + gait dys, weakness remain - pain WBing complaint |
| | | P: MO note.  RB-PT |
| 10/19/05 | PT phoned to CA | all visits - said MD = g pt to join a gym. RB-PT |

Patricia Broyle
VAN Pfeffer

**PHYSICAL THERAPY TREATMENT RECORD**

RECEIVED

OCT 3 1 2006

Employee Benefits - LTD

STND1149-00248

Treating Diagnosis _Posterior tib dys._

Onset ___8/04___

Precautions ___WBAT___

**NAPA VALLEY**
**PHYSICAL THERAPY CENTER**

| DATE | TREATMENT GIVEN | SUBJECTIVE, OBJECTIVE, ASSESSMENT, PLAN |
|---|---|---|
| 10/5/05 | | CA 2° eye appointment RB — PT |
| 10/6/05 | Ther ex 30<br>Stm 15<br>Anodyne 30 | S: "Worst pain since [wt = 7/10]; Avg = 5/10" of know<br>that if on feet too much = aggs, so avoid overs<br>O: Discussed WBing concept via "total ⊕ end<br>of day eg: each time pts wt thru leg =<br>some amt; end of day = sum.<br>Ther ex 35 bike, UB<br>Stm (R) gast, peroneals) ⊕ spasms + fibial → restrict<br>15' (L) quad<br>Anodyne x 30' (R) calc<br>(L) knee medial; distal quad<br>A: Better awareness of WBing effect on pain; pt<br>admits that tries to ignore pain<br>P: Stm, PRE, cardio |
| 10/10/05 | Ther ex 30'<br>Anodyne 30' | S: "A lot of pain today — I cleaned my pool on Sat<br>+ today cats chased dog, + I went after them<br>(rocky) area — fell"<br>O: Further discussion re being aware of limits<br>+ pacing; include using crutches 100%<br>Ther ex Bike, UBC 30'<br>Anodyne 30' ad above (R)<br>A: poor follow thru c wt bearing precautions +<br>poor awareness of limits → falls<br>P: phone MD to discuss options for treatment<br>phoned MD + l/m. RB — PT |
| 10/12/05 | Ther ex 40'<br>Stm x 15'<br>Anodyne 30' | S: "Still have a lot of pain in toe, heal"<br>"able to work @ desk"<br>O: Ther ex 40' UBC/Bike<br>Stm gastroc/peroneal x 15'<br>Anodyne x 30'<br>A: ⊕ ↓ pain to 2/10 p Stm.<br>P: Cont as above. Re-phone MD. |
| 10/13/05 | Anodyne 30<br>Ther ex 40<br>Stm 15<br>Kinesio 10 | S: "Pain lessening c ↓ time spent on feet"<br>O: Anodyne x 30'<br>Ther ex x 40': UBC 20', Bike L → 2 x 20'<br>Stm x 15' gastroc, med tissue painful<br>Kinesio: lymph corr; ant tib p →<br>A: pt Rx c 3/10 pain pt while working c crutches<br>P: MD visit - note<br>RB — PT |

| MO. | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

NAME _Broyles, Patty_

PHYSICIAN _Pfeffer_

**PHYSICAL THERAPY TREATMENT RECORD**

RECEIVED

OCT 3 1 2006

Employee Benefits - LTD

STND1149-00247

Treating Diagnosis _Post f/u Sys._

Onset _8/04_

Precautions _WBAT_

**NAPA VALLEY
PHYSICAL THERAPY CENTER**

| DATE | TREATMENT GIVEN | SUBJECTIVE, OBJECTIVE, ASSESSMENT, PLAN |
|------|------------------|------------------------------------------|
| 9/26/05 | Ther ex x 30' | S: "Leg spasms & something a bench to use. Do desens. 1x/day. Keep shoe on during the day. No crutches. 2° have a pt c̄ the crutches. Will keep them on Weds. c̄ walk around less pain now vs while @ work" <br> O: UBC x12' <br> Stat Bike x1.5' c̄ ham cramp ® j x12' <br> Ham stretch 2x1' <br> pt had to pick up husband c̄ Ø Anodyne; inst pt to plan c̄ <br> A: poor compliance c̄ desensitization + crutch use <br> P: Ther ex; crutch train, Anodyne  RB/PT |
| 9/28/05 | Gait x15' <br> Ther ex 30' <br> Anodyne 30' | S: Pt brought Crutches. A lot of pain today <br> O: Crutch gait / train x 15' // Good coord. <br> Ther ex: ① UBC x15' <br> ② Stat Bike x15' // Ø PA <br> Anodyne x30' ® foot "felt great" <br> A: ⊕ pain relief c̄ Ther ex + crutch usage <br> P: Cont - cardio, Crutch train  RB/PT |
| 9/29/05 | Ther ex 35' <br> Anodyne <br> Kinesio | S: "pretty sore today WB + NWB = 7/10. Knee/medial foot." Will have ® knee scoped <br> O: Ther ex <br> ① Stat Bike x15' <br> ② UBC x15' <br> ③ Shuttle c̄ full board 1 cord 2F20 SL SQ ® <br> Anodyne x30' ® foot ; ® knee - 3/10 initial. <br> Kinesio - lymph ® ankle ; 0 → T post fb area, foot <br> A: ↑ pain c̄ WBing +NWB ; ® resp to Anodyne. 4/10 <br> Pt able to tolerate cardio level ex intensity <br> P: Cont as able  RB/PT |
| 10/3/05 | Ther ex 20' <br> Self care 15' <br> Anodyne 30 | S: "A lot of pain. Sat; legs up on screen Ø/10 when woke + walk to bathroom In PE apt for ≅ 5/10. <br> O: Stat Bike x15' Level 1 // 0/10 <br> Gait = ® crutches - min wt bear ® - step through. <br> UBC x 10' // 5/10 wt bear ; 0/10 NWB <br> Self care x15' discuss of how to avoid wbing such that pain ≅3/10. <br> Anodyne x 30' ® ankle ® knee <br> A: pt slow to understand need for every step to be limited c̄ each step <br> P: Cont. monitor effect ® 3/10  RB/PT |

| MO | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|----|---|---|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |

NAME _Broyles, Patricia "Patty"_

PHYSICIAN _Pfeffer, MD_

**PHYSICAL THERAPY TREATMENT RECORD**

RECEIVED

OCT 3 1 2006

Employee Benefits - LTD

Treating Diagnosis _____
Onset _8/04_
Precautions _____WBAT_____

**NAPA VALLEY**
**PHYSICAL THERAPY CENTER**

Dizziness
VA



N/T
CE

| Date | Treatment Given | Subjective, Objective, Assessment, Plan |
|------|-----------------|------------------------------------------|
| 9/22/05 | Exal ×30'<br>Gait Trai ×15' | Eval 30'<br>O: last č mee ℗ ℗ crutches for step to ⅓ [U.<br>×15'<br>P: Pt to bring crutches fu fitt,<br>Cont č eval<br>Anodyne — _Pb left_ |
| 9/23/05 | Neuro ×15'<br>Anodyne ×30' | S: "Husband OOT 4 knd not home, neighbors<br>away — couldn't get crutches in garage —<br>use cane<br>O: Desens ×10' č pt ed of nerve pai —<br>anodyne 3 bars ℗ knee ℗ foot ℗ knee 30<br>O less sensitive to such —<br>A: Excellent č sensation limit ℗ Anodyne<br>P: Cardio, crutch trai, Anodyne, explain pa<br>Box ip fu — _Pb left_ |

| MO. | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|-----|---|---|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|
| 9/05<br>10/05 | ✓ | | ✓ | | | ✓ | | | | ✓ | | ✓ | | | | | ✓ | | | | | F | ✓ | | ✓ | | ✓ | ✓ | | | |

**PHYSICAL THERAPY TREATMENT RECORD**

Name _Broyles, Patricia_

Physician _Pfeffer_

RECEIVED

OCT 3 1 2006

Employee Benefits - LTD

STND1149-00245

# NAPA VALLEY PHYSICAL THERAPY CENTER
## EVALUATION

Treating Dx. _S/P ~~post~~ FKL to Navic for post tib dys._    Onset _8/04_

Precautions/Limitations _WBAT_

**SUBJECTIVE**

|  | YES | NO |
|---|---|---|
| CARDIAC | | |
| PREGNANT | | |
| SEIZURES | | |
| DIABETES | | |
| SKIN | | |
| IMPLANTS | | |
| ALLERGIES | | |
| HA/DIZZY | | |
| CANCER | | |

Pt goals:

X-rays:                                                                    Medications:

**OBJECTIVE**

el to
x
completed

RECEIVED

OCT 3 1 2006

Employee Benefits · LTD

**ASSESSMENT**

Goals

Short

Long

Potential

**PLAN/TREATMENT**

Frequency _3x/wc_    Duration: _6-8 W/s_

Name _Patricia Broyles_

Physician _Pfeffer_

Physical Therapist _R.d Bul, PT_

Date _9-22-05_

Napa Valley     al Center
isters of St. Joseph     ange Corporation

ADMISSION/SERVICE DATE:    04/12/2006 | TIME:

| PATIENT NAME/ADDRESS | ACCOUNT NUMBER | ROOM/BED | TYPE | ADMIT SOURCE | LOC/SVC | MEDICAL RECORD NUMBER |
|---|---|---|---|---|---|---|
| BROYLES,PATRICIA ANN 3321 ANITA CT NAPA,CA 94558 | QV0005284816 | | PRE IN | H | MS | QH02009577 |
| | DOB 11/15/1953 | MAR STAT | VIP | RELIGION | LANGUAGE | RACE | ER CHART# |
| PHONE    (707)252-9258 SSN    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 | AGE 52    SEX F | M | | NOA | ENG | W |

EMPLOYER
NONE

| | NEXT OF KIN/ADDRESS | PERSON TO NOTIFY/ADDRESS |
|---|---|---|
| OCCUPATION | BROYLES,ROY 3321 ANITA CT NAPA,CA 94558 | LAVOIE,LORRAINE |
| PHONE | | AMERICAN CANYON,CA 94558 |
| | RELATIONSHIP HU | RELATIONSHIP MO |
| GUARANTOR NAME/ADDRESS | HOME PHONE    (707)252-9258 WORK PHONE    (707)226-3320 | HOME PHONE    (707)642-5677 WORK PHONE |
| BROYLES,PATRICIA ANN 3321 ANITA CT NAPA,CA 94558 | | |

PHONE    (707)252-9258

RELATIONSHIP SP

EMPLOYER
NONE

PHONE

DO YOU HAVE AN ADVANCED HEALTHCARE DIRECTIVE? NO
DESIGNATED SURROGATE:
SURROGATE'S PHONE:
LOCATION/COMMENT:

**RECEIVED**

**OCT 31 2006**

Employee Benefits - LTD

LAST HOSPITALIZATION
THIS HOSPITAL:
DATES: FROM          THRU
OTHER HOSPITAL:
DATES: FROM          THRU

ADMISSION PRIORITY:

EXPECTED LOS:

| IPC-1 | INSURANCE NAME | POLICY NUMBER | GROUP NUMBER | AUTHORIZATION NUMBER |
|---|---|---|---|---|
| B37Q | BLUE CROSS PRUDENT BUYER PO BOX 60007 LOS ANGELES    CA 90060 | XDX475A62834 | PE2400 | CHECKING |
| | PHONE    (800)627-8797 | | | |

| FC1 B | INSURED NAME    BROYLES,PATRICIA A | RELATIONSHIP TO PATIENT  SP |
|---|---|---|

| IPC-2 | INSURANCE NAME | POLICY NUMBER | GROUP NUMBER | AUTHORIZATION NUMBER |
|---|---|---|---|---|
| | | *280758* | | |
| PHONE | | | | |

| | INSURED NAME | RELATIONSHIP TO PATIENT |
|---|---|---|

| ACCIDENT          DATE          TIME | PRIMARY CARE PHYSICIAN KAKO,RONY Y MD    (707)257-1550 |
|---|---|
| HOW | ADMITTING PHYSICIAN SHIFFLETT,MICHAEL W MD    (707)257-2944 |
| REASON FOR VISIT OSTEOARTHRITIS LEFT KNEE  *715.16* | ATTENDING PHYSICIAN SHIFFLETT,MICHAEL W MD    (707)257-2944 |
| COMMENT    RES.3-8.TO 4-12 PER RENEE INS VERIFIED  *Total knee* 27447 | FAMILY PHYSICIAN KAKO,RONY Y MD    (707)257-1550 |
| DISCHARGE DATE          DISCHARGE TIME | OTHER PHYSICIAN |

ADT PAT.:zcus.adm.form.reprint.RP    1000 TRANCAS STREET/PO BOX 2340 NAPA, CA 94558, (707)252-4411

*Queen of Valley*

PAGE 01    MSHIFFLETT    70725771627    08:29    04/26/2006

STND1149-00243



QUEEN OF THE VALLEY HOSPITAL
Napa Valley Medical Center
A Sisters of St. Joseph of Orange Corporation

ADMISSION/SERVICE DATE:    07/11/2006                                    TIME: 1200

| PATIENT NAME/ADDRESS | ACCOUNT NUMBER | ROOM/BED | TYPE | ADMIT SOURCE | LOC/SVC | MEDICAL RECORD NUMBER |
|---|---|---|---|---|---|---|
| BROYLES,PATRICIA ANN<br>3321 ANITA CT<br>NAPA,CA 94558 | QV0005350193 | | REG RCR | H | QPHY | QN02009577 |

| | DOB 11/15/1953 | MAR STAT | VIP | RELIGION | LANGUAGE | RACE | ER CHART# |
|---|---|---|---|---|---|---|---|
| PHONE      (707)252-9258<br>SSN       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 | AGE 52    SEX F | M | | NOA | ENG | W | |

EMPLOYER
NONE

OCCUPATION

PHONE        --

| | NEXT OF KIN/ADDRESS | PERSON TO NOTIFY/ADDRESS |
|---|---|---|
| GUARANTOR NAME/ADDRESS<br><br>BROYLES,PATRICIA ANN<br>3321 ANITA CT<br>NAPA,CA 94558<br><br>PHONE     (707)252-9258<br><br>RELATIONSHIP SP<br><br>EMPLOYER<br>NONE<br><br>PHONE | BROYLES,ROY<br>3321 ANITA CT<br>NAPA,CA 94558<br><br>RELATIONSHIP  HU<br><br>HOME PHONE    (707)252-9258<br>WORK PHONE    (707)226-3320 | LAVOIE,LORRAINE<br><br>AMERICAN CANYON,CA 94558<br><br>RELATIONSHIP  MO<br><br>HOME PHONE   (707)642-5677<br>WORK PHONE |

RECEIVED
OCT 3 1 2006
Employee Benefits - LTD

DO YOU HAVE AN ADVANCED HEALTHCARE DIRECTIVE? NO
DESIGNATED SURROGATE: BROYLES,ROY
SURROGATE'S PHONE: (707)252-9258
LOCATION/COMMENT:

LAST HOSPITALIZATION

THIS HOSPITAL:
DATES: FROM 04/15/2006  THRU 04/20/2006        ADMISSION PRIORITY: ELECTIVE
OTHER HOSPITAL:
DATES: FROM            THRU                    EXPECTED LOS:

| IPC-1 | INSURANCE NAME | POLICY NUMBER | GROUP NUMBER | AUTHORIZATION NUMBER |
|---|---|---|---|---|
| B37Q | BLUE CROSS PRUDENT BUYER<br>PO BOX 60007<br><br>LOS ANGELES    CA 90060<br>PHONE   (800)627-8797 | XDX475A62834 | PE2400 | Case Mgr Name:<br>Phone: |

*800-627-8797*

| FC1 8 | INSURED NAME    BROYLES,PATRICIA ANN | | RELATIONSHIP TO PATIENT SP |
|---|---|---|---|

| IPC-2 | INSURANCE NAME | POLICY NUMBER | GROUP NUMBER | AUTHORIZATION NUMBER |
|---|---|---|---|---|
| | | | | *800 274-7767-Utilization mancg.*<br>Case Mgr Name:<br>Phone: |

| | INSURED NAME | | RELATIONSHIP TO PATIENT |
|---|---|---|---|

ACCIDENT        DATE        TIME

HOW

REASON FOR VISIT TKA

COMMENT

PRIMARY CARE PHYSICIAN
KAKO,RONY Y MD            (707)257-1550

ADMITTING PHYSICIAN

ATTENDING PHYSICIAN
SHIFFLETT,MICHAEL W MD    (707)254-7117

FAMILY PHYSICIAN
KAKO,RONY Y MD            (707)257-1550

DISCHARGE DATE        DISCHARGE TIME        OTHER PHYSICIAN

ADI PAT..zcus.adm.form4.RP              1000 TRANCAS STREET/PO BOX 2340 NAPA, CA 94558, (707)252-441    05CHURTADO

STND1149-00242

**Dx:** Treating S/P ⃝L TKA    **Onset:** SX 4/12/06    **Adm. Date:** 4/29/06

Precautions/Limitations: ⃝L Knee pain

**SUBJECTIVE:** Pt is a 52 y.o. female S/P ⃝L TKA
PMHx: post. tibialis tendon rupture c̄ tendon transfer & calcaneal osteotomy;
significant valgus deformity ⃝B knees, HTN

**FACILITATING FACTORS/BARRIERS:** Lives c̄ husband
PLOF: mod ⃝L 2 crutches
Adapt Equipment: Crutches, SPC
Environment Barriers: Stairs ⃝B
Support People/Resources: husband
Other:

Plans to have ⃝R TKA soon
and ⃝R ankle fusion

**OBJECTIVE:**

Observation: ⃝R Valgus deformity, ⃝B Flat feet
wears arch orthotic ⃝R

ROM: ⃝R PN ⃝L knee WFL   ⃝L 9° - 74° supine

Strength ⃝L ⃝PN 4/5 Flex/ext ⃝R 4/5 Flex/ext
all others 5/5

Gait: c̄ axillary crutches mod ⃝L
∅ device CGA c̄ ↓ step length ⃝R
+ moderate deviation from path

Balance: stand = good
dynamic stand = fair ∅ device

| Pain Scale: (0-10) |
| --- |
| Comments: |
| 3/10 |

**RECEIVED**

OCT 3 1 2006

Employee Benefits - LTD



**ASSESSMENT (PROBLEM LIST):**

- [x] ↓ Mobility Status
- [x] ↓ Strength
- [ ] ↓ Balance
- [ ] ↓ Neuromuscular Status
- [ ] ↓ Endurance For Funct. Mob.
- [ ] ↓ Safety Judgement
- [ ] ↓ Body Mechanics
- [ ] ↓ Edema/Lymphedema
- [ ] Wounds As Noted
- [x] Other ↓ ROM

**REHAB POTENTIAL:** good for stated goals

**PLAN/TREATMENT:**

- [x] Eval/Reassessment
- [x] Mobility Training
- [ ] Therapeutic Exercise/HEP
- [ ] Neuromuscular Re-Education
- [x] Balance Training
- [ ] Wheelchair Mgmt
- [ ] Energy Conservation Training

- [ ] Safety Training
- [ ] Body Mechanics Training
- [ ] Edema/Lymphedema Treatment
- [ ] PT/Caregiver Education/Training
- [ ] Wound Care
- [x] Other ↑ ROM
- [ ] Gait Training

**Frequency:** 2-3X/week   **Duration:** 4-6 weeks

- Patient Goals
- Rehab Goals
- Short (By 1 week)

↳ increase ROM and strength
① ⃝L Knee ROM 5° - 80°
② ↑ ⃝L Knee strength 4+/5
③ gait c̄ SPC mod ⃝L c̄
symmetrical step pattern

- Long (By 4-6 weeks)
① ⃝L Knee ROM 0° - 170°
② ↑ ⃝L Knee strength 5/5
③ gait ∅ device symmetrical

Patricia Massey   ⃝L PT ⃝R Patricia Massey PT 4/29/06
Print Name                    Physical Therapist Signature        Date

See MD orders

Print Name                    Physician Signature                Date

QV0005323227   05/03/2006
BROYLES,PATRICIA ANN
11/15/1953   QM02009577
AGE 52  F   NOA    RCR
AKO,RONY Y MD
MIFFLETT,MICHAEL W MD

**Queen of the Valley Hospital**
ST. JOSEPH HEALTH SYSTEM

**REHABILITATION SERVICES DEPARTMENT**
**PHYSICAL THERAPY EVALUATION**

7770-037 (6/00)
Page 1 of 2

STND1149-00241

| DATE | DISCHARGE SUMMARY |
|------|-------------------|

**REASON FOR TREATMENT** S/P TKA

**ADMISSION DATE** 4/29/06

**P.T. INITIATED** 4/29/06    **DISCONTINUED** 8/8/06

**NUMBER OF P.T. TREATMENTS** 26

**TREATMENT GIVEN AND RESPONSE**
- ☑ Eval/Reassessment
- ☑ Mobility Training
- ☑ Therapeutic Exercise
- ☐ Neuromuscular Re-Education
- ☑ Balance Training
- ☐ Wheelchair Management
- ☑ Safety Training
- ☐ Body Mechanics Training
- ☐ Edema/Lymphedema Treatment
- ☑ Patient/Caregiver Education/Training
- ☐ Wound Care
- ☐ Other

**ABILITIES AT DISCHARGE**  (R) knee ROM 0-108°
(L) knee strength 5/5
Gait ō device ō symmetrical
go m step patter

**INITIAL GOALS ACHIEVED?** ☐ Yes ☑ No    pt unable to attain
IF NOT, EXPLAIN:    knee flexion of 120°

**WRITTEN HOME PROGRAM (IF NOT, EXPLAIN)** yes

**PLANS FOR FURTHER CARE - WHERE, WHEN** follow-up ē MD.
Restart P.T. per MD orders p̄ (R) knee surgery

**Print Name** Patricia Mattox P.T.

**Signature** Pue Mattox P.T.    **Date** 8/8/06
Physical Therapist

**Queen of the Valley Hospital**
ST. JOSEPH
HEALTH SYSTEM

REHABILITATION SERVICES DEPARTMENT
**PHYSICAL THERAPY EVALUATION**    7770-037 (6/00)
Page 2 of 2

RECEIVED
2006
Employee Benefits - LTD

STND1149-00240

Treating Diagnosis S/P ⓇTKA c̄ Knee stiffness and pain

Onset Sx 4/12/06

Precautions Ⓛ Knee pain

| DATE | TREATMENT GIVEN | PAIN (0-10) | ASSESSMENT, OBJECTIVES MET, PLANS |
|---|---|---|---|
| 4/29/06 4 units (45 min) | Pt Eval Ther-ex 424 gait Rom | 3/10 | Orders received. Pt evaluation completed. Please see evaluation form. Thank you for this referral. Pat D Mell ⒸPT |
| 5/2/06 3 units (45 min) | Ther ex Rom 424 gait | 5/10 | S: Pt reports pain 5/10. "I have not been good about doing my exercises" O: therapeutic exercise per flow sheet gait activities c̄ SPC c̄ cues for hul to toe Ⓛ during stance on Ⓥ. Try stair step 2 Ⓡ concentric/eccentric contractions A: fair tolerance for exercise, needs encouragement for home program P: cont per POC Pat D Mell ⒸPT |
| 5/3/06 3 units (45 min) | Ther ex gait Rom 424 | 4/10 | S: Pt reports pain ↑ p session of 5/2/06. Pt states she did home exercises O: therapeutic exercise per flow sheet gait c̄ SPC x 700' c̄ emphasis on proper ⑤hip biomechanics A: improved heel strike in stance, continues c̄ to improve in strength/function P: cont per POC Pat D Mell ⒸPT |
| 5/5/06 3 units (45 min) | gait Ther ex/Rom to improve gait 424 | 3/10 | S: pt reports she is nearly out of pain meds and is trying to get a hold of MD for new prescription O: ther ex per grid c̄ emphasis on strengthening hip flexors, knee flexors and extensors for improved gait function gait training c̄ SPC c̄ emphasis on heel strike and step length A: improving strength, improving rom, has excellent potential to reach goals P: cont per POC Pat D Mell ⒸPT |
| 5/9/06 3 units 45 minutes | gait Ther ex 6/24 | 6/10 | S: Pt just back from MD appt. reports MD requested she massage her scar more and states she needs more knee flexion O: Rom activities c̄ foam roller, contract relax at end range. Use Step x 7 minutes level 2 at slow pace c̄ cues for full knee extension Ⓛ LE. Shuttle exercises Ⓑ LEs and single leg 3 sets of 10 c̄ 3 cords. gait c̄ SPC x 500 c̄ minimal gait deviations; progress note sent to MD c̄ appt A: progressing well, ROM 0-79° P: gait ō device, rom/strengthening Pat D Mell ⒸPT |
| | 2 units case conference progress note to MD prior to appt. Per MD request. | | |
| 5/12/06 | Ⓧ | | Pt cancelled - No ride Pat D Mell ⒸPT |

| MO. | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/06 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | E | E | |
| 5/06 | | ✓ | ✓ | ✓ | | | | | | | | | | | | R | | | | | | | | | | | | | | CXL | |
| 6/06 | ✓ | ✓ | | ✓ | ✓ | | ✓ | | | | | | | | | | | | | | | | | | | | | | | CXL | |

QV0005323227    05/03/2006
BROYLES, PATRICIA ANN
11/15/1953    QM02009577
AGE 52  F  NOA    RCR
KAKO, RONY Y MD
SHIFFLETT, MICHAEL K MD

**Queen of the Valley Hospital** ✚ RECEIVED

ST. JOSEPH HEALTH SYSTEM

1000 TRANCAS ST., PO BOX 2340, NAPA, CALIFORNIA 94558

**PHYSICAL THERAPY**
**TREATMENT RECORD**

OCT 3 1 2006

Employee Benefits - LTD

7770-038 (4/02)

Treating Diagnosis: S/P (L) TKA

Onset: 9/12/06

Precautions: (L) knee pain

| DATE | TREATMENT GIVEN | PAIN (0-10) | ASSESSMENT, OBJECTIVES MET, PLANS |
|---|---|---|---|
| 5/16/06<br>9:05<br>45 mins<br>5 units | Therex O6<br>Gait<br>1/24 | 4/10 | S: "I've been doing my exercises, and I was able to get on the floor and got back up."<br>O: Therex as per flow sheet, progressed resistance and reps, as tolerated, Contract-relax to improve (L) knee flexion static stretches c thera ball for ↑ knee ext. AROM (L) knee: 0-85° AAROM: contract-relax: 0-87° Gait: s assistive device ~ 100', (R) very minimal antalgic gait pattern<br>A: Pt. progressing steadily, exhibits understanding of exercise program and ✓ compliant c self-stretching to ↑ knee flex.<br>P: Cont. PT POC                    _____, RPT |
| 5/19/06<br>45 min<br>3 units<br>3/24 | Therex<br>Gait | 5/10 | S: "I have been using the wine bottle for knee bending but have not done exercises<br>O: Therex per flow sheet: ROM exercises gait & device × 100', education for continued use of orthotic c new shoes<br>A: ↑ antalgic pattern 2° lack of orthotic on (L) foot<br>P: cont c strengthening ROM gait Pat _____ PT ____ |
| 5/23/06<br>3 units<br>45 min<br>9/24 | Therex<br>Gait | 3/10<br>0 knee | S: "I have not taken any pain meds since 2:00 in the month"<br>O: ↑ exercises per grid, gait & device c SPC c emphasis on ↑ knee flexion during swing phase on (L) strengthening and ROM activities c LE<br>A: continues to limit home exercise has not put orthotic into (R) shoe pt demonstrates ↑ pronation on (L) during stance ROM 2°-88°<br>P: continue c ROM / strengthening (L) knee Pat ____ PT ___ |
| 5/25/06<br>3 units<br>(45 min) | Therex<br>10/24 | 5/10 | S: patient c/o L knee c sharp pain, reverse pain, burning<br>O: performed therex per flow sheet, supine LE stretching flexion contract relax stretches, active sitting stretches isokinetic step bracket c L LE, active (L) knee flexion 100'<br>A: improved ROM, no edema, pt encouraged to continue ROM application<br>P: continue toward 115° flexion          M. Wells, PT<br>Pat ___ PT ___ |
| 5/30/06<br>11/24 | c/s | | Pt cancelled          Pat ___ PT ___ |
| 6/1/06<br>3 units<br>45 min<br>7 cases | Therex<br>per flow sheet | 7/10 | Please see monthly summary Pat ___ PT ___ |

| MO. | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |

QV00C5323227    05/03/2006<br>BROYLES, PATRICIA ANN<br>11/15/1953    QM02009577<br>AGE 52  F  NOA    RCR<br>KAKO, RONY Y MD<br>SHIFFLETT, MICHAEL W MD

**Queen of the Valley Hospital**
ST. JOSEPH HEALTH SYSTEM

1000 TRANCAS ST., PO BOX 1940, NAPA, CALIFORNIA 94558

**PHYSICAL THERAPY TREATMENT RECORD**

RECEIVED
OCT 3 1 2006
Employee Benefit 10-038 (4/02)

Treating Diagnosis S/P ® TKA, post-op neural pain T-band
Onset 4/12/06
Precautions ® knee pain, neural pain ITB

| DATE | TREATMENT GIVEN | PAIN (0-10) | ASSESSMENT, OBJECTIVES MET, PLANS |
|------|-----------------|-------------|-----------------------------------|
| 6/6/06 3units 45 min | Estim Therex 12/24 | 6/10 | S: Pt reports she is having tingling and pain in ® leg. New prescription from MD ī post-op neural pain ITB added to diagnosis. O: Applied Tens to lateral ® leg at 20pps 100 us, Therex per exercise flow sheet, stim to ® lateral leg and grade II jt mob. A: No change in pain ī e-stim, knee ROM to 0-100° P: Cont strengthening, ROM, per md push flexion. Pat/Matt PT |
| 6/9/06 3units 45 min | Estim Therex 3/24 | 4/10 | S: Pt reports pain 4/10 ē using SPC O: Applied Tens to lateral IT band and lateral buttock, pt reports pain reduced to 0/10 ē e-stim ē TENS! 20pps @ 100 us, Therapeutic exercises per flow sheet A: inconsistent ē home exercise program and ROM ē home P: cont ē emphasis on flexion. Pat/Matt PT |
| 6/13/06 3units 45 min | Therex 14/24 Estim 14/24 | 3/10 | S: Pt states neural symptoms have improved since she has taken muscle relaxant. O: Therex ® per flow sheet. concentric/eccentric quad activities ↑ 32 stairs ē reciprocal gait pattern Estim 20pps @ 100 us at intensity per pt comfort A: Pt reports pain reduction ē Estim P: Home e-stim unit ———— Pat/Matt PT |
| 6/16/06 3units 45 min | Therex Estim 15/24 | 4/10 | S: Pt reports ↑ pain and stiffness O: Therex per flow sheet, ROM on recumbent bicycle ē forward and backward pedaling pt unable to perform full range, e-stim TENS to lateral thigh and knee at 20pps and 100 us ē tolerated intensity A: ROM to 105° slow progress, pt reports ↓ pain ē TENS, pt to trial TENS at home P: Assess TENS home trial Pat/Matt P.T. |
| 6/20/06 3units 45 min | Therex 16/24 | | S: Pt reports TENS improves pain O: Therex per flow sheet, hamstring + quad strengthening ē ® foot provision of chair. recumbent bike 3/4 revolution forward/backward A/P: Continues to improve in strength and ROM/cont Pat/Matt PT |

| MO. | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|-----|---|---|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|
| 7/06 | ✓ | ✓ | | | | | ✓ | | | | | | | | | | | | | | | | | | | | | | | | |

QV0005323227    05/03/2006
BROYLES, PATRICIA ANN
11/15/1953    QM02009577
AGE 52  F  NOA    RCR
WAKO, RONY Y MD
SHIFFLETT, MICHAEL W MD

Queen of the Valley Hospital
ST. JOSEPH HEALTH SYSTEM
1000 TRANCAS ST., PO BOX 2340, NAPA, CALIFORNIA 94558

**PHYSICAL THERAPY**
**TREATMENT RECORD**

RECEIVED
OCT 8 1 2006
Employee Benefits

Treating Diagnosis  S/P (L) TKA, Post op neural pain π-band

Onset _____

Precautions _____

| DATE | TREATMENT GIVEN | PAIN (0-10) | ASSESSMENT, OBJECTIVES MET, PLANS |
|------|-----------------|-------------|-----------------------------------|
| 1/23/06<br>3units<br>45 min | Therex<br><br>17/24 | 8/10<br>(R) knee | S: Pt reports she heard a "pop" in her (R) knee while kneeling on it to get into bed, it reports ↑ pain and ↓ stability<br>O: performed it laxity assessment (R) knee ⊖ for MCL, LCL no apparent laxity pt has popping sound at terminal knee ext on (R). Pt recommended pt call Dr Shifflett to inform of (R) knee discomfort and try neoprene brace to assist c̄ stability performed (L) knee exercises in supine.<br>A: pt only able to tolerate 7min on Nu-step 2° (R) knee pain<br>R: ? meniscus tear (R) pt c̄ labile mood and emotional during session<br>P: Cont P.T.                    Pat  Malt PT |
| 4/24/06<br>11:00<br>45min<br>3units | Therex<br><br>18/24 | 2/10<br>(R) knee<br>8/10<br>(R) knee | S: Pt reports she has not yet called MD about instability in (R) knee. Pt reports continued intermittent pain and instability in (R) knee.<br>O: Therex per grid manual resisted quad strengthening and hamstring strengthening Bicycle ROM activities c̄ end range stretching (R) knee ROM 0°-103° in supin.<br>A: Pt is making progress toward long term goals<br>P: Cont P.T.                    Pat  Malt PT |
| 4/30/06 | ⊘ | | Cancelled PT appt today.                    kw  PT |
| 7/11/06<br>3units<br>45 min | Therex<br><br>19/24 | 4/10 | S: Pt missed last week 2° mother died suddenly<br>O: Nu-step x10 min level 5; upper ergo recumbent stationary bike forward/bkwd c̄ manual stretching and jt mobs at end range  Shuttle 3x15 at 5 bands for SL and 10 bands for double leg ↑↓ 24 stairs c̄ reciprocal steps<br>A: continues c̄ (L) lateral whip in gait find ROM 0°-106° See progress note<br>P: Cont P.T. |
| 7/14/06<br>3units<br>45 min | Therex<br><br>20/24 | 3/10 | S: "I am feeling better today"<br>O: therex similar to treatment 7/11/06<br>A: pt continues to improve c̄ quad strength and endurance, needs to have 120° flexion prior to (R) knee surgery<br>P: Cont P.T.                    Pat  Malt PT |

| MO. | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|-----|---|---|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|
|     |   |   |   |   |   |   |   |   |   |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |

QV000533617b  06/02/2006
BROYLES, PATRICIA ANN
11/15/1953   QM02009577
AGE 52  F   NOA    ACR
KAKO, RONY Y MD
SHIFFLETT, MICHAEL W MD

RECEIVED
OCT 8 1 2006
Employee Benefits - LTD

Queen of the Valley Hospital
St. Joseph HEALTH SYSTEM
1000 TRANCAS ST., PO BOX 2340, NAPA, CALIFORNIA 94558

**PHYSICAL THERAPY**
**TREATMENT RECORD**

7770-238 (4/02)

**Treating Diagnosis** S/P (L) TKA, post-op neural pain IT Band

**Onset** 4/12/06

**Precautions** (L) Knee pain, neural pain IT Band

| DATE | TREATMENT GIVEN | PAIN (0-10) | ASSESSMENT, OBJECTIVES MET, PLANS |
|---|---|---|---|
| 7/19/06 3 units 45 mins 10:00 | Therex 21/24 | 3/10 | S: Pt reports pain 3/10, pt reports R pain c walking around 1/2 hr. O: recumbent bicycle forward/backward & stretching at end range, shuttle c 10 bands (B) LEs 3x15 reps, single leg x 5 bands, Nu-step x 10 mins at 7 level c emphasis on flexion throughout. Reciprocal stepping on stairs x 32 steps, manual therapy + jt mob AP (L) knee. A: improving flexion and endurance. P: cont P.T. — Pat B Noll, PT |
| 7/22/06 3 units 45 min | Therex 22/24 | 3/10 | S: Pt c/o pain 3/10 O: recumbent bike & stretching at end range x 30 sec & manual assist supine and sitting ther-ex c 5 lb weight Nu step x 10 min at 7 level c emphasis on flexion A: continues to make small gains P: cont P.T. |
| 7/25/06 3 units 45 min | Therex 23/24 | 0/10 | S: No c/o pain today. O: Stretching in knee flexion, jt mobilization APs; Nu-step #5 x 10 mins, rd step c concentric/eccentric contraction. A: continues to improve c quad control for functional activities like stairs P: cont P.T. — Pat B Noll, PT |
| 7/28/06 3 units 45 min 11:00 | Therex 24/24 | 2/10 | S: Pt reports pain 2/10 in (L) knee & requesting home TENS unit. Pt would like to purchase a home TENs unit O: Therex and stretching (L) knee ROM 0°—100°; stretching at end range flexion c manual jt mobs AP Nu step x 15 min, shuttle at 10 bands 3x15 A: improving gait and ROM, pt continues to benefit from skilled PT services to reach functional ROM (L) knee P: cont PT — Pat B Noll, PT |
| 8/1/06 | pt cancelled | | |
| 8/4/06 3 units 30 min | Therex 1/8 | 4/10 | S: Pt reports pain 4/10 c exercise O: Nu step x 10 min, shuttle 3x15 reps at 10 bands (B), 17 bands sgl leg stance, ROM + stretching on recumbent bike. A: Pt has plateaued c ROM. PT will see for 1 more visit then discharge — Pat B Noll, PT |

| MO. | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

RVO0053361 76   06/02/2006
BROYLES, PATRICIA ANN
11/15/1953   GN02009577
AGE 52  F  NOA    RCR
*XO, RONY Y MD
IFFLETT, MICHAEL W MD

**Queen of the Valley Hospital**
ST. JOSEPH HEALTH SYSTEM
1000 TRANCAS ST., PO BOX 1540, NAPA, CALIFORNIA 94558

**PHYSICAL THERAPY**
**TREATMENT RECORD**

RECEIVED OCT 8 1 2006
Employee Benefits - LTD

7770-038 (4/02)

Treating Diagnosis S/P ©TKA, Post-op neuralgia
Onset 4/12/06
Precautions © knee pain

| DATE | TREATMENT GIVEN | PAIN (0-10) | ASSESSMENT, OBJECTIVES MET, PLANS |
|---|---|---|---|
| 3/8/06 3 units 45 min | Tx'd | | Please see discharge summary for most PT |
| | | | |

RECEIVED
OCT 3 1 2006
Employee Benefits - LTD

| MO. | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Broyles, Patricia DOB 11-15-53

**Queen of the Valley Hospital** ✚
ST. JOSEPH
HEALTH SYSTEM
1000 TRANCAS ST., PO BOX 2340, NAPA, CALIFORNIA 94558

**PHYSICAL THERAPY
TREATMENT RECORD**

7770-038 (4/02)

**Queen of the Valley Hospital**

ST JOSEPH
HEALTH SYSTEM

## Rehabilitation Services Summary

Rehab Services Dept.
1000 Trancas Street
Napa, CA 94558

FAXED

| | |
|---|---|
| **Date:** 8/8/06 | |
| **To:** Dr Shifflett | |
| **From:** Pat Mattox P.T. | |
| **Re:** Patricia Brayles | |
| **Type of Report:** ☐ Progress | ☐ Monthly Summary | ☒ Discharge |
| **DOB:** 11/15/1953 | |
| **Medical Records:** OV 5323227 | |
| **Initial Evaluation Date:** 4/29/06 | |
| **Number of Treatments:** 26 | |
| **Missed Appointments:** 0 | |
| **Cancelled Appointments:** 4 | |
| **Diagnosis:** S/P TKA | |
| **Treatment Plan:** N/A | |
| **Subjective Comments:** N/A | |

**Objective: Findings/Goals:**

| | Date: 4/29/06 | Date: 8/8/06 |
|---|---|---|
| ⒈ knee ROM | 9° - 74° | 0° - 108° |
| ⒉ knee strength | 4/5 | 5/5 |
| gait ē axillary crutches mod Ⓘ | | gait ø device Ⓘ |

**Updated Goals:**

**Exercise Program:** Pt given home exercises and encouraged to use recumbent bike at home

**Assessment:** Pt has made good progress and has achieved all P.T. goals except knee flexion goal of 120°. Pt will benefit from use of recumbent bike at home to progress knee flexion.

**Recommendations:** Discharge P.T.

Thank-you for this referral!

Sincerely, Pat Mattox P.T

A Ministry of the
Sisters of St. Joseph
of Orange

STND1149-00233

Jul-17-2006 07:18am From-REHABILITATION SERVICES-QVH    707-257-4180    T-817 P.002/003 F-288

## TREATMENT PLAN
*Please check and/or circle*

- [ ] DISCHARGE
- [x] MODALITIES (physical, electrical as indicated)
- [x] MANUAL THERAPY TECHNIQUES
- [ ] MOBILITY TRAINING (includes Balance Training)
- [ ] NEUROMUSCULAR RE-EDUCATION
- [ ] VESTIBULAR/DIZZINESS/VERTIGO, BALANCE SIMULTATION, RE-EDUCATION & TRAINING
- [x] THERAPEUTIC EXERCISE
- [ ] WOUND/SKIN CARE
- [ ] LYMPHEDEMA/EDEMA MANAGEMENT
- [ ] FALLS / FLEXIBILITY/ENDURANCE/RENAL PROGRAM
- [ ] EDUCATION/TRAINING FOR PROPER BODY MECHANICS
- [ ] ACTIVITIES OF DAILY LIVING TRAINING
- [ ] SPLINT/ORTHOTIC FABRICATION
- [ ] OTHER _____

## TREATMENT GOALS (LONG TERM)
- [x] PAIN MANAGEMENT
- [x] INCREASED FUNCTIONAL STATUS (Strength, ROM, Mobility, Endurance, Balance, Safety, Sleep/Mechanics, Neuromuscular, Vestibular, Developmental Progression)
- [ ] IMPROVED WORK/SCHOOL STATUS
- [ ] IMPROVED LYMPH/EDEMA/EDEMA CONTROL
- [x] INDEP. HOME PROGRAM
- [ ] PRESERVATION IMPROVEMENT OF JOINT & SOFT TISSUE INTEGRITY
- [ ] OTHER _____

## Queen of the Valley Hospital
ST JOSEPH
1000 Trancas St., Napa, CA
257-4080 Fax 257-4180

## PHYSICAL THERAPY/OCCUPATIONAL THERAPY DEPARTMENT
By Medical Prescription Only

Name **Broyles, Patricia**    Date **7/11/06**

Diagnosis **S/P TKA, post op neuralgia ITB**

Date of Onset **4/12/06**

Special Instructions/Precautions **continue to push flexion**

Visits Weekly **3**    **4** Weeks

~~FAXED~~

_____ M.D.
7770-884 (4/04)

**7/11/06**

RECEIVED
OCT 0 1 2006
Employee Benefits - LTD

**Queen of the Valley Hospital** ✚

ST. JOSEPH
HEALTH SYSTEM
Rehabilitation Services
1000 Trancas St.
Napa, CA 94558
(707) 257-4089  phone
(707) 257-4188  fax

**Date:** 7/11/06
**To:** Dr Shifflett
**From:** Pat Mattox P.T
**Regarding:** Patricia Broyles
**Diagnosis:** s/p (L) TKA
**DOB:** 11/15/1953
**Missed appointments:** 2

**Procedures:** □ Joint mob ☑ STM □ MFR ☑ Gait training ☑ Mobility training
☑ Pt/caregiver education □ Edema/lymphedema treatment □ Other ____
**Exercises:** ☑ Flexibility □ Endurance ☑ Strength □ Stabilization □ Aquatic
**Modalities:** □ Moist Heat □ Ice □ Ultrasound ☑ E-Stim □ Iontophoresis □ Other

|  | Date: 6/2/06 | Date: 7/11/06 |
|---|---|---|
| Pain | 7/10 | 4/10 |
| ROM | 3°-100° | 0-106° |
| Flexibility | N/A | N/A |
| Strength | 4+/5 (L) knee flex/ext | 5/5 (L) knee flex/ext |
| Gait | ↓ SPC ↓ symmetrical gait pattern | SPC PRN / ∅ dwice nonsymmetrical |

**Assessment:** progressing toward goals
**Progress towards goals:** Achieved STGs. Has not achieved ROM and gait goals
**Recommendation:** Cont P.T to progress ROM and gait to level recommended by MD

Thank you for the opportunity to assist you with the care of your patients.  Please do not hesitate to contact me if you have questions or suggestions regarding the physical therapy program.

**Sincerely,**   Patricia Mattox P.T

FAXED

RECEIVED
OCT 8 1 2006
Employee Benefits - LTD

A Ministry of the
Sisters of St. Joseph
of Orange

STND1149-00231

Name: Broyles, Patricia A.
DOB: 11-15-1953
Date: 07-08-2008
Page 1 of 1

NAPA VALLEY PHYSICAL THERAPY

## Napa Valley Orthopaedic
Medical Group, Inc.

**MICHAEL W. SHIFFLETT, M.D.**
1100 Trancas; STE 250
Napa, CA 94558
Tel: 707-254-7117
Fax: 707-365-6485

Patient Name:    Broyles, Patricia A.
Telephone:    (707)252-9258
Diagnosis:

PT facility referral:

## PHYSICAL/OCCUPATIONAL THERAPY PRESCRIPTION

### ROM/EXERCISES

__ passive
__ passive supine forward flexion
__ passive external rotation
__ passive internal rotation
__ active assisted
__ active
__ all ROM no limits
__ stretching
__ strengthening
__ conditioning
__ work hardening
__ therabands for rotator cuff strengthening
__ therabands for peroneal strengthening
__ tendon glides
__ gait training

### LIMITS

__ full    to __ degrees
__ full    to __ degrees
__ full    to __ degrees
__ full    to __ degrees
__ full
__ full

CONTINUE PT – WOULD LIKE HER TO BE SEEN MORE OFTEN – 2 TIMES A WEEK FOR 4 WEEKS

_____ Weight bearing status

### MODALITIES

__ PRN at discretion of PT/OT
__ Electrical stimulation
__ Iontophoresis
__ Phonophoresis
__ Ultrasound

__ Massage
__ Edema control measures
__ Aquatic therapy
__ BAPS Board
__ Proprioceptive training

### PROTOCOLS

__ Home exercise program
__ SAD/DCR
__ Rotator Cuff repair (small/medium)
__ Rotator Cuff repair (large/massive)
__ Bankhart/Capsular shift

__ Knee replacement
__ Total hip replacement
__ ACL reconstruction
__ Capsular release
__ Total shoulder replacement

__ Patellofemoral program
__ Low back program
__ pelvic tilts
__ Williams flexion exercises

Number of visits per week    1  2  3  4  5
Number of weeks    1  2  3  4  5  6

I certify that physical and/or occupational therapy is medically necessary in the treatment of this condition. If the patient has only a limited number of therapy visits through his/her insurance plan, the therapist may adjust the number of visits per week to match the desired length of treatment (number of weeks).

Physician signature _____  Date  07-08-2008

MICHAEL W. SHIFFLETT, M.D.

RECEIVED
OCT 8 1 2006
Employee Benefits - LTD

**Queen of the Valley Hospital** ✚

ST. JOSEPH
HEALTH SYSTEM

**Rehabilitation Services Summary** ~~FAXED~~

Rehab Services Dept.
1000 Trancas Street
Napa, CA 94558

| To: Dr Shifflett | From: Pat Mattox P.T. | DATE: 6/2/06 |
|---|---|---|
| Re: Broyles, Patricia | DOB: 11/15/1953 | Med Rec #: QVS325227 |
| Type of Report: ☒ Progress | ☐ Monthly Summary | ☐ Discharge |

| Missed Appointments: N/A | Cancelled Appointments: 2 |
|---|---|
| Initial Evaluation Date: 4/29/06 | Number of treatments to date: 10 |

Diagnosis: Ⓛ TKA

Treatment Plan: ☐ Current    ☒ Updated    ☐ Final

Therapeutic exercise, ROM, strengthening, manual therapy

| Frequency: 2/week | Duration: 2 weeks |
|---|---|

Subjective: Pt c/o stiffness and pain @ knee. Also c/o pain in Ⓡ LE from "sciatica"

| Objective: Findings/changes: Date: 5/5/06 | to | Date 6/2/06 |
|---|---|---|
| Ⓛ knee flexion 4+/5 | | Ⓛ knee flexion 5/5 |
| Ⓛ knee extension 4+/5 | | Ⓛ knee extension 5/5 |
| Ⓛ knee ROM -5-80° / gait ⲥ̄ SPC | | Ⓛ knee ROM 3°-100° / limited gait ⲥ̄ device |

Assessment of progress toward goals:

Pt is improving slowly. Pt has improved strength and ROM. Pt has progressed to limited community gait without assistive device

Goals:    ☒ Current    ☐ Updated    ☐ Final

ROM 0° - 120°
gait ⲥ̄ device ⲥ̄ symmetrical gait pattern at community level

Potential to achieve treatment goals: good

Recommendations: Continue P.T x 2 weeks and progress to independent exercise program

**Thank-you for this referral!** (Your signature below will help us to comply with MediCare standards)

Sincerely,
Therapist: Pat D Mott P.T    Physician: _____

Please fax signed summary to (707) 257-4188

RECEIVED

OCT 1 1 2006

A Ministry of the
Sisters of St. Joseph
of Orange

Family Emplo-yee Benefits - LTD

# Rehabilitation Services Summary

**FAXED**

Rehab Services Dept.
1000 Trancas Street
Napa, CA 94558

| To: Dr Shifflett | From: Pat Mattox P.T. | DATE: 5/9/06 |
|---|---|---|
| Re: Patricia Boyles | DOB: 11/15/1953 | Med Rec #: QV5323227 |
| Type of Report: ☑ Progress | ☐ Monthly Summary | ☐ Discharge |

Missed Appointments: ∅    Cancelled Appointments: ∅

Initial Evaluation Date: 4/29/06    Number of treatments to date: 4

Diagnosis: S/P ® TKA

**Treatment Plan:** ☑ Current     ☐ Updated     ☐ Final

ROM
Strengthening / home exercise program
gait training

Frequency: 3 times / week    Duration: 4 weeks

Subjective: Per 5/5/06, pt reports being nearly out of pain medications

| Objective: Findings/changes: | Date: 4/29/06 | to | Date: 5/5/06 |
|---|---|---|---|
| ® knee flexion 4/5 | | ® knee flexion 4+/5 | |
| ® knee extension 4/5 | | ® knee extension 4+/5 | |
| ® knee ROM 9°-74° / gait c̄ axillary crutches | | ® knee ROM -5-80° / gait c̄ SPC | |

Assessment of progress toward goals:

Pt. is progressing well c̄ improved strength and ROM.
Pt shows improved gait c̄ SPC c̄ symmetrical gait pattern
Pt. shows improved compliance with home exercises

**Goals:** ☐ Current     ☐ Updated     ☑ Final

® knee ROM 0-120°
® knee strength flex/ext 5/5
gait no device c̄ symmetrical gait pattern at community level

Potential to achieve treatment goals: excellent

Recommendations: Continue P.T. per original prescription

---

Thank-you for this referral!  (Your signature below will help us to comply with MediCare standards)

Sincerely,

Therapist: Pat Mtx P.T.    Physician: _[signature]_ 5/9/06

Please fax signed summary to (707) 257-4188

G:STAFFING OFFICE\MEMBERS\Larry REHABIL1.doc

A Ministry of the
Sisters of St. Joseph
of Orange

# Rehabilitation Services Summary



**ST. JOSEPH** HEALTH SYSTEM

Rehab Services Dept.
1000 Trancas Street
Napa, CA 94558

| To: Dr Shifflett | From: Pat Mattox P.T. | DATE: 5/9/06 |
|---|---|---|
| Re: Patricia Boyles | DOB: 11/15/1953 | Med Rec #: QV5323227 |

**Type of Report:** ☐ Progress   ☐ Monthly Summary   ☐ Discharge

| Missed Appointments: ∅ | Cancelled Appointments: ∅ |
|---|---|
| Initial Evaluation Date: 4/29/06 | Number of treatments to date: 4 |

**Diagnosis:** S/P ®TKA

**Treatment Plan:** ☒ Current   ☐ Updated   ☐ Final

ROM
Strengthening / home exercise program
gait training

| Frequency: 3 times / week | Duration: 4 weeks |
|---|---|

**Subjective:** Per 5/5/06 pt reports being nearly out of pain medications

| Objective: Findings/changes: | Date: 4/29/06 | to | Date: 5/5/06 |
|---|---|---|---|

① knee flexion 4/5                    ® knee flexion 4+/5
® knee extension 4/5              ® knee extension 4+/5
® knee ROM 9°-74°/gait c̄ axillary crutches  ® knee ROM ~5-80°/9stc̄

**Assessment of progress toward goals:**

Pt. is progressing well c̄ improved strength and ROM
Pt shows improved gait c̄ SPC c̄ symmetrical gait pattern
Pt. shows improved compliance with home exercises

**Goals:** ☐ Current   ☐ Updated   ☒ Final

① knee ROM 0-120°
① knee strength flex/ext 5/5
gait no device c̄ symmetrical gait pattern at
community level

**Potential to achieve treatment goals:** excellent

**Recommendations:** Continue P.T. per original prescription

Thank-you for this referral! (Your signature below will help us to comply with MediCare standards)

Sincerely,
**Therapist:** Pat Mattox P.T.          **Physician:** _____

*Please fax signed summary to (707) 257-4188*

RECEIVED

OCT 3 1 2006

Andac? 2006
Sisters of St Joseph
Employee Benefits - of Orange
LTD

G:\STAFFING OFFICE\Deb\DEBS\Larry REHABILI.doc

## TREATMENT PLAN
*Please check an d/or circle*

- [ ] EVALUATION
- [ ] MODALITIES (thermal, electrical as indicated)
- [ ] MANUAL THERAPY TECHNIQUES
- [ ] MOBILITY TRAINING (includes Balance Training)
- [ ] NEUROMUSCULAR RE-EDUCATION
- [ ] VESTIBULAR/DEVELOPMENTAL SEQUENCE: FACILITATION, RE-EDUCATION & TRAINING
- [ ] THERAPEUTIC EXERCISE
- [ ] WOUND/SKIN CARE
- [ ] LYMPHEDEMA/EDEMA MANAGEMENT
- [ ] PELVIC FLOOR/INCONTINENCE REHAB. PROGRAM
- [ ] EDUCATION/TRAINING FOR PATIENT/CAREGIVERS
- [ ] ACTIVITIES OF DAILY LIVING TRAINING
- [ ] SPLINT/ORTHOTIC FABRICATION
- [ ] OTHER

## TREATMENT GOALS (LONG TERM)

- [ ] PAIN MANAGEMENT
- [ ] INCREASED FUNCTIONAL STATUS (Strength, ROM, Mobility, Endurance, Balance, Safety, Body Mechanics Biomechanics, Vestibular, Developmental Progression)
- [ ] IMPROVED WOUND/SKIN STATUS
- [ ] IMPROVED LYMPHEDEMA/EDEMA CONTROL
- [ ] ADEP. HOME PROGRAM
- [ ] PRESERVATION IMPROVEMENT OF JOINT & SOFT TISSUE INTEGRITY
- [ ] OTHER

---

### Queen of the Valley Hospital
ST. JOSEPH HEALTH SYSTEM
1000 TRANCAS ST. PO BOX 2340, NAPA, CALIFORNIA 94558    257-4000  Fax 257-4168

## PHYSICAL THERAPY/OCCUPATIONAL THERAPY DEPARTMENT
**By Medical Prescription Only**

Name _Broyles Patricia_   Date _APR 2 6 2006_

Diagnosis _____ S/P (L) T K R_____

Date Of Onset _____

Special Instructions/Precautions _Eval & treat_

_____ 3x w X 4w _____

_____ Visits Within _____ Weeks

_[signature]_ M.D.
7775-054 (0/65)

RECEIVED

OCT 3 1 2006

Employee Benefits - LTD

**TREATMENT PLAN**
*Please check and/or circle*

- ☐ EVALUATION
- ☐ MODALITIES (thermal, electrical as indicated)
- ☐ MANUAL THERAPY TECHNIQUES
- ☐ MOBILITY TRAINING (includes Balance Training)
- ☐ NEUROMUSCULAR RE-EDUCATION
- ☐ VESTIBULAR/DEVELOPMENTAL SEQUENCE FACILITATION, RE-EDUCATION & TRAINING
- ☐ THERAPEUTIC EXERCISE
- ☐ WOUND/SKIN CARE
- ☐ LYMPHEDEMA/EDEMA MANAGEMENT
- ☐ PELVIC FLOOR/INCONTINENCE REHAB. PROGRAM
- ☐ EDUCATION/TRAINING FOR PATIENT/CAREGIVERS
- ☐ ACTIVITIES OF DAILY LIVING TRAINING
- ☐ SPLINT/ORTHOTIC FABRICATION
- ☐ OTHER

**TREATMENT GOALS (LONG TERM)**

- ☐ PAIN MANAGEMENT
- ☐ INCREASED FUNCTIONAL STATUS (Strength, ROM, Mobility, Endurance, Balance, Safety, Body Mechanics, Neuromuscular, Vestibular, Developmental Progression)
- ☐ IMPROVED WOUND/SKIN STATUS
- ☐ IMPROVED LYMPHEDEMA/EDEMA CONTROL
- ☐ INDEP. HOME PROGRAM
- ☐ PRESERVATION /IMPROVEMENT OF JOINT & SOFT TISSUE INTEGRITY
- ☐ OTHER

**Queen of the Valley Hospital**
ST. JOSEPH HEALTH SYSTEM
1000 TRANCAS ST., AVENUE 2848, NAPA, CALIFORNIA 94558    257-4089  Fax 257-4188

**PHYSICAL THERAPY/OCCUPATIONAL THERAPY DEPARTMENT**
By Medical Prescription Only

Date 5/29/06

Name Broyles Patricia

Diagnosis S/P (L) TKA

Date Of Onset 4/12/06

Special Instructions/Precautions (L) knee pain

RECEIVED
OCT 3 1 2006
Dr. Shifflett

Visits Within 2 Weeks

FAX'D

Employee Benefits = LTD

---

**TREATMENT PLAN**
*Please check and/or circle*

- ☑ EVALUATE AND TREAT
- ☐ BODY MECHANICS/ERGONOMIC ASSESSMENT AND TRAINING
- ☐ PRE-EMPLOYMENT TESTING
- ☐ WORK INJURY REHABILITATION
- ☐ CRYOTHERAPY
  - Ice, Vapocoolant Spray
- ☐ HEAT
  - Hot Packs, Paraffin
- ☐ ULTRASOUND
- ☑ ELECTROTHERAPY
  - TNS, Electrical Stimulation
- ☐ TRACTION
  - Pelvic, Cervical
- ☐ SOFT TISSUE MOBILIZATION
- ☐ THERAPEUTIC EXERCISE
  - Active, Passive, Resistive, Mobilization, Home Ex. Program
- ☐ MOBILITY TRAINING
  - Transfers, Gait, W/C
- ☐ WHIRLPOOL/WOUND CARE
- ☐ EDEMA, LYMPHEDEMA
  - Control Program
- ☐ PELVIC FLOOR REHAB. PROGRAM

**Queen of the Valley Hospital**
ST. JOSEPH HEALTH SYSTEM
1000 TRANCAS ST., PO BOX 1800, NAPA, CALIFORNIA 94558    257-4089  Fax 257-4188

**PHYSICAL THERAPY/OCCUPATIONAL THERAPY DEPARTMENT**
By Medical Prescription Only

Date 6-6-06

Name Pat Broyles

Diagnosis S/P TKA; post op neuralgia/TB

Date Of Onset 4-12-06

Special Instructions/Precautions add TNS to last (L)
leg. cont to push flexion

Visits per month

M.D.
7770-054 (11/01)

QUEEN OF THE VALLEY HOSPITAL
Napa Valley Medical Center
A Sisters of St.Jos. of Orange Corporation



ADMISSION/SERVICE DATE:    09/08/2006    TIME:  1419

| PATIENT NAME/ADDRESS | ACCOUNT NUMBER | ROOM/BED | TYPE | ADMIT SOURCE | LOC/SVC | MEDICAL RECORD NUMBER |
|---|---|---|---|---|---|---|
| BROYLES,PATRICIA ANN<br>3321 ANITA CT.<br>NAPA,CA 94558 | QV0005381560 | | REG RCR | H | QPHY | QN02009577 |

| | DOB 11/15/1953 | MAR STAT | VIP | RELIGION | LANGUAGE | RACE | ER CHART# |
|---|---|---|---|---|---|---|---|
| PHONE    (707)252-9258<br>SSN    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 | AGE 52   SEX F | M | . | NOA | ENG | W | |

EMPLOYER
NONE

| OCCUPATION | NEXT OF KIN/ADDRESS | PERSON TO NOTIFY/ADDRESS |
|---|---|---|
| PHONE | BROYLES,ROY<br>3321 ANITA CT<br>NAPA,CA 94558 | LAVOIE,LORRAINE<br><br>AMERICAN CANYON,CA 94558 |

| GUARANTOR NAME/ADDRESS | RELATIONSHIP  HU | RELATIONSHIP   MO |
|---|---|---|
| BROYLES,PATRICIA ANN<br>3321 ANITA CT<br>NAPA,CA 94558 | HOME PHONE    (707)252-9258<br>WORK PHONE    (707)226-3320 | HOME PHONE    (707)642-5677<br>WORK PHONE |

PHONE    (707)252-9258

RELATIONSHIP SP

DO YOU HAVE AN ADVANCED HEALTHCARE DIRECTIVE? NO
DESIGNATED SURROGATE: BROYLES,ROY
SURROGATE'S PHONE: (707)252-9258
LOCATION/COMMENT:

EMPLOYER
NONE

LAST HOSPITALIZATION

THIS HOSPITAL:
DATES: FROM 04/15/2006  THRU 04/20/2006
OTHER HOSPITAL:
DATES: FROM          THRU

PHONE

ADMISSION PRIORITY:

EXPECTED LOS:

| IPC-1 | INSURANCE NAME | POLICY NUMBER | GROUP NUMBER | AUTHORIZATION NUMBER |
|---|---|---|---|---|
| B37Q | BLUE CROSS PRUDENT BUYER<br>PO BOX 60007<br><br>LOS ANGELES    CA 90060<br>PHONE   (800)627-8797 | XDX475A62834 | PE2400 | Case Mgr Name:<br>Phone: |

| FC1 B | INSURED NAME   BROYLES,PATRICIA ANN | | RELATIONSHIP TO PATIENT SP | |
|---|---|---|---|---|

| IPC-2 | INSURANCE NAME | POLICY NUMBER | GROUP NUMBER | AUTHORIZATION NUMBER |
|---|---|---|---|---|
| | | | | |
| | PHONE | | | Case Mgr Name:<br>Phone: |

| | INSURED NAME | | RELATIONSHIP TO PATIENT | |
|---|---|---|---|---|

| ACCIDENT        DATE        TIME | PRIMARY CARE PHYSICIAN<br>KAKO,RONY Y MD              (707)257-1550 |
|---|---|
| HOW | |
| REASON FOR VISIT S/P L TKA | ADMITTING PHYSICIAN |
| COMMENT | ATTENDING PHYSICIAN<br>SHIFFLETT,MICHAEL W MD      (707)254-7117 |
| | FAMILY PHYSICIAN<br>KAKO,RONY Y MD              (707)257-1550 |
| DISCHARGE DATE        DISCHARGE TIME | OTHER PHYSICIAN |

ADI PAT..zcus.adm.form4.RP          1000 TRANCAS STREET/PO BOX 2340 NAPA, CA 94558, (707)252-441    JFERRER

STND1149-00224

**Dx:** Treating S/P ® TKA          **Onset:** Sx 4/12/06   **Adm. Date:** 9/8/06

**Precautions/Limitations:** ® ankle pain

**SUBJECTIVE:** Pt is a 52 y.o. female S/P ® TKA
PmHx: Post. tibialis tendon rupture c̄ tendon transfer and calcaneal
osteotomy; significant valgus deformity ® knees, HTN

**FACILITATING FACTORS/BARRIERS:** Lives c̄ husband
PLOF: Mod ① c̄ crutches
Adapt Equipment crutches, SPC
Environment Barriers 2 stairs
Support People/Resources husband
Other: has exercise bicycle (has not used it yet)

**OBJECTIVE:**
Cognition: A+O x4, Pt reports pain in ® ankle
pain does not increase c̄ WBing. Reports
minimal pain in knee

ROM: ① knee 0° - 103°  } all others functional
Strength ① knee 4+/5 knee extension
         ① ankle 5/5 pain c̄ resisted inversion
gait ø device x 500' c̄ antalgic pattern
on ® ↓ step length

Pt reports she has not done any regular
exercise or ROM activities since
discharged by P.T. on 8/8/06. P.T. discussed c̄
Dr Shifflett that pt needs to have increased
ROM and functional endurance prior to
having ® knee replaced.

**Pain Scale: (0-10)**
Comments:
8/10 ® ankle
2/10 ① knee

**ASSESSMENT (PROBLEM LIST):**
☑ ↓ Mobility Status      ☐ ↓ Safety Judgement     • Patient Goals
☑ ↓ Strength             ☐ ↓ Body Mechanics       • Rehab Goals
☐ ↓ Balance              ☐ Edema/Lymphedema       • Short (By 2 weeks)
☐ ↓ Neuromuscular Status ☐ Wounds As Noted
☐ ↓ Endurance For Funct. Mob. ☑ Other ↓ ROM

**REHAB POTENTIAL:** good for stated goals

→ walk a block
① Increase ① knee ROM
   to 103°
② Increase strength ① knee
   to 5/5
③ gait ø device x 750'
① ① knee ROM 0 - 120°
② pt able to walk 1 block
③ ® HEP

• Long (By 4 weeks)

**PLAN/TREATMENT:**
☑ Eval/Reassessment       ☐ Safety Training
☑ Mobility Training       ☐ Body Mechanics Training
☑ Therapeutic Exercise/HEP ☐ Edema/Lymphedema Treatment
☐ Neuromuscular Re-Education ☑ Pt/Caregiver Education/Training
☐ Balance Training        ☐ Wound Care
☐ Wheelchair Mgmt         ☐ Other
☐ Energy Conservation Training ☐ Gait Training

**Frequency:** 2x/week  **Duration:** 4 weeks

Patricia Mattox PT  Pat Mattox PT  9/12/06
Print Name          Physical Therapist Signature  Date

See MD orders
Print Name          Physician Signature  Date

cv0005381560    09/08/2006
BROYLES, PATRICIA ANN
11/15/1953    QH02009577
AGE 52  F  NOA    RCR
RAGO, RONY T MD
SHIFFLETT, MICHAEL W MD

**Queen of the Valley Hospital**
ST. JOSEPH HEALTH SYSTEM

**REHABILITATION SERVICES DEPARTMENT**
**PHYSICAL THERAPY EVALUATION**
7770-037 (6/00)
Page 1 of 2

STND1149-00223

Treating Diagnosis  S/P (L) TKA
Onset  Sx 4/12/06
Precautions  (L) ankle pain

| DATE | TREATMENT GIVEN | PAIN (0-10) | ASSESSMENT, OBJECTIVES MET, PLANS |
|---|---|---|---|
| 9/12/06 4 units 1100 | PT Evaluation Therex | | P: Evaluation and initial treatment completed. Please see evaluation form. Thank you.  —— Pat Schaffer PT |
| 9/15/06 2 units 1100 45 min | Therex 4/7 | 5/10 | S: Pt continue to c/o (L) ankle pain 5/10, (L) knee pain 7/10. O: NuStep x 15 minutes at level 6, shuttle single leg (L) and (R) and (B) 3x15 reps. Stationary bicycle x 15 minutes, pt able to tolerate full revolution on (B). A: improved tolerance of exercise bike for improved ROM. P: Cont ROM activities —— Pat Schaffer PT |
| 9/20/06 55 min 4 u | TE x3 MT x1 2/7 | 0-9/10 | S: Cont c/o pain is (L) ankle/foot. Has had sciatica in past. O: Therex per log x 45 min. AAROM including A-A heel slide ↑ Flex to 107°. 2) STM/patellar mob/scar mob 3) CPx 8 min A: Tol well. pt states knee felt looser ā MT P: Continue P.T. —— ADS |
| 9/22/06 55 min 4 u | TE x3 MT x1 3/7 | 4/13 | S: Pt reports she was sore ā last visit. O: 1) TE x 45 per log 2) STM/scar mob 3) CPx 10 A: Tol well, ↑ Flex to 110-111° thx P: Continue pt —— ADS |
| 9/25/06 60 u 4 u | TE x3 MT x1 4/7 | 3/10 | S: At status she is feeling stiff. O: 1) TE x ? log 2) MT to STM + N-FR / scar mob 3) CPx ? A: Tol well, ↓ to 110° flex P: Cont —— ADS |
| 10/4/06 60 u 4 u | TE x3 MT x1 5/7 | 4/10 | S: pt reports cold weather/rain has ↑'d (L) knee soreness. O: 1) TE per log 2) MT per gentle N-FR A: Tol pain, Flex to 105° today, ↑ stiffness 2° to cold (rainy weather?). P: See note to MD —— ADS |
| 10/11/06 4 u 5 u | TE x3 | 9/10 | S: No c/o knee pain, pt states (L) foot hurts, ? sciatica. O: TE per log, foot/knee stump A: ↑ pain in (L) foot ā b.ke., (?) Sciat P: Try E-Stim 5 x 3 2 hrs, ? hrs —— ADS |

| MO. | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9/06 | | | | | | | | | | | | ✓ | | | ✓ | | | | | ✓ | | ✓ | | | ✓ | | | | | | |
| 10/06 | | | | ✓ | | | | | | | ✓ | | | | | | | | | | | | | | | | | | | | |

QV0005381560    09/08/2006
BROYLES,PATRICIA ANN
11/15/1953    QR02009577
AGE 52  F  NOA    RCR
KAKO,RONY Y MD
SHIFFLETT,MICHAEL W MD

(1)

**Queen of the Valley Hospital**
ST. JOSEPH HEALTH SYSTEM
1000 TRANCAS ST., PO BOX 2340, NAPA, CALIFORNIA 94558  RECEIVED

**PHYSICAL THERAPY TREATMENT RECORD**    OCT 8 1 2006

Employee Benefits - LTD  7770-038 (4/02)

Treating Diagnosis S/P (L) TKA c̄ _____ sta/Rom/ Mobility status

Onset Surgery 04/12/06

Precautions (L) knee pain

| DATE | TREATMENT GIVEN | PAIN (0-10) | ASSESSMENT, OBJECTIVES MET, PLANS |
|------|-----------------|-------------|-----------------------------------|
| 10/13/06 (60)apt (45) skilled | Aquatic ex / Update home program | 0/10 ↓ H₂0 | S: Pt states she understands/ can perform updated H₂0/ gt therapy program O: Aquatic session including ex/ gt therapy c̄ emphasis on ↑ achieving ↑ ROM, sta, gt status. Continue rec cues including joint/strengthening of trunk muscles for ↑ synergic postural during gt c̄ also symmetrical stride length/ cadence for gt in H₂0 in preparation for symmetrical gt on land. A: Pt has potential to achieve LT goals c̄ ongoing skilled therapy services P: Work toward LT goals    - JA, PT, MS |

RECEIVED

OCT 31 2006

Employee Benefits - LTD

| MO. | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|-----|---|---|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|
|     |   |   |   |   |   |   |   |   |   |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |

GV0005381560   09/08/2006
BROYLES, PATRICIA ANN
11/15/1953   JM02009577
AGE 52 F NOA   RCR
KAKO, RONY Y MD
SHIFFLETT, MICHAEL W MD

Queen of the Valley Hospital
ST. JOSEPH HEALTH SYSTEM
1000 TRANCAS ST., PO BOX 2340, NAPA, CALIFORNIA 94558

**PHYSICAL THERAPY TREATMENT RECORD**

7770-038 (4/02)

Queen of the Valley Hospital

ST. JOSEPH
HEALTH SYSTEM

## Rehabilitation Services Summary

FAXED
10/4/06

Rehab Services Dept.
1000 Trancas Street
Napa, CA 94558

| | |
|---|---|
| **Date:** | 10 / 4 /06 |
| **To:** | Dr. Shifflett |
| **From:** | Allan Tucci P.T. |
| **Re:** | Patricia Broyles |

**Type of Report:** ☑ Progress    ☑ Monthly Summary    ☐ Discharge

**DOB:** 11/15/06

**Medical Records:** ___

**Initial Evaluation Date:** 9/12/06

**Number of Treatments:** 7 tx, 1 eval

**Missed Appointments:** 0

**Cancelled Appointments:** 0

**Diagnosis:** s/p (R) TKR, ↓ strength (R)LE, ↓ ROM

**Treatment Plan:** P.T. 2x/wk for 4 wks for Ther-ex, manual therapy modalities prn, gait training

**Subjective Comments:** Pt reports damp weather has ↑'d stiffness

**Objective: Findings/Goals:**

**Date:** 10/4/06    **Date:** ___

1) Knee ROM 0° → 93° // Goal 108°     ↑ ROM to 110° Flexion
2) (R)LE strength 4+/5, painful testing    (R)LE strength 4+/5, minimal
   // Goal painless testing    pain c̄ testing
Gait Indep c̄ antalgic pattern // c̄ antalgia in gait    Gait WFL, open

**Updated Goals:** 1) Knee ROM to 130° Flex   2) Gait 250' s̄ pain/antalgia

**Exercise Program:** 1) Ther-ex for quad strength, LE flexibility
2) Balance exercise  3) Gait training prn

**Assessment:** Pt has shown steady gains until last visit on 10/4 when knee Flex. was to 105°. She attributes this to cold damp weather.

**Recommendations:** Continue P.T.

Thank-you for this referral!

Sincerely,

Allan Tucci P.T.

RECEIVED

OCT 3 1 2006

Employee Benefits LTD

A Ministry of the
Sisters of St. Joseph
of Orange

STND1149-00220