IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA BROYLES,<br><br>  Plaintiff,<br><br>  v.<br><br>A.U.L. CORPORATION LONG-TERM DISABILITY INSURANCE PLAN,<br><br>  Defendant._____ / | No. 07-5305 MMC<br><br>**ORDER DENYING DEFENDANT'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

Before the Court is defendant's Administrative Motion to File Documents Under Seal ("Administrative Motion"), filed June 27, 2008, by which motion defendant seeks leave to file under seal sixteen exhibits to the Declaration of George Chan, filed in support of defendant's Motion to Review Plaintiff's Claim for ERISA Benefits Under Abuse of Discretion Standard of Review ("Motion to Review"). Defendant asserts said exhibits are confidential for the reason that each such document "describes [p]laintiff's medical condition." (See Admin. Mot. at 2:10-4:3.)

On June 30, 2008, plaintiff filed in the public record a copy of the administrative record, which filing includes a copy of each of the documents defendant seeks to have filed under seal. Consequently, plaintiff appears to have waived any privacy interest in said documents, and defendant has offered no other ground in support of the sealing thereof.

1  Accordingly, the Administrative Motion is hereby DENIED. If defendant intends to
2 rely on the above-referenced exhibits in support of its Motion to Review, defendant shall file
3 such documents in the public record no later than July 7, 2008.

4  **IT IS SO ORDERED.**

5 Dated: June 30, 2008

6  _____
   MAXINE M. CHESNEY
   United States District Judge