United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA BROYLES, | No. C 07-5305 MMC |
| Plaintiff, | **ORDER RE: PARTIES' CROSS-MOTIONS** |
| v. | |
| A.U.I. CORPORATION LONG-TERM DISABILITY INSURANCE PLAN, | |
| Defendant. / | |
| STANDARD INSURANCE COMPANY, | |
| Real Party in Interest. / | |

The Court is in receipt of the parties' cross-motions, each filed June 27, 2008, with respect to the applicable standard of review.

On February 1, 2008, at the Case Management Conference, the Court set June 27, 2008 as the date by which plaintiff was to file such a motion, and expressly declined to adopt the parties' suggestion that cross-motions be filed. (See Civil Minutes, filed February 1, 2008; Joint Case Management Statement, filed January 17, 2008, at 4:28-5:1.)[1]

---

[1] The Court's concern that cross-motions rarely serve a productive end has been borne out in the instant filings, wherein the parties fail to engage in a discussion of the issues and instead simply set forth their positions in parallel without any meaningful intersection.

1    Accordingly, the above-referenced motion filed June 27, 2008 by defendant is
2 hereby STRICKEN.  On or before July 11, 2008, defendant shall file an Opposition to
3 plaintiff's motion; plaintiff's Reply thereto, if any, shall be filed no later than July 18, 2008.

**IT IS SO ORDERED.**

Dated: July 2, 2008

MAXINE M. CHESNEY
United States District Judge

2