IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA BROYLES,<br><br>   Plaintiff,<br><br>   v.<br><br>A.U.L. CORPORATION LONG-TERM DISABILITY INSURANCE PLAN,<br><br>   Defendant. | No. 07-5305 MMC<br><br>**ORDER DIRECTING PLAINTIFF TO LODGE CHAMBERS COPY IN COMPLIANCE WITH GENERAL ORDER 45 AND THE COURT'S STANDING ORDERS** |

On June 30, 2008, plaintiff electronically filed the Administrative Record in the above-titled case. Plaintiff has violated General Order 45 and the Court's standing orders, however, by failing to deliver to the Clerk's Office "no later than noon on the business day following the day that the papers are filed electronically, one paper copy of each document that is filed electronically . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name, case number, and 'Chambers Copy-Do Not File.'" See General Order 45 § VII.G; see also Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

Plaintiff is hereby ORDERED to comply with General Order 45 and the Court's standing orders by immediately submitting a chambers copy of the above-referenced document. Plaintiff is hereby advised that if she fails in the future to comply with the

1  Court's order to provide chambers copies of electronically-filed documents, the Court may
2  impose sanctions, including, but not limited to, striking from the record any electronically-
3  filed document of which a chambers copy has not been timely provided to the Court.
4      **IT IS SO ORDERED.**
5  
6  Dated: July 9, 2008                                    _____
                                                        MAXINE M. CHESNEY
                                                        United States District Judge