1  Shawn Hanson (State Bar No. 109321)
   shanson@jonesday.com
2  Katherine S. Ritchey (State Bar No. 178409)
   ksritchey@jonesday.com
3  JONES DAY
   555 California Street, 26th Floor
4  San Francisco, CA 94104
   Telephone:    (415) 626-3939
5  Facsimile:    (415) 875-5700

6  Attorneys for Defendant A.U.L. CORPORATION
   LONG-TERM DISABILITY INSURANCE PLAN and
7  Real Party in Interest STANDARD INSURANCE
   COMPANY

8

9                  UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11

12 | PATRICIA BROYLES,                         | No. C-07-5305-MMC
13 |          Plaintiff,                        | **DECLARATION OF JOHN BAUMGARDNER IN OPPOSITION TO PLAINTIFF'S MOTION FOR DE NOVO REVIEW**
14 |     v.                                    |
15 | A.U.L. CORPORATION LONG-TERM               | Date: August 1, 2008
   | DISABILITY INSURANCE PLAN,                 | Time: 9:00 a.m.
16 |                                            | Before the Honorable Maxine M. Chesney
17 |          Defendant,                        |
18 | _____            |
19 | STANDARD INSURANCE COMPANY,                |
20 |          Real Party in Interest.           |

1     I, John Baumgardner, hereby declare as follows:

2     1. I am a Supervisor of Insurance Services Group (ISG) Compliance at Standard Insurance Company ("Standard"). I submit this declaration in opposition to Plaintiff's Motion for De Novo Review ("Motion"). Except as expressly stated herein, I have personal knowledge of the matters stated in this declaration and could and would testify competently to them.

3     2. My regular duties at Standard include supervision of the Compliance team which is responsible for developing new product language, obtaining approvals of new policy language from state insurance regulators, and reviewing state insurance laws for changes.

4     3. In response to the February 27, 2004 "Notice to Withdraw Approval and Order for Information" issued by the California Department of Insurance ("Notice"), Standard provided the California Department of Insurance with a list of policy forms that include discretionary clauses.

5     4. The California Department of Insurance has not withdrawn approval of any Standard policy form because of the presence of a discretionary clause.

I declare under penalty of perjury under the laws of the United States of America that the foregoing Declaration is true and correct, and that this Declaration was executed on July 10, 2008 in Portland, Oregon.

_____
John Baumgardner