Shawn Hanson (State Bar No. 109321)
shanson@jonesday.com
Katherine S. Ritchey (State Bar No. 178409)
ksritchey@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700

Attorneys for Defendant A.U.L. CORPORATION
LONG-TERM DISABILITY INSURANCE PLAN and
Real Party in Interest STANDARD INSURANCE
COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA BROYLES,<br><br>    Plaintiff,<br><br>v.<br><br>A.U.L. CORPORATION LONG-TERM DISABILITY INSURANCE PLAN,<br><br>    Defendant,<br><br>STANDARD INSURANCE COMPANY,<br><br>    Real Party in Interest. | No. C-07-5305-MMC<br><br>**DECLARATION OF GEORGE CHAN IN OPPOSITION TO PLAINTIFF'S MOTION FOR DE NOVO REVIEW**<br><br>Date: August 1, 2008<br>Time: 9:00 a.m.<br>Before the Honorable Maxine M. Chesney |

Decl. of George Chan in Opp. De Novo Review; C07-05305 MMC

I, GEORGE CHAN, hereby declare as follows:

1. I am a Senior Disability Benefits Analyst at Standard Insurance Company ("Standard"). I submit this declaration in opposition to Plaintiff's Motion for De Novo Review ("Motion"). Except as expressly stated herein, I have personal knowledge of the matters stated in this declaration and could and would testify competently to them.

2. In the regular course of my duties at Standard, I was assigned to administer the claim for Long Term Disability ("LTD") benefits made by Patricia Broyles.

3. For each claim for benefits pursuant to an insurance policy issued by Standard, Standard's analysts collect and generate an administrative record (also referred to as a claim file) documenting the decision-making on the claim. These administrative records are generated and maintained in the ordinary course of Standard's business of administering claims for benefits. In the course of administering Ms. Broyles' claim, I became familiar with the administrative record that Standard generated and maintained, and have personally reviewed its contents, as well as applicable policy, which is Group Long Term Disability Insurance Policy No. 638213-T ("Plan Policy").

4. I am informed and believe that David Waldram, M.D. is not an employee of Standard, rather, he works as a consultant on a periodic basis.

5. The Administrative Review Unit ("ARU") is separate department at Standard from the benefits department, and the ARU has different analysts and supervisors. The ARU analyst assigned to Patricia Broyles' claim, Mary Cea, had no part in the original claim decision or the administration of Ms. Broyles' claim prior to the independent review.

6. I am informed and believe that Joseph J. Mandiberg, M.D., is not an employee of Standard rather, he works as a consultant on a periodic basis.

7. The administrative record generated and maintained by Standard regarding the claim of Patricia Broyles is 462 pages in length. Medical records, including the pharmacy records bearing the bates numbers 212-214, are maintained together in the administrative record. This section of the administrative record is provided to physician consultants who are consulted on a claim.

8.  As a senior disability benefit analyst, I am evaluated on the accuracy and timeliness of my decisions and my communications with claimants, not whether a claim is approved or denied. Moreover, I have no role in making strategic decisions impacting Standard's business – I only administer claims. No portion of my compensation is tied to or in any way affected by the number of claims that I approve or deny or the substance of any decision that I make. I am informed and believe that the statements in this paragraph are true of all disability benefits analysts and ARU analysts at Standard.

I declare under penalty of perjury under the laws of the United States of America that the foregoing Declaration is true and correct, and that this Declaration was executed on July 10, 2008 in Portland, Oregon.

_____
George Chan