Shawn Hanson (State Bar No. 109321)
shanson@jonesday.com
Katherine S. Ritchey (State Bar No. 178409)
ksritchey@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:     (415) 626-3939
Facsimile:      (415) 875-5700

Attorneys for Defendant A.U.L. CORPORATION
LONG-TERM DISABILITY INSURANCE PLAN and
Real Party in Interest STANDARD INSURANCE
COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PATRICIA BROYLES,**<br><br>Plaintiff,<br><br>v.<br><br>**A.U.L. CORPORATION LONG-TERM DISABILITY INSURANCE PLAN,**<br><br>**Defendant,**<br><br>---<br><br>**STANDARD INSURANCE COMPANY,**<br><br>**Real Party in Interest.** | No. C-07-5305-MMC<br><br>**[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION FOR DE NOVO STANDARD OF REVIEW**<br><br>Date: August 1, 2008<br>Time: 9:00 a.m.<br>Before the Honorable Maxine M. Chesney |

1  Having considered the papers filed in support and in opposition to Plaintiff's Motion for
2  De Novo Standard of Review, and the argument of counsel:
3  IT IS HEREBY ORDERED:  Plaintiff's Motion for De Novo Standard of Review is
4  DENIED.
5  **IT IS SO ORDERED.**

7  Dated: _____, 2008.           _____
                                      Maxine M. Chesney
8                                     United States District Judge