Shawn Hanson (State Bar No. 109321)
shanson@jonesday.com
Katherine S. Ritchey (State Bar No. 178409)
ksritchey@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:    (415) 626-3939
Facsimile:    (415) 875-5700

Attorneys for Defendants A.U.L. CORPORATION LONG-TERM DISABILITY INSURANCE PLAN and Real Party in Interest STANDARD INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PATRICIA BROYLES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>A.U.L. CORPORATION LONG-TERM DISABILITY INSURANCE PLAN,<br><br>　　　　　Defendant,<br><br>STANDARD INSURANCE COMPANY,<br><br>Real Party in Interest. | No. C-07-5305-MMC<br><br>**STIPULATION AND [PROPOSED] ORDER**<br><br>Date: August 1, 2008<br>Time: 9:00 a.m.<br>Before the Honorable Maxine M. Chesney |

　　　　WHEREAS, a hearing regarding Plaintiff's Motion for De Novo Standard of Review (Dkt # 30) is scheduled for August 1, 2008 at 9:00 a.m;

　　　　WHEREAS, on Friday, August 1, 2008, Shawn Hanson, counsel for A.U.L. Corporation Long-Term Disability Plan ('A.U.L. Plan") and Real Party in Interest Standard Insurance Company ("Standard"), will be unavailable due to a pre-arranged family vacation;

SFI-588282v1

STIPULATION AND [PROPOSED] ORDER
No. C-07-5305-MMC

1  WHEREAS, on Friday, August 1, 2008, Katherine S. Ritchey, counsel for A.U.L. Plan and Standard, will be unavailable and in Houston, Texas to attend a mediation that could not be rescheduled to accommodate all the parties involved in the matter;

4  WHEREAS, the parties have met and discussed moving the date of the August 1, 2008 hearing to August 8, 2008 at 9:00 a.m. to ensure all named attorneys will be able to attend;

6  THEREFORE, the parties stipulate to postponing the August 1, 2008 hearing for seven days, until August 8, 2008, at 9:00 a.m.

Dated: July 23, 2008                           Respectfully submitted,

                                               JONES DAY

                                               By: /s/ Shawn Hanson
                                                   Shawn Hanson

                                               COUNSEL FOR DEFENDANTS A.U.L.
                                               CORPORATION LONG-TERM
                                               DISABILITY INSURANCE PLAN AND
                                               REAL PARTY IN INTEREST STANDARD
                                               INSURANCE COMPANY

Dated: July 23, 2008                           Law Offices of Laurence F. Padway

                                               By:  /s/ Laurence F. Padway
                                                    Laurence F. Padway

                                               Counsel for Plaintiff
                                               PATRICIA BROYLES

SIGNATURE ATTESTATION

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

                        /s/ Shawn Hanson
                        Shawn Hanson

SFI-588282v1

STIPULATION AND [PROPOSED] ORDER
No. C-07-5305-MMC

2

1  PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED.

2

3  Dated: _____

                                                  MAXINE M. CHESNEY
4                                                    Magistrate Judge of the United States District Court

SFI-588282v1

STIPULATION AND [PROPOSED] ORDER
No. C-07-5305-MMC

3