1  Laurence F. Padway (SBN: 083914)
   Karen K. Wind (SBN: 124852)
2  Law Offices of Laurence F. Padway
   1516 Oak Street, Suite 109
3  Alameda, CA 94501
   Telephone: (510) 814-6100
4  Facsimile: (510) 814-0650

5

   David J. Linden (SBN: 041221)
6  P. O. Box 5780
   Napa, California 94581
7  Telephone: (707) 252-7007
   Facsimile:  (707) 252-7883
8
   Attorneys  for Plaintiff
9

10

11

12                    UNITED STATES DISTRICT COURT

13                    NORTHERN DISTRICT OF CALIFORNIA

14

15  PATRICIA BROYLES,                    CASE NO. C07-05305 MMC

16           Plaintiff,

17  vs.                                  **STIPULATION AND [proposed]
                                         ORDER CONTINUING HEARING
18  A.U.L. CORPORATION LONG-TERM         AND BRIEFING**
    DISABILITY INSURANCE PLAN,
19
             Defendant,
20

21
    STANDARD INSURANCE COMPANY,
22
             Real Party at Interest.
23

24

25           Whereas, by prior order of the Court, plaintiff's motion on the merits of this

26  ERISA benefits case is scheduled to be filed September 12, 2008, and the hearing thereon is

27  scheduled for October 17, 2008; and

28           Whereas, plaintiff requires a declaration from Dr. Glen Pfeffer in order properly

    to brief the motion; and

1  Whereas, counsel for plaintiff advises that despite his efforts over the past months
2  to secure that declaration, Dr. Pfeffer has not yet completed it, and Dr. Pfeffer's office has
3  advised counsel for plaintiff that Dr. Pfeffer presently is in Brazil without the material needed to
4  complete the declaration and will not return for the next two weeks;

5  Whereas, the Plan contends that evidence outside the administrative record is not
6  permissile in the Court's review of the merits of Standard's decision (the Court previously
7  denied Plaintiff's motion for *de novo* review), and by signing this stipulation in no way intends
8  to waive its arguments that a declaration by Dr. Pfeffer cannot be considered by the Court and
9  should be stricken

10  Now, therefore, the parties stipulate as follows:

11  1. The hearing on the motion for judgment on the merits be continued from
12  October 17, 2008 to November 14, 2008 at 9:00 o'clock a.m.; and

13  2. The date for the filing of plaintiff's opening brief is continued from September
14  12, 2008 to October 10, 2008.

16  Dated:  September 12, 2008

19  \_\_\_\_\_/s/_____               \_\_\_\_\_/s/_____
    Laurence F. Padway                        Shawn Hanson
20  Attorney for plaintiff                    Katherine S. Ritchey
                                              Jones Day
21                                            Attorney for Defendant and
                                                    Real Party in Interest

**ORDER**

25  Good cause appearing, It is so ordered.

    Dated:  September 16, 2008

    *[signature]*
28  Hon. Maxine Chesney
    United States District Judge