**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   PARTICIA BROYLES,                        No. C-07-5305 MMC

12            Plaintiff,                        **ORDER DIRECTING DEFENDANT TO
                                                LODGE CHAMBERS COPIES IN**
13      v.                                      **COMPLIANCE WITH GENERAL
                                                ORDER 45 AND THE COURT'S**
14   A.U.L. CORPORATION LONG-TERM              **STANDING ORDERS**
     DISABILITY INSURANCE PLAN,
15
              Defendant,
16   _____/

17   STANDARD INSURANCE COMPANY,

18            Real Party in Interest

19   _____/

20
             On October 24, 2008, defendant filed an "Opposition to Plaintiff's Brief in Support of
21
     Judgment Awarding Disability Benefits Due under Long Term Disability Plan" and a "Motion
22
     to Strike the Declarations of Laurence F. Padway and Glenn Pfeffer, M.D."  Defendant has
23
     violated General Order 45 and the Court's Standing Orders, however, by failing to deliver to
24
     the Clerk's Office "no later than noon on the business day following the day that the papers
25
     are filed electronically, one paper copy of each document that is filed electronically . . .
26
     marked 'Chambers Copy' and . . . clearly marked with the judge's name, case number, and
27
     'Chambers Copy-Do Not File.'"  See General Order 45 § VI.G; see also Standing Orders
28
     For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

1    Defendant is hereby ORDERED to comply with General Order 45 and the Court's

2  Standing Orders by immediately submitting chambers copies of the above-referenced

3  documents.  Defendant is hereby advised that if it fails in the future to comply with General

4  Order 45 and the Court's Standing Order to provide chambers copies of electronically-filed

5  documents, the Court may impose sanctions, including, but not limited to, striking from the

6  record any electronically-filed document of which a chambers copy has not been timely

7  provided to the Court.

8    **IT IS SO ORDERED.**

9

10  Dated: November 5, 2008

MAXINE M. CHESNEY
United States District Judge