IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARTICIA BROYLES,<br><br>    Plaintiff,<br><br>  v.<br><br>A.U.L. CORPORATION LONG-TERM DISABILITY INSURANCE PLAN,<br><br>    Defendant,<br>_____/<br>STANDARD INSURANCE COMPANY,<br><br>    Real Party in Interest<br>_____/ | No. C-07-5305 MMC<br><br>**ORDER VACATING NOVEMBER 14, 2008 HEARING** |

    Before the Court is plaintiff Patricia Broyles's ("Broyles") "Brief in Support of Judgment Awarding Disability Benefits Due under Long Term Disability Plan," filed October 10, 2008. Defendant A.U.L. Corporation Long-Term Disability Insurance Plan ("A.U.L.") has filed opposition, to which Broyles has replied. Also before the Court is A.U.L.'s "Motion to Strike the Declarations of Laurence F. Padway and Glenn Pfeffer, M.D.," filed October 24, 2008. Broyles has opposed the motion to strike in her reply to A.U.L.'s opposition to her brief in support of judgment. Having read and considered the papers filed in support of and in opposition to the motions, the Court deems the matters suitable for decision thereon, and hereby VACATES the hearing scheduled for November 14, 2008.

    **IT IS SO ORDERED.**

Dated: November 10, 2008

                                         MAXINE M. CHESNEY<br>                                         United States District Judge