Law Offices of

# LAURENCE F. PADWAY

Board Certified in Civil Trial Advocacy, NBTA
Diplomate, National College of Advocacy

Writer's Direct Tel : (510) 814-0680
Facsimile          : (510) 814-0650
Office Number      : (510) 814-6100

1516 Oak Street
Suite 109
Alameda, CA 94501

E-mail     : Lpadway@padway.com

April 17, 2009

Hon. Maxine Chesney
United States District Judge
450 Golden Gate Avenue
San Francisco, California 94102

      Re: *Broyles v. A.U.L. Corporation Long Term Disability Insurance Plan*
      N. C07-05305 MMC

Dear Judge Chesney:

      The parties filed cross motions for summary judgment which were set for hearing on November 14, 2008. Prior to the hearing, we were advised that the Court was taking the motions under submission without oral argument.

      We write to call the Court's attention to this matter as it still remains under submission without decision.

      Thank you for your kind attention to this matter.

              Very truly yours,

              /s/
              Laurence F. Padway