IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PATRICIA BROYLES,

        Plaintiff,

  v.

A.U.L. CORPORATION LONG-TERM DISABILITY INSURANCE PLAN,

        Defendant.
_____/

STANDARD INSURANCE COMPANY,
        Real Party in Interest
_____/

No. CV-07-5305 MMC

**JUDGMENT IN A CIVIL CASE**

**( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED**

1. Plaintiff's motion for judgment on her claim for benefits is hereby DENIED.

2. Defendant and real party in interest's cross-motion for judgment on plaintiff's claim for benefits is hereby GRANTED.

Dated: November 18, 2009

Richard W. Wieking, Clerk

*Tracy Lucero*

By: Tracy Lucero
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PATRICIA BROYLES,

        Plaintiff,

  v.

A.U.L. CORPORATION LONG-TERM DISABILITY INSURANCE PLAN,

        Defendant.
_____/

STANDARD INSURANCE COMPANY,
        Real Party in Interest
_____/

No. CV-07-5305 MMC

**JUDGMENT IN A CIVIL CASE**

    **( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED**

    1. Plaintiff's motion for judgment on her claim for benefits is hereby DENIED.

    2. Defendant and real party in interest's cross-motion for judgment on plaintiff's claim for benefits is hereby GRANTED.

Dated: November 18, 2009

Richard W. Wieking, Clerk

*Tracy Lucero*

By: Tracy Lucero
Deputy Clerk